# Complaint Exhibit 1



INSTAGRAM    FACEBOOK    TWITTER

NEWS    GET INVOLVED    GALLERY    ABOUT US    SHOP    CONTRIBUTE

- DECEMBER 07, 2015 -

## DONALD J. TRUMP STATEMENT ON PREVENTING MUSLIM IMMIGRATION

(New York, NY) December 7th, 2015, -- Donald J. Trump is calling for a total and complete shutdown of Muslims entering the United States until our country's representatives can figure out what is going on. According to Pew Research, among others, there is great hatred towards Americans by large segments of the Muslim population. Most recently, a poll from the Center for Security Policy released data showing "25% of those polled agreed that violence against Americans here in the United States is justified as a part of the global jihad" and 51% of those polled, "agreed that Muslims in America should have the choice of being governed according to Shariah." Shariah authorizes such atrocities as murder against non-believers who won't convert, beheadings and more unthinkable acts that pose great harm to Americans, especially women.

Mr. Trump stated, "Without looking at the various polling data, it is obvious to anybody the hatred is beyond comprehension. Where this hatred comes from and why we will have to determine. Until we are able to determine and understand this problem and the dangerous threat it poses, our country cannot be the victims of horrendous attacks by people that believe only in Jihad, and have no sense of reason or respect for human life. If I win the election for President, we are going to Make America Great Again." - *Donald J. Trump*

Next Release: Donald J. Trump Announces State Directors in Massachusetts and Mississippi

Previous Release: Donald J. Trump Announces Statewide Leadership Team in Oklahoma

### CATEGORIES

VIEW ALL

STATEMENTS

ANNOUNCEMENTS

ENDORSEMENTS

ADS

### ARCHIVE

NOVEMBER 2016

OCTOBER 2016

SEPTEMBER 2016

AUGUST 2016

JULY 2016

JUNE 2016

MAY 2016

APRIL 2016

MARCH 2016

FEBRUARY 2016

JANUARY 2016

DECEMBER 2015

NOVEMBER 2015

OCTOBER 2015

SEPTEMBER 2015

AUGUST 2015

JULY 2015

JUNE 2015

MAY 2015

APRIL 2015

MARCH 2015

Paid for by Donald J. Trump for President, Inc.

Contact The Campaign - Privacy Policy - Tel: 646-736-1779

*By entering your mobile number you are agreeing to receive periodic text messages from Donald J. Trump for President, Inc. Message and data rates may apply. Text "STOP" to opt-out. T&C/Privacy Policy: sms-terms/88022