# Complaint Exhibit 8


Watch About/Follow


Watch About/Follow




Watch About/Follow

## Brody File Exclusive: President Trump Says Persecuted Christians Will Be Given Priority As Refugees



blogs
thebrodyfile

## Brody File Exclusive: President Trump Says Persecuted Christians Will Be Given Priority As Refugees

01-27-2017
David Brody

Share    Tweet    Email

   121



In an exclusive interview with The Brody File, President Donald Trump says persecuted Christians will be given priority when it comes to applying for refugee status in the United States. "We are going to help them," President Trump tells CBN News. "They've been horribly treated. Do you know if you were a Christian in Syria it was impossible, at least very tough to get into the United States? If you were a Muslim you could come in, but if you were a Christian, it was almost impossible and the reason that was so unfair, everybody was persecuted in all fairness, but they were chopping off the heads of everybody but more so the Christians. And I thought it was very, very unfair."

The Brody File conducted the interview Friday morning in the Blue Room at The White House. More newsworthy clips are coming soon. The entire interview can be seen this Sunday at 11pm on Freeform (cable TV, formerly ABC Family Channel) during our special CBN News show. This is just the third interview President Trump has done from The White House and it will be the only interview that will air in its' entirety this weekend.

**MANDATORY VIDEO AND COURTESY: CBN NEWS/THE BRODY FILE**

*DAVID BRODY:* "Persecuted Christians, we've talked about this, the refugees overseas. The refugee program, or the refugee changes you're looking to make. As it relates to persecuted Christians, do you see them as kind of a priority here?"

*PRESIDENT TRUMP:* "Yes."

*DAVID BRODY:* "You do?"

*PRESIDENT TRUMP:* "They've been horribly treated. Do you know if you were a Christian in Syria it was impossible, at least very tough to get into the United States? If you were a Muslim you could come in, but if you were a Christian, it was almost impossible and the reason that was so unfair, everybody was persecuted in all fairness, but they were chopping off the heads of everybody but more so the Christians. And I thought it was very, very unfair. So we are going to help them."

**While you are here...**

We'd like to ask for your help. At CBN News, we strive to bring you the most current, pertinent and reliable news possible. We are able to bring you this important news from a Christian perspective because of the help of friends like you who know how vital it is to have an alternative to the news you hear from major media outlets. Would you help ensure that we can continue to provide this important service to you and our country by considering a special gift today? Or would you become a monthly partner so we know we can count on the resources we need to bring you the best news possible?

Thanks for being a part of the dynamic future of CBN News, as well as helping The Christian Broadcasting Network share the love of Jesus with hurting people everywhere.

Become a Partner    Give a special gift