UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | DECLARATION OF JEFFREY RIEDINGER |
| DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA, | |
| Defendants. | |

I, Jeffery Riedinger, hereby declare and affirm:

1. I am a Professor of Law and the Vice Provost for Global Affairs at the University of Washington ("University"), the largest public research university in the Pacific Northwest. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify about them. I am a graduate of the University's law school and prior to returning to the University in September 2013, I served for more than 15 years as Assistant Dean, Associate

DECLARATION OF
JEFFREY RIEDINGER

1

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

Dean, and then Dean of International Studies and Programs at Michigan State University with similar responsibilities to those of my current position. I have been engaged in international research for nearly 40 years, with experience in Asia, Africa, Europe, Latin America, and the Middle East.

2. As Vice Provost for Global Affairs, I have a leadership and administrative responsibility for the University of Washington's diverse global programming including support for international research, study abroad, student and faculty exchanges, and overseas centers.

3. The University has a global presence and has active research programs in approximately 130 countries worldwide, study abroad programs in 55 countries, and student and faculty exchange programs involving students and faculty from dozens of countries worldwide. The University considers its international academic and research activities and exchanges to be important components of its overall mission. We also have matriculated undergraduate and graduate students and visiting scholars from many countries around the world.

4. I have reviewed the Executive Order entitled "Protecting the Nation from Foreign Terrorist Entry Into the United States," and I am aware that the Order purports to temporarily bar entry into this country of any person who is a citizen of any one of seven countries – Syria, Iraq, Iran, Somalia, Sudan, Libya and Yemen – regardless of whether there is any evidence that the individual in question had any connection with any terrorist organization or activity.

5. The University currently has approximately 96 matriculated undergraduate and graduate students who are citizens of these listed countries. These students are here under valid student visas and study side by side with students from the U.S. and from other countries around the globe. I believe they bring an important and unique perspective -- based on their personal life stories -- to the types of conversations that are at the very center of the American academic experience. In addition, the University serves as a host institution for fifteen International Scholars from the listed countries. These are post-doctoral students and adjunct faculty

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

members, also here on valid visas, who are engaged in advanced academic work in various fields. Finally, the University has regular faculty members from at least some of the listed countries who are permanent residents, but not citizens, and are engaged in regular University teaching, research and program administration activities that regularly involve travel outside of the United States. I believe that the presence of these students and scholars and faculty on our campus serves to help build international understanding among all the members of the University community.

6. The implementation of the Executive Order has had an immediate impact on the University's international students, scholars and faculty from the seven listed countries. The most obvious impact is that none of these students, scholars or faculty members are able travel outside of the United States -- to attend an academic conference, engage in research activities, attend a wedding or a funeral, or simply visit a loved one -- with any reasonable expectation of being able to return to their studies, research or teaching here at the University.

7. I am personally aware of one University faculty member, who is a citizen of one of the listed countries and a lawful permanent resident (but not a citizen) of the United States. This faculty member is an accomplished scholar and has been invited to participate in an academic conference outside of the country in February of this year. The immediate effect of the Executive Order is that this faculty member's plans to attend the conference have been put on hold. This not only negatively affects the faculty member both personally and professionally, but I believe it also could negatively impact the academic standing of the faculty member's program, and by extension the entire University.

8. I also have learned that at least one of the University's graduate teaching assistants, who is a citizen of one of the seven listed countries, is currently traveling outside of the U.S. If the student teaching assistant is denied re-entry, not only will his or her own

DECLARATION OF
JEFFREY RIEDINGER

3

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779

academic career be adversely impacted, but the classes that the student helps teach will be adversely affected as well.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and complete to the best of my knowledge.

Dated this 30th day of January, 2017.

_____
Jeffrey Riedinger

DECLARATION OF
JEFFREY RIEDINGER

4

ATTORNEY GENERAL OF WASHINGTON
University of Washington Division
4333 Brooklyn Avenue NE, 18th Floor
UW Campus Box 359475
Seattle, Washington 98195-9475
Phone (206) 543-4150   Fax (206) 543-0779