# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

State of Washington
    Plaintiff(s),

v.

DONALD TRUMP, in his official capacity as President of the United States; Et al.
    Defendant(s).

Case No. 2:17-cv-00141-JLR

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Plaintiff State of Washington respectfully requests that the clerk of Court issue the [Proposed] Summonses, attached hereto, in the above-captioned case.

January 31, 2017
Dated

s/ Noah G. Purcell
Sign or use an "s/" and your name

Noah G. Purcell, WSBA # 43492
Solicitor General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**