# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-00141-JLR<br><br>CERTIFICATE OF SERVICE |

I, Chamene Woods, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On January 30, 2017, I caused a copy of the following documents:

1. Civil Cover Sheet

2. Complaint for Declaratory and Injunctive Relief

3. Motion for Temporary Restraining Order

4. [Proposed] Temporary Restraining Order

5. Declaration of Noah Purcell in Support of Motion for Temporary Restraining Order, with attached Exhibits A – C

6. Declaration of Jeffery Riedinger

7. Declaration of Asif Chaudhry

8. Declaration of Ayesha Blackwell-Hawkins

9. Declaration of Robert Dzielak

10. Declaration of Emily Chiang, with attached Exhibit A

to be served by a person on my staff upon the United States of America by hand delivery at approximately 4:57 p.m. upon:

> Patricia L. Petrut
> United States Attorney's Office
> Western District of Washington
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101-1271

On January 31, 2017, I caused a copy of the following documents:

1. Civil Cover Sheet

2. Summons

3. Complaint for Declaratory and Injunctive Relief

4. Motion for Temporary Restraining Order

5. [Proposed] Temporary Restraining Order

6. Declaration of Noah Purcell in Support of Motion for Temporary Restraining Order, with attached Exhibits A – C

7. Declaration of Jeffery Riedinger

8. Declaration of Asif Chaudhry

9. Declaration of Ayesha Blackwell-Hawkins

10. Declaration of Robert Dzielak

11. Declaration of Emily Chiang, with attached Exhibit A

12. Praecipe with attached Exhibits 1-5

to be served upon the United States of America, the United States Department of Homeland Security, and the federal officer defendants via certified mail, addressed as follows:

Civil-Process Clerk
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528-0075

Donald Trump
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

John F. Kelly
Secretary of Homeland Security
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528-0075

Tom Shannon
Acting Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

On January 31, 2017, I served a copy of the following document:

1. Praecipe with attached Exhibits 1-5

2. Summons

upon the United States of America by hand delivery at approximately 3:05 p.m. upon:

|   |   |
|---|---|
| 1 | Sandra Zuber-Bowers |
| 2 | Linda Seilinger |
|   | United States Attorney's Office |
| 3 | Western District of Washington |
|   | 700 Stewart Street, Suite 5220 |
| 4 | Seattle, WA 98101-1271 |

DATED this 31st day of January, 2017, at Seattle, Washington.

_____
CHAMENE WOODS – Lead Support