# First Amended Complaint Exhibit 13



**DAY 13 LIVE:** Senate panel voted to confirm Price and Mnuchin, Democrats boycott the vote   VIEW MORE

EDITION: UNITED STATES

Business   Markets   World   Politics   Tech   Commentary   Breakingviews   Money   Life



WORLD NEWS | Sun Jan 29, 2017 | 2:39pm EST

# Green card holders will need additional screening: White House



A TSA security officer and his dog scan departing passengers at Lindbergh Field airport in San Diego, California, U.S. July 1, 2016. REUTERS/Mike Blake

U.S. green card holders will require additional screening before they can return to the United States, the White House said on Saturday.

Earlier, a Department of Homeland Security official said people holding green cards, making them legal permanent U.S. residents, were included in President Donald Trump's executive action temporarily barring people from seven Muslim-majority countries from entering the United States.

"It will bar green card holders," Gillian Christensen, acting Department of Homeland Security spokeswoman, said in an email.

A senior White House official later sought to clarify the situation, saying green card holders who had left the United States and wanted to return would have to visit a U.S. embassy or consulate to undergo additional screening.

"You will be allowed to re-enter the United States pending a routine rescreening," the official said.

(Reporting by Doina Chiacu; Editing by Alan Crosby and Paul Tait)

**NEXT IN WORLD NEWS**

### TRENDING STORIES

1  Covering Trump the Reuters Way

2  Trump Supreme Court nominee Gorsuch seen in the mold of Scalia

3  Trump picks conservative judge Gorsuch for Supreme Court

4  Exclusive: A third of Americans think Trump's travel ban will make them safer

5  The Art of the Deal: Why Putin needs one more than Trump

**PICTURES**



Violence erupts as Israeli settlers removed from illegal West Bank outpost

**Why Putin needs one more than Trump**

MOSCOW In his book, 'Art of the Deal,' Donald Trump said the best deals were ones where both sides got something they wanted. His credo, applied to a potential U.S.-Russia deal, flags an awkward truth for Vladimir Putin: He wants more from Trump than vice versa.

**heads to Asia, eying China, North Korea threat**

WASHINGTON/TOKYO President Donald Trump's defense secretary is expected to underscore U.S. security commitments to key allies South Korea and Japan on his debut trip to Asia this week as concerns mount over North Korea's missile program and tensions with China.



## MORE FROM **REUTERS**

Trump says U.S. will resume issuing visas to all countries over next 90 days

Michigan man whose sentence was commuted by Obama killed: media

U.S. judges limit Trump immigration order; some officials ignore rulings

'Case by case' approach for U.S. green card holders under Trump's new order

Fired: Trump dumps top lawyer who defied immigration order

## SPONSORED **CONTENT**

Time to consider copper? Explore how base metals fared post-election  *Global X Funds*

Homeowners Must Claim Their $4272 Early in 2017  *Innovative Metrics*

Is the Trump Bump about to turn into a stock market crash?  *Money and Markets*

Before Applying For A Credit Card, Check If You Pre-Qualify  *Citi*

Motley Fool Releases Rare Triple-Buy Alert  *The Motley Fool*

Promoted by **Dianomi**

## SPONSORED **TOPICS**

- Before Applying For A Credit Card, Check If You Pre-Qualify  *Citi*
- Motley Fool Releases Rare Triple-Buy Alert  *The Motley Fool*
- The U.S. expansion is getting old, but age is just a number.  *Capital Ideas*
- Time to consider copper? Explore how base metals fared post-election  *Global X Funds*
- Transferring Your Balance To a 21-Month 0% APR is a Good Plan  *Next Advisor*

## FROM AROUND THE **WEB**

Promoted by Revcontent

**#1 Trick to Reverse Hearing Loss (Do This Tonight)**
*Navajo Hearing Fix*

**Final Photos Taken Seconds Before Tragedy Struck**
*OMG LANE*

**25 Unbelievable Facts About Donald Trump**
*POP Hitz*



**Illegal Photos of Life in North Korea That Will Blow Your Mind**
*rivalshare.com*

**Itching This Part of Your Body is a Sign of Alzheimer's**
*Memory Repair System*

**Congress Gives Homeowners Owing Under $625k Once in a Lifetime**
*The Mortgage Insider*



Follow Reuters:

Subscribe: **Feeds** | **Newsletters** | **Podcasts** | **Apps**

**DAY 13 LIVE:** Senate panel voted to confirm Price and Mnuchin, Democrats boycott the vote   VIEW MORE

Reuters is the news and media division of Thomson Reuters. Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Learn more about Thomson Reuters products:

| **EIKON** | **ELEKTRON** | **WORLD-CHECK** | **WESTLAW** | **ONESOURCE** | **CHECKPOINT** |
|---|---|---|---|---|---|
| Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface | Everything you need to empower your workflow and enhance your enterprise data management | Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks | Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology | The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs | The industry leader for online information for tax, accounting and finance professionals |

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2017 Reuters. All Rights Reserved.   | Site Feedback   | Corrections   | Advertising Guidelines   | Cookies   | Terms of Use   | Privacy Policy