# First Amended Complaint Exhibit 14

2/1/2017 Statement By Secretary John Kelly On The Entry Of Lawful Permanent Residents Into The United States | Homeland Security

Case 2:17-cv-00141-JLR Document 18-14 Filed 02/01/17 Page 2 of 3



Official website of the Department of Homeland Security   Contact Us | Quick Links | Site Map | A-Z Index



    

Share / Email

# Statement By Secretary John Kelly On The Entry Of Lawful Permanent Residents Into The United States

**Release Date:** January 29, 2017

For Immediate Release
Office of the Press Secretary
Contact: 202-282-8010

WASHINGTON – In applying the provisions of the president's executive order, I hereby deem the entry of lawful permanent residents to be in the national interest.

Accordingly, absent the receipt of significant derogatory information indicating a serious threat to public safety and welfare, lawful permanent resident status will be a dispositive factor in our case-by-case determinations.

# # #

Topics:   International (/topics/international)

Keywords:   international (/keywords/international) , Legal Permanent Residents (/keywords/legal-permanent-residents)

Last Published Date: January 29, 2017

2/1/2017 Statement By Secretary John Kelly On The Entry Of Lawful Permanent Residents Into The United States | Homeland Security

Case 2:17-cv-00141-JLR Document 18-14 Filed 02/01/17 Page 3 of 3