# First Amended Complaint Exhibit 15





U.S. Customs and
Border Protection

# Protecting the Nation from Foreign Terrorist Entry into the United States

On Friday, President Trump signed an **Executive Order** to provide further guidance to DHS on enforcing our immigration laws and to suspend entry into the United States certain classes of foreign nationals in order to ensure our immigration system is working in a way that best protects the safety and security of the American public.

As we worked to implement this Executive Order, a number of court orders were issued based on lawsuits filed in the wake of the order. Upon issuance of the court orders, U.S. Customs and Border Protection (CBP) immediately began taking steps to comply with the orders and did so with professionalism.

Concurrently, the Department of Homeland Security continues to work with our partners in the Departments of Justice and State to implement President Trump's Executive Order to protect the Nation from foreign terrorist entry into the United States.

We are committed to ensuring that all individuals affected by the Executive Orders, including those affected by the court orders, are being provided all rights afforded under the law. We are also working closely with airline partners to prevent travelers who would not be granted entry under the Executive Orders from boarding international flights to the United States.

In applying the provisions of the President's Executive Order, the entry of lawful permanent residents is in the national interest. Accordingly, absent significant derogatory information indicating a serious threat to public safety and welfare, lawful permanent resident status will be a dispositive factor in our case-by-case determinations.

We are and will continue enforcing President Trump's Executive Order humanely and with professionalism. We are and will remain in compliance with judicial orders. DHS will continue to protect the homeland.

Individuals who may be affected by this Executive Order may visit the **CBP INFO Center website** for additional information.  On the webpage, travelers may also request additional guidance by clicking on the 'Email us your Question' button. Responses will be sent out via email as well. Due to a higher-than-average call wait time, the best way to reach the CBP Information Center is via this email link.

Below are the actions taken in accordance with the Executive Order signed January 27, 2017.

| CBP Executive Order Actions | |
| --- | --- |
| Recommended Denial of Boarding | 721 |
| Legal Permanent Resident (LPR) waivers | 1,059 |
| Visa holders granted waivers | 75 |

(Statistics are valid as of 1500 hrs, January 30, 2017)

## Questions and Answers about the Executive Order

How is the president legally allowed to issue this kind of executive order?

Does this Executive Order apply to green card holders from one of the seven countries listed?

Yes - if the green card holder (a Lawful Permanent Resident, or LPR) was out of the country at the time of the order's signing, or travels out of the country after the order was signed. However, green card holders are eligible for national

interest waivers consistent with the provisions of the Executive Order. It does not affect lawful permanent residents who are currently in the country.

So far, how many Lawful Permanent Residents have not been allowed to enter pursuant to the Exception to the Executive Order?

So far, how many aliens with special immigrant visas have been denied entry?

Does this Executive Order apply to dual nationals of the seven countries who want to enter the U.S.? If they apply for entry based on their citizenship from one of the countries NOT on the list, will they be allowed entry?

What happened to the two men being held at JFK who were released?

What do the two exemptions in the Executive Order mean? How are they applied to individual cases?

How will the EO affect college students from the barred countries, such as F1/J1/M1 visa holders? Are they included in the ban? What kind of guidance is being given to foreign students from these countries legally in the US?

Is it correct that DHS workers were instructed to implement at 4:30 pm on Friday, Jan 27?

Can USCIS continue refugee interviews of religious minorities and for countries with which we have an agreement?

Will the U.S. accept emergency requests to process a refugee who will then travel?

Can the exception for refugee admission be used in I-730 cases (family members following to join) for the petition of refugee/asylee relatives?

Does "from one of the seven countries" mean citizen, national or born in?

Does the Executive Order apply to those currently being adjudicated for naturalization?

How does the lawsuit/stay affect DHS operations in implementing this executive order?

Does DHS have a comment on the protests happening at airports around the country?

What about refugees who are considered to be "in transit?"

Last published: Tuesday, January 31, 2017 - 13:05

Tags:   Border Security