THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA, <br><br> Defendants. | NO. 2:17-cv-00141-JLR <br><br> NOTICE OF AMENDED CITATIONS |

Plaintiff State of Washington hereby provides notice of amended citations in the attached Amended Motion for Temporary Restraining Order. The Amended Motion for Temporary Restraining Order is amended solely to add the case information and conform the paragraph citations to the correct paragraphs in the First Amended Complaint for Declaratory and Injunctive Relief filed February 1, 2017. No other changes have been made.

Respectfully submitted,

 s/ Noah G. Purcell
ROBERT W. FERGUSON
WSBA #26004
Attorney General
NOAH G. PURCELL
WSBA #43492
Solicitor General
COLLEEN M. MELODY
WSBA #42275
Civil Rights Unit Chief
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
noahp@atg.wa.gov