1

2

Honorable James L. Robart

3

4

5

6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                 AT SEATTLE

8    STATE OF WASHINGTON,

9                          Plaintiff,          Case No. 2:17-cv-00141

10         v.                                  AMERICAN CIVIL LIBERTIES
                                               UNION OF WASHINGTON'S
11                                             MOTION FOR LEAVE TO FILE
     DONALD TRUMP, in his official capacity as AMICUS CURIAE BRIEF
12   President of the United States; U.S.
     DEPARTMENT OF HOMELAND                    Note on Motion Calendar:
13   SECURITY; JOHN F. KELLY, in his official  February 2, 2017
     capacity as Secretary of the Department of
14   Homeland Security; TOM SHANNON, in his
     official capacity as Acting Secretary of State;
15   and the UNITED STATES OF AMERICA,

16
                           Defendants.
17

18                    I.      INTRODUCTION

19        The American Civil Liberties Union of Washington ("ACLU-WA") respectfully moves

20   for leave to file an amicus curiae brief in support of the State of Washington's Motion for a

21   Temporary Restraining Order.   A copy of the proposed brief is attached as Exhibit A to this

22   motion.  The parties do not oppose the filing of this amicus curiae brief.

23
                   I.      IDENTITY AND INTEREST OF AMICUS CURIAE
24

25        ACLU-WA is a statewide, nonpartisan, nonprofit organization of over 50,000 members,

26   dedicated to the preservation of civil liberties.   ACLU-WA works in courts, legislatures, and

27

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 1
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

communities to preserve the individual rights and liberties guaranteed to all people by the Constitution and laws of the United States. ACLU-WA frequently participates in cases involving the intersection of immigration and civil liberties, including as amicus curiae.

Through its advocacy and community engagement work, ACLU-WA is particularly aware of the impact the President's Executive Order Protecting the Nation from Foreign Terrorist Entry in to the United States (the "Order") will have on Washington residents. ACLU-WA supports individuals and their families detained, denied entry, or otherwise harmed by the Order. ACLU-WA has become a focal point to which many people harmed by the Executive Order have turned in Washington State. ACLU-WA has set-up a special email address to allow persons affected by the travel ban to communicate the impacts of the ban on their lives. *See* http://www.aclu-wa.org/. And on January 28, 2017, ACLU-WA with the Northwest Immigrant Rights Project filed an emergency Writ of Habeas Corpus for the release of two individuals who were detained at the Seattle-Tacoma International Airport due to the Order.

## II.    REASONS WHY MOTION SHOULD BE GRANTED

District courts have "broad discretion" to appoint amicus curiae. *Skokomish Indian Tribe v. Goldmark*, No. C13-5071JLR, 2013 WL 5720053, at *1 (W.D. Wash. Oct. 21, 2013) (quoting *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)). The "classic role" of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 2
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

The Court should exercise its discretion to permit ACLU-WA to file the attached amicus brief.  Counsel for ACLU-WA is familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments.  Instead, ACLU-WA will draw upon its communications with Washington residents and their families affected by the Order to illustrate the profound, widespread, and irreparable harm it has caused and will continue to cause absent Court intervention.

### III.    CONCLUSION

For these reasons, ACLU-WA respectfully requests that the Court grant it leave to file the amicus brief attached as Exhibit A.

DATED this 2nd day of February, 2017.

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 3
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1

Respectfully submitted,

2

3

By */s     Paul J. Lawrence*
Paul J. Lawrence, WSBA No. 13557

4

Kymberly K. Evanson, WSBA No. 39973
Alanna E. Peterson, WSBA No. 46502

5

PACIFICA LAW GROUP LLP

6

1191 Second Avenue, Suite 2000
Seattle, Washington 98101

7

(206) 245-1700
paul.lawrence@pacificalawgroup.com

8

kymberly.evanson@pacificalawgroup.com
alanna.peterson@pacificalawgroup.com

9

10

*Cooperating Attorneys for Amicus Curiae the*

11

*American Civil Liberties Union of Washington*

12

By */s     Emily Chiang*

13

Emily Chiang, WSBA No. 50517
ACLU OF WASHINGTON FOUNDATION

14

901 Fifth Avenue, Suite 630

15

Seattle, Washington 98164
(206) 624-2184

16

echiang@aclu-wa.org

17

*Counsel for Amicus Curiae the American Civil*

18

*Liberties Union of Washington*

19

20

21

22

23

24

25

26

27

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 4
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3
 I hereby certify that on this 2nd day of February, 2017, I electronically filed the foregoing

4
document with the United States District Court ECF system, which will send notification of such

filing to the following:

5
☐ via facsimile

6
Robert W. Ferguson
☐ via overnight courier

Marsha J. Chien
☐ via first-class U.S. mail

7
Anne E. Egeler
☐ via email service agreement

Patricio A. Marquez
☒ via electronic court filing

8
Colleen M. Melody
☐ via hand delivery

Noah Guzzo Purcell

9
WASHINGTON STATE OFFICE OF THE ATTORNEY

10
GENERAL

1125 Washington Street SE

11
PO Box 40100

Olympia, WA 98504-0100

12
Phone: 360.753.7085 - DD

Email:  bobf@atg.wa.gov

13
Email:  marshac@atg.wa.gov

14
Email:  AnneE1@atg.wa.gov

Email:  PatricioM@atg.wa.gov

15
Email:  colleenm1@atg.wa.gov

Email:  noahp@atg.wa.gov

16

17
*Attorneys for Plaintiff*

Arjun Garg

18
Michelle R. Bennett
☐ via facsimile

US Department of Justice
☐ via overnight courier

19
Civil Division, Federal Programs Branch
☐ via first-class U.S. mail

20 Massachusetts Ave. NW
☐ via email service agreement

20
Washington, DC 20530
☒ via electronic court filing

Phone: 202-305-8613
☐ via hand delivery

21
Email:  Arjun.garg@usdoj.gov

22
Email:  michelle.bennett@usdoj.gov

23
*Attorneys for Defendants Donald J. Trump,*

24
*U.S. Department of Homeland Security, John F.*

*Kelly, Tom Shannon, and United States of*

25
*America*

26

27

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 5
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Angelo J. Calfo
Kristin W. Silverman
Calfo Eakes & Ostrovsky, PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Phone: 206-407-2200
Email: angelic@calfoeakes.com
Email: kristins@calfoeakes.com

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via email service agreement
☒ via electronic court filing
☐ via hand delivery

*Attorneys for Amicus Americans United for
Church and State*

Signed at Seattle, Washington this 2nd day of February, 2017.

_____
Katie Dillon

MOTION FOR LEAVE TO FILE AMICUS BRIEF - 6
(Cause No. 2:17-cv-00141)

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750