Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                              Plaintiff,<br><br>        v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>                              Defendants. | No. 2:17-cv-00141<br><br>[PROPOSED] ORDER GRANTING AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |

This matter came before the Court on the American Civil Liberties Union of Washington's ("ACLU-WA") Motion for Leave to File Amicus Brief.  [Dkt. #26].  Having been fully informed, the Court GRANTS the ACLU-WA's Motion for Leave to File Amicus Brief.

[PROPOSED] ORDER GRANTING AMERICAN CIVIL
LIBERTIES UNION OF WASHINGTON'S MOTION FOR
LEAVE TO FILE AMICUS CURIAE BRIEF - 1

Case No.  2:17-cv-00141

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

IT IS SO ORDERED this _____ day of February, 2017.

_____
James L. Robart
United States District Judge

Presented by:

*/s_____Paul J. Lawrence_____*
Paul J. Lawrence, WSBA No. 13557
Kymberly K. Evanson, WSBA No. 39973
Alanna E. Peterson, WSBA No. 46502
PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, Washington 98101
(206) 245-1700
paul.lawrence@pacificalawgroup.com
kymberly.evanson@pacificalawgroup.com
alanna.peterson@pacificalawgroup.com

*Cooperating Attorneys for Amicus Curiae*
*the American Civil Liberties Union of Washington*

*/s_____Emily Chiang_____*
Emily Chiang, WSBA No. 50517
ACLU OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org

*Counsel for Amicus Curiae the American*
*Civil Liberties Union of Washington*

[PROPOSED] ORDER GRANTING AMERICAN CIVIL
LIBERTIES UNION OF WASHINGTON'S MOTION FOR
LEAVE TO FILE AMICUS CURIAE BRIEF - 2

Case No.  2:17-cv-00141

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2017, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

Robert W. Ferguson
Marsha J. Chien
Anne E. Egeler
Patricio A. Marquez
Colleen M. Melody
Noah Guzzo Purcell
Washington State Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
Phone: 360.753.7085 - DD
Email:  bobf@atg.wa.gov
Email:  marshac@atg.wa.gov
Email:  AnneE1@atg.wa.gov
Email:  PatricioM@atg.wa.gov
Email:  colleenm1@atg.wa.gov
Email:  noahp@atg.wa.gov

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via email service agreement
☒ via electronic court filing
☐ via hand delivery

*Attorneys for Plaintiff*

Arjun Garg
Michelle R. Bennett
US Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Phone: 202-305-8613
Email: Arjun.garg@usdoj.gov
Email: michelle.bennett@usdoj.gov

☐ via facsimile
☐ via overnight courier
☐ via first-class U.S. mail
☐ via email service agreement
☒ via electronic court filing
☐ via hand delivery

*Attorneys for Defendants Donald J. Trump, U.S. Department of Homeland Security, John F. Kelly, Tom Shannon, and United States of America*

[PROPOSED] ORDER GRANTING AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF - 3

Case No.  2:17-cv-00141

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1  Angelo J. Calfo                          ☐ via facsimile
2  Kristin W. Silverman                     ☐ via overnight courier
   Calfo Eakes & Ostrovsky, PLLC            ☐ via first-class U.S. mail
3  1301 Second Avenue, Suite 2800           ☐ via email service agreement
   Seattle, WA 98101-3808                   ☒ via electronic court filing
4  Phone: 206-407-2200                      ☐ via hand delivery
   Email: angelic@calfoeakes.com
5  Email: kristins@calfoeakes.com

6  *Attorneys for Amicus Americans United for*
   *Church and State*
7

8  Signed at Seattle, Washington this 2nd day of February, 2017.

9

10

11  _____

12                                          Katie Dillon

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING AMERICAN CIVIL
    LIBERTIES UNION OF WASHINGTON'S MOTION FOR
    LEAVE TO FILE AMICUS CURIAE BRIEF - 4

    Case No.  2:17-cv-00141

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750