Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                  Plaintiff,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>                  Defendants. | No. 2:17-cv-00141<br><br>SECOND DECLARATION OF EMILY CHIANG |

I, Emily Chiang, declare as follows:

1. I am over the age of eighteen, am competent to testify to the matters below, and make this declaration based on personal knowledge.

2. I am the Legal Director of the American Civil Liberties Union of Washington ("ACLU-WA").

SECOND DECLARATION OF EMILY CHIANG - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

3. I oversee and administer the Legal Department of the ACLU-WA, including all active litigation and intake.

4. Since the President signed his Executive Order on January 27, 2017, we have received numerous calls and emails from individuals affected by the Order. Some of those communications are described in the first declaration I filed in this matter.

5. One citizen residing in Washington contacted the ACLU-WA to express that the ban was obstructing her ability to reunite with her husband and her stepdaughter, who after two years of vetting had obtained CR-1 and CR-2 visas to join her in Washington. Her husband and stepdaughter are from Iran. She fears that the ban will force her to leave the United States to start a life with her family elsewhere. She is torn between her husband and stepdaughter, who are banned from entering the United States, and her ailing mother, who is unable to travel.

6. A United States citizen and her husband, a Syrian citizen who holds a CR-1 visa, who are currently in Europe after finishing graduate education programs. They had planned to return to the United States in early February 2017, but now fear that they will be denied entry to the United States and will be unable to reunite with their family, all of whom live in Washington. They are uncertain where they will work or live because their work contracts have ended and they moved out of their residence in anticipation of their return to the United States.

7. Another individual called seeking legal help for his brother, who had a flight from Canada arriving at Seattle-Tacoma International Airport at the end of January 2017. His brother holds an Iranian passport but is a Canadian permanent resident and had obtained a work visa to join his family in the United States.

8. One individual contacted the ACLU-WA regarding her ailing mother, who is a legal permanent resident but has been undergoing cancer treatment in Iraq, where it is less

SECOND DECLARATION OF EMILY CHIANG - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

expensive. Her mother's health has improved and she had hoped that her mother could rejoin her in the United States. She had planned to travel abroad in two weeks to visit her mother and bring her home to the United States, but due to the ban she is fearful that they will be denied re-entry because they were both born in Iraq. Her fear is compounded by her concern for her young daughter, who planned to stay behind in Washington and would be entirely alone if her mother and grandmother were unable to return.

9. A Syrian refugee family currently residing in Washington reached out to the ACLU-WA to seek help for their son, daughter, and son-in-law who had obtained the necessary approval to rejoin their family in Washington on January 30, 2017. They were turned away at the airport in Turkey due to the Order. They had already given up their housing and employment in anticipation of their move to the United States. They are from Aleppo, Syria and are afraid to return due to the conflict there, especially given that the daughter is pregnant.

I declare under penalty of perjury under of the laws of the state of Washington that the foregoing is true and correct.

EXECUTED on the 2nd day of February, 2017.

*[signature]*

Emily Chiang, WSBA No. 50517
ACLU of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org

SECOND DECLARATION OF EMILY CHIANG - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2017, I electronically filed the foregoing document with the United States District Court ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Robert W. Ferguson<br>Marsha J. Chien<br>Anne E. Egeler<br>Patricio A. Marquez<br>Colleen M. Melody<br>Noah Guzzo Purcell<br>Washington State Office of the Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>Phone: 360.753.7085 - DD<br>Email: bobf@atg.wa.gov<br>Email: marshac@atg.wa.gov<br>Email: AnneE1@atg.wa.gov<br>Email: PatricioM@atg.wa.gov<br>Email: colleenm1@atg.wa.gov<br>Email: noahp@atg.wa.gov<br><br>*Attorneys for Plaintiff* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via email service agreement<br>☒ via electronic court filing<br>☐ via hand delivery |
| Arjun Garg<br>Michelle R. Bennett<br>US Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>Phone: 202-305-8613<br>Email: Arjun.garg@usdoj.gov<br>Email: michelle.bennett@usdoj.gov<br><br>*Attorneys for Defendants Donald J. Trump, U.S. Department of Homeland Security, John F. Kelly, Tom Shannon, and United States of America* | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via email service agreement<br>☒ via electronic court filing<br>☐ via hand delivery |

SECOND DECLARATION OF EMILY CHIANG - 4

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| | |
|---|---|
| Angelo J. Calfo<br>Kristin W. Silverman<br>Calfo Eakes & Ostrovsky, PLLC<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808<br>Phone: 206-407-2200<br>Email: angelic@calfoeakes.com<br>Email: kristins@calfoeakes.com | ☐ via facsimile<br>☐ via overnight courier<br>☐ via first-class U.S. mail<br>☐ via email service agreement<br>☒ via electronic court filing<br>☐ via hand delivery |

*Attorneys for Amicus Americans United for Church and State*

Signed at Seattle, Washington this 2nd day of February, 2017.

_____
Katie Dillon

SECOND DECLARATION OF EMILY CHIANG - 5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750