THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                          Plaintiff,<br><br>     v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>                          Defendant. | No. 2:17-cv-00141-JLR<br><br>NOTICE OF APPEARANCE |

TO:    CLERK OF COURT

AND TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that amicus curiae Service Employees International Union, without waiving any defenses or objections, hereby enters its appearance through the undersigned attorneys.  You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process, may be had upon it by serving the undersigned attorneys of record.



1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| 1  DATED:  February 2, 2017. | Respectfully submitted, |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | |
| 4 | By _____ */s/ Steve W. Berman* _____ |
|   | Steve W. Berman, WSBA #12536 |
| 5 | By _____ */s/ Andrew M. Volk* _____ |
|   | Andrew Volk, WSBA #27639 |
| 6 | HAGENS BERMAN SOBOL |
|   | SHAPIRO LLP |
| 7 | 1918 Eighth Avenue, Suite 3300 |
|   | Seattle, WA 98101 |
| 8 | Tel: (206) 623-7292 |
| 9 | Fax: (206) 623-0594 |
|   | steve@hbsslaw.com |
| 10 | andrew@hbsslaw.com |
| 11 | |
|   | *Counsel for amicus curiae Service Employees* |
| 12 | *International Union* |

NOTICE OF APPEARANCE - 2
Case No. 2:17-CV-00141-JLR
007000-18  934386 V1



1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle R. Bennett, michelle.bennett@usdoj.gov

Angelo J. Calfo, angeloc@calfoeakes.com

Marsha J. Chien, marshac@atg.wa.gov

Ann Elizabeth Egeler, annee1@atg.wa.gov

Kymberly K. Evanson, kymberly.evanson@pacificalawgroup.com

Robert W. Ferguson, judyg@atg.wa.gov

Arjun Garg, Arjun.garg@usdoj.gov

Bradley Girard, girard@au.org

Richard B. Katskee, katskee@au.org

Paul J. Lawrence, paul.lawrence@pacificalawgroup.com

Noah Guzzo Purcell, noahp@atg.wa.gov

Patricio A. Marquez, PatricioM@atg.wa.gov

Colleen M. Melody, colleenm2@atg.wa.gov

Kristin W. Silverman, kristins@calfoeakes.com

DATED: February 2, 2017

*/s/Andrew M. Volk*
Andrew M. Volk, WSBA #27639

NOTICE OF APPEARANCE - 3
Case No. 2:17-CV-00141-JLR

007000-18 934386 V1



1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WASHINGTON 98101