The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, <br><br> Defendants. | No. 2:17-cv-00141 (JLR) <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the defendants Donald Trump, in his official capacity as President of the United States; United States Department of Homeland Security; John F. Kelly, in his official capacity as Secretary of the Department of Homeland Security; Rex W. Tillerson, in his official capacity as Secretary of State; and the United States of America hereby appeal to the United States Court of Appeals for the Ninth Circuit from the February 3, 2017 Order (ECF No. 52) enjoining and restraining enforcement of portions of the January 27, 2017 Executive Order on Protecting the Nation from Foreign Terrorist Entry into the United States.

NOTICE OF APPEAL
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

| | |
|---|---|
| DATED: February 4, 2017 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | JOSEPH H. HUNT<br>Director, Federal Programs Branch |
| | JOHN R. TYLER<br>Assistant Director, Federal Programs Branch |
| | */s/ Michelle R. Bennett*<br>MICHELLE R. BENNETT<br>ERIC SOSKIN<br>DANIEL SCHWEI<br>ARJUN GARG<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 305-8902<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br>           arjun.garg@usdoj.gov |
| | *Attorneys for Defendants* |

NOTICE OF APPEAL
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2017, I electronically filed the foregoing Notice of Appeal using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: February 4, 2017                    */s/ Michelle Bennett*
                                                                 MICHELLE BENNETT

NOTICE OF APPEAL
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**