1
2
3
4
5

6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8  | STATE OF WASHINGTON, | NO. 2:17-cv-00141-JLR
9  | Plaintiff, | NOTICE OF APPEARANCE OF MATTHEW P. BERGMAN
    | v. |
10
11 | DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY;
12 | JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland
13 | Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the
14 | UNITED STATES OF AMERICA,
15 | Defendants.

16
17
18
19
20
21
22
23

NOTICE OF APPEARANCE OF MATTHEW P. BERGMAN - 1

BERGMAN DRAPER LADENBURG
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

1   PLEASE TAKE NOTICE that Matthew P. Bergman of Bergman Draper Ladenburg,

2 hereby enters his appearance as counsel on behalf of the Jewish Federation of Greater Seattle.

3 You are hereby requested to serve copies of all further pleadings in this action, other than

4 original process, upon the undersigned at:

5   Bergman Draper Ladenburg
821 Second Avenue, Suite 2100
6   Seattle, WA 98104
service@bergmanlegal.com

7

    DATED this 6th day of February, 2017.
8
                BERGMAN DRAPER LADENBURG, PLLC
9

10           By  */s/ Matthew P. Bergman*
                Matthew P. Bergman, WSBA # 20894
11              Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

**CERTIFICATE OF SERVICE AND FILING**

I hereby certify that on the 6th day of February 2017, I served all parties to this action via the CM/ECF system.

Dated: February 6, 2017

                                                Respectfully submitted,

                                                */s/ Matthew P. Bergman*
                                                Matthew P. Bergman, WSBA #20894
                                                BERGMAN DRAPER LADENBURG