The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | CIVIL ACTION NO. 2:17-cv-00141-JLR<br><br><br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 3, 2017 Order (ECF No. 52), the parties hereby submit this joint status report, proposing a briefing schedule for Plaintiffs' motion for preliminary injunction. The parties request that the Court enter the following briefing schedule:

Plaintiffs' motion for preliminary injunction due by 11:59pm PST on February 9, 2017

Defendants' opposition due by 11:59pm PST on February 15, 2017

Plaintiffs' reply due by 11:59pm PST on February 17, 2017

1  It is Defendants' position that the Court lacks jurisdiction to decide Plaintiffs' forthcoming motion for preliminary injunction until the Ninth Circuit resolves Defendants' pending appeal of this Court's February 3, 2017 Order.  *See* Notice of Appeal, ECF No. 53; *see also Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); *Prudential Real Estate Affiliates, Inc. v. PPR Realty, Inc.*, 204 F.3d 867, 880 (9th Cir. 2000) (explaining that a "district court lacks jurisdiction to modify an injunction once it has been appealed except to maintain the status quo among the parties"); *Flynt Distrib. Co. v. Harvey*, 734 F.2d 1389, 1392 n.1 (9th Cir. 1984) ("The district court had no jurisdiction to 'modify and supersede' its order after the filing of the notice of appeal.").  Nevertheless, pursuant to Federal Rule of Civil Procedure 62.1, the Court may defer considering Plaintiffs' forthcoming motion for preliminary injunction until after the Ninth Circuit has resolves Defendants' appeal or the Court may issue an indicative ruling, stating that it would deny Plaintiffs' motion for preliminary injunction if the Ninth Circuit remands for that purpose.  *See* Fed. R. Civ. P. 62.1(a)(1), (3).  Defendants, therefore, believe it is appropriate for the parties to proceed with briefing on plaintiffs' motion for preliminary injunction despite Defendants' pending appeal.

The jurisdictional position above is not shared by Plaintiffs. Plaintiffs intend to bring a preliminary injunction motion pursuant to Federal Rule of Civil Procedure 65(a) and do not agree that the temporary restraining order issued by the Court on February 3, 2017, is an "injunction" for purposes of the cases cited above. Plaintiffs agree on the briefing schedule set out above for a preliminary injunction motion.

For these reasons, the parties respectfully request that the Court enter the briefing schedule set forth above.

1  DATED this 6th day of February, 2017.

2  Respectfully submitted,

3

4  CHAD A. READLER
   Acting Assistant Attorney General               /s/ *Colleen Melody*

5  JOSEPH H. HUNT                                  Bob Ferguson, WSBA #26004
                                                   Attorney General
6  Director, Federal Programs Branch               Noah G. Purcell, WSBA #43492
                                                   Solicitor General
7  JOHN R. TYLER
   Assistant Director, Federal Programs Branch     Colleen M. Melody, WSBA #42275
                                                   Civil Rights Unit Chief
8  */s/ Michelle R. Bennett*
   MICHELLE R. BENNETT
9  ERIC SOSKIN                                     Anne E. Egeler, WSBA #20258
   DANIEL SCHWEI                                   Deputy Solicitor
10 ARJUN GARG                                      Marsha Chien, WSBA #47020
   Trial Attorneys                                 Patricio A. Marquez, WSBA #47693
11 U.S. Department of Justice                      Assistant Attorneys General
   Civil Division, Federal Programs Branch         Office of the Attorney General
12 20 Massachusetts Avenue, NW                     800 Fifth Avenue, Suite 2000
   Washington, DC 20530                            Seattle, WA  98104
13 Tel: (202) 305-8902                             (206) 464-7744
   Fax: (202) 616-8470
14 Email: michelle.bennett@usdoj.gov               Noahp@atg.wa.gov
   arjun.garg@usdoj.gov
15
                                                   LORI SWANSON
16 *Attorneys for Defendants*                      Attorney General
                                                   State of Minnesota

17

18

19

20

21

22

23

24

25

26

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2017, I electronically filed the foregoing Opposition to Plaintiff's Motion for Temporary Restraining Order using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated:   February 6, 2017
         */s/Colleen Melody*