UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | CASE NO. C17-0141JLR<br><br>ORDER ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

Before the court is the parties' Joint Status Report ("JSR").  (JSR (Dkt. # 56).) The court hereby ADOPTS the parties' proposed briefing schedule for Plaintiffs' motion for a preliminary injunction (*see id.* at 1) and ORDERS the parties to comply with the following schedule:

1. Plaintiffs shall file their motion for a preliminary injunction no later than 11:59 p.m., Pacific Standard Time ("PST"), on February 9, 2017;

2. Defendants shall file their opposition to Plaintiffs' motion no later than 11:59 p.m., PST, on February 15, 2017; and

ORDER - 1

3. Plaintiffs shall file their reply in support of their motion no later than 11:59 p.m., PST, on February 17, 2017.

Dated this 7th day of February, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2