**FILED**

UNITED STATES COURT OF APPEALS

FEB 04 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STATE OF WASHINGTON; STATE OF MINNESOTA, | No. 17-35105 |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-00141<br>Western District of Washington, Seattle |
| v. | |
| DONALD J. TRUMP, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

Before: CANBY and FRIEDLAND, Circuit Judges.

The court has received appellants' emergency motion (Docket Entry No. 14). Appellants' request for an immediate administrative stay pending full consideration of the emergency motion for a stay pending appeal is denied.

Appellees' opposition to the emergency motion is due Sunday, February 5, 2017 at 11:59 p.m. PST. Appellants' reply in support of the emergency motion is due Monday, February 6, 2017 at 3:00 p.m. PST.

MOATT