1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9
10

STATE OF WASHINGTON and STATE
OF MINNESOTA

11                            Plaintiffs,

DECLARATION OF ROVY
BRANON

12

13              v.

14    DONALD TRUMP, in his official
      capacity as President of the United States;
15    U.S. DEPARTMENT OF HOMELAND
      SECURITY; JOHN F. KELLY, in his
16    official capacity as Secretary of the
      Department of Homeland Security; TOM
17    SHANNON, in his official capacity as
      Acting Secretary of State; and the
18    UNITED STATES OF AMERICA,

19                            Defendants.

20        I, Rovy Branon, hereby declare and affirm:

21        1.      I am over the age of 18 and am competent to testify.

22        2.      I am the Vice Provost for the Continuum College, a self-sustaining unit of the

23    University of Washington (UW).  Continuum College operates a broad range of fee-based

24    programs for the UW, including a large International English Language Program (IELP) that

25    attracts students from around the world.

26

3.      I have reviewed the provisions of the Presidential Executive Order entitled "Protecting the Nation from Foreign Terrorist Entry Into the United States" ("Order") and I understand that, among other things, it imposes a 90-day ban on the entry into the U.S. by persons from the countries of Syria, Iran, Sudan, Somalia, Iraq, Libya, and Yemen.

4.      Continuum College's IELP has routinely enrolled students from several of these countries.  The students who come to the UW for the IELP pay a program fee of $3,680 per quarter and a registration fee of $45.00 per quarter. The IELP offers entry to students at the beginning of each quarter during the academic year, including summer quarter.  A copy of the IELP website pages showing general IELP information, including current tuition fees is attached hereto as Exhibit 1.

5.      While Continuum College cannot know how many prospective students for its programs have chosen not to apply at all since the promulgation of the Order, we do know specifically of four students (three from Libya and one from Yemen) who, before the Order was issued, did apply to the IELP, were accepted for this coming Spring Quarter (which begins on March 22, 2017) and have been issued F-1 visas, but who would not be able to travel to the U.S. under the Order. True and accurate copies of the e-mail messages (with personally identifying information redacted) that were sent to these students informing them of their acceptance for Spring Quarter are attached hereto as Exhibits 2-5.

6.      I am also aware of one student from Iran who has been accepted into the IELP for Summer Quarter 2017 and also has been issued an F-1 visa. Again, if the travel ban were to remain in place into Summer Quarter (which begins June 13, 2017) this student would not be able to enter the U.S. to participate in the program.  A true and accurate copy of the acceptance letter to this student (with personally identifiable information redacted) is attached hereto as Exhibit 6.

7.      A majority of students who enroll in IELP for a particular quarter continue to participate in the program for subsequent quarters.  Accordingly, I believe that it is probable that

DECLARATION OF ROVY BRANON                    2                    ATTORNEY GENERAL OF WASHINGTON

1   some of the students referenced above would enroll for subsequent quarters if they were able to

2   enroll in Spring and Summer Quarters, respectively.

3           8.     In addition, Continuum College has sponsored a professional instructor from

4   Waseda University in Japan (Waseda) who is a citizen of Iran to participate in a regular short

5   term faculty training program offered through Continuum College under an agreement with

6   Waseda. This individual has been issued a B-1 visa and was scheduled to commence the training

7   program on February 27, 2017.  If this individual is unable to attend the training program because

8   of the travel ban, Continuum College will lose the fee amount of $3,600 it expects to receive

9   from Waseda for his participation.

10          I declare under penalty of perjury under the laws of the United States that the foregoing

11   is true and complete to the best of my knowledge.

12   Dated this 9th day of February, 2017.

13

14

15                      Rovy Branon

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ROVY BRANON         3         ATTORNEY GENERAL OF WASHINGTON

Exhibit 1

to Declaration of Rovy Branon



UW PROFESSIONAL & CONTINUING EDUCATION   UW HOME

## INTERNATIONAL & ENGLISH LANGUAGE PROGRAMS
UNIVERSITY *of* WASHINGTON

Select Language ▼

| About ▼ | Programs ▼ | Admissions & Visas ▼ | Student Life ▼ | Housing ▼ |

| Student Services ▼ | Contact Us |

**PROGRAMS**

Home › Programs › Academic Preparation › IEP › Overview

- Academic Preparation
- Business Certificates
- Short Term English Programs
- Programs for Teachers
- Study Abroad at the UW
- Online Programs
- Degree Programs
- Test Preparation Courses
- Customized Group Programs
- Research Programs

# Intensive English Program (IEP)

**Overview** | Program Details | How to Apply

Come study in a beautiful region of the United States and improve your English language skills with the Intensive English Program (IEP) at the University of Washington. Our high-quality program will help you prepare for studies at an American college or university or assist you in reaching your personal or career goals.

Founded in 1977, the IEP is one of the most established English language programs in the United States. Students from all over the world come to Seattle every year and enjoy our scenic campus in one of the most culturally vibrant cities in the country.

## Program Tracks

We offer three different tracks within the Intensive English Program. Choose the track that best meets your goals. Click on the links below to view more details about each track.

- University Track: Prepare for undergraduate or graduate studies at an American college or university
- Business English Track: Develop the spoken and written English skills needed for the business world
- Communication & Culture Track: Improve your practical English skills for use in real-life situations, with a focus on learning about American culture

### QUICK FACTS

| | |
|---|---|
| Location: | Varies – UW Seattle campus and downtown campus |
| Length: | 10 weeks (9 weeks in summer) |
| Hours/Week: | 20 |
| Upcoming Sessions: | **Spring 2017:** Mar 22 –Jun 2 |
| | **Summer 2017:** Jun 13 –Aug 18 |
| | **Autumn 2017:** Sep 21 –Dec 8 |
| Application Deadline: | Open until filled |
| Costs: | See Details |

### CONNECT WITH US

   

### Email Updates

Sign up to stay informed about the Intensive English Program.

EXHIBIT

UW PROFESSIONAL & CONTINUING EDUCATION     UW HOME

# INTERNATIONAL & ENGLISH LANGUAGE PROGRAMS
UNIVERSITY *of* WASHINGTON

 Select Language

| it ▼ | Programs ▼ | Admissions & Visas ▼ | Student Life ▼ | Housing ▼ | Student Services ▼ | Contact Us |

Home / Programs / Academic Preparation / IEP / Program Details

RAMS

- mic Preparation
- ess Certificates
- Term English Programs
- ams for Teachers
- Abroad at the UW
- e Programs
- ce Programs
- reparation Courses
- mized Group Programs
- rch Programs

## Intensive English Program (IEP)

| Overview | **Program Details** | How to Apply |

The UW Intensive English Program (IEP) has multiple levels of instruction to serve students who range from beginning to advanced English proficiency. Depending on the track you select, you will take a combination of core courses covering listening, speaking, reading and writing, along with elective courses on different topics.

The IEP offers three different tracks. Click on the links below to get more information about each track.

- University Track
- Business English Track
- Communication & Culture Track

### Placement

Before classes begin, students will take a placement test to evaluate their English reading, writing and listening skills. The test will determine your level in each area. You will choose or be assigned to classes based on your test results. You may be higher in one skill area than another.

Students who have a TOEFL iBT of 84-91 or IELTS of 6.5 may be eligible for the accelerated University Track. Contact us if you meet these requirements and are interested in learning more.

Students interested in the Business English Track who meet certain English proficiency requirements may also apply directly to the Intensive Business English Program (IBEP). See the IBEP How to Apply page for more details.

### Location

IEP classes are held in several locations.

Level 1 courses for all tracks meet at UW's downtown Seattle location, located in the Puget Sound Plaza Building, 1325 4th Ave., Suite 400 (map). Located in the busy heart of Seattle, not far from the waterfront, the UW's downtown location offers the best of our city's culture and events, food and drink, and business community. The downtown location is easily accessed by the bus and light rail.

Take a video tour of our downtown location.

Other University Track classes typically meet on the University of Washington campus in Seattle or in the nearby 45th Street Plaza building (map).

Classes for the Business English and Communication & Culture tracks are held either on the main campus, the 45th Street Plaza building or the UW downtown Seattle location, depending on the level.

Be sure to check your schedule to determine the exact location of your classes.

### COSTS PER QUARTER

| | |
|---|---|
| Tuition*: | $3,680 |
| Nonrefundable application fee**: | $50 |
| Nonrefundable registration fee: | $45 |
| International Student Health Insurance Plan (Required): | $310 |
| Room and board (estimated): | $3,423 |
| Books and supplies (estimated): | $200 |
| Bus pass (U-PASS): | $150 |
| Other expenses (estimated): | $778 |
| **TOTAL:** | **$8,636** |

* Tuition for IEP courses only. Learn more about tuition rates for the Intensive Business English Program and optional business certificates on the Details pages f those programs.

** One-time fee

Note: Fees subject to change

### CONNECT WITH US



**Email Updates**

Sign up to stay informed about the Intensive English Program

Email Address

**Get Updates**

Learn about our privacy policy

Exhibit 2

to Declaration of Rovy Branon

## IELPAdmissions

| | |
|---|---|
| **From:** | IELPAdmissions |
| **Sent:** | Monday, April 18, 2016 10:00 AM |
| **To:** | ▓▓▓▓▓▓▓@gmail.com' |
| **Subject:** | Acceptance to IEP for Spring Quarter 2017 |
| **Attachments:** | IEP Model 111015.pdf; MIRF 2015.pdf |

Dear ▓▓▓▓▓▓▓▓▓▓▓▓

We are pleased to inform you that you have been accepted to our Intensive English Program (IEP) - University Track for Spring Quarter 2017, which begins March 22, 2017. Your I-20 and acceptance packet will be mailed within one business day.

**This e-mail contains information about:**

- Your UW Student ID Number and Your SEVIS ID Number
- Schedule for IEP Spring Quarter 2017
- Office Location and Hours
- IEP Tracks
- Placement Test
- Registration and Advising
- Payment for Program Fees
- Housing
- Health Insurance
- Measles Immunization
- Commuting to Campus
- Cancellations or Deferrals

For more information on arrival, details of the program and what you need to bring with you, please visit our website: http://www.ielp.uw.edu/student-life/arrival-info/.

---

### Your UW Student ID Number and Your SEVIS ID Number

Your UW Student ID number is ▓▓▓▓▓. Please use your UW Student ID number when contacting our office.

For your reference, your SEVIS ID number is ▓▓▓▓▓▓▓ and our School Code is SEA214F00516000.

---

### Schedule for IEP Spring Quarter 2017

| | |
|---|---|
| **March 22-28** | New Student Placement Test, Orientation, and Registration |
| **March 29** | Classes begin |
| **June 2** | Last day of Spring Quarter |

Check-in for the placement test will begin at 8:30 a.m. on March 22, location To Be Announced (TBA). We will send a detailed schedule for Orientation and Registration closer to your program start date.

Please bring the following documents to the placement test and all orientation and registration activities:
- Your passport *(your passport must be valid for **six months** beyond the period of your intended stay in the U.S.)*

EXHIBIT 2

- Your F-1 visa
- The I-20 form issued from our program or your previous school
- Your dependents' passport(s), F-2 visa(s), and any other immigration documents that you may have
- Your home country address (in English) & your current address in the U.S.
- Your email address

IMPORTANT: All F-1 visa holders are required by law to begin full-time studies within 30 days of their initial arrival to the US. **Please do NOT attempt to enter the United States more than 30 days before the program start date listed on your I-20; you may be denied entry.**

---

## Office Location and Hours

**UW Seattle Campus**
UW Tower, 13th Floor
4333 Brooklyn Ave NE
Seattle, Washington 98105

**Downtown Campus**
Puget Sound Plaza Building
Suite 400 (4th Floor)
1325 4th Ave
Seattle, Washington 98101

Monday - Friday, 8:00 a.m. - 5:00 p.m.
(206) 543-6242

---

## IEP Tracks

The IEP offers three tracks that are designed to help students meet their educational goals. The three tracks are: University Track, Business English Track, Communication & Culture Track. For your reference, we have attached a diagram of the three tracks to this e-mail. More information is available on our website (http://www.ielp.uw.edu/programs/academic-prep/iep/) and will be provided during orientation.

The location of your classes will depend on your track and current level. Your initial level will be determined by the results for your placement test (see below).

---

## Placement Test

All IEP students take a placement test at the beginning of the program to determine their level. You will be tested on your reading, writing, and listening skills. (There is no speaking assessment on the placement test. Listening and speaking classes are integrated.)  Based on your results, you will be placed into a level from 1 to 5.

All students who test into Level 1 begin in General English classes at our UW downtown Seattle campus. All students who test into Level 2 begin in General English classes at our UW Seattle campus. Students who test into the higher levels take classes that are specific to their track.

If your score is lower than level 1, you cannot study in IEP. *F-1 visa holders with placement test results lower than level 1 will be required to study at another SEVP-approved program for **at least one quarter** before returning to IEP. We will assist such students with the transfer process.*

NOTE: Only students taking the IEP placement test are allowed in the testing room. Children, spouses, family members, friends, and any other non-test-takers will NOT be allowed in the testing room. If you have children, you must make your own childcare arrangements in advance of the test. Do not bring your children to the test.

---

## Registration and Advising

At the placement test, you will be assigned a registration appointment. During your registration appointment, you will receive the results of your placement test, choose your classes, and pay your tuition.

F-1 visa holders are required to study full-time. Full-time study in IEP is 20 hours per week.

---

## Payment for Program Fees

You will pay for your classes at the time of your registration appointment. These are the fees you can expect to pay:
- **Tuition (20 hours/week) & registration fee: $3725**
- **Health insurance: $310** (see Health Insurance below)
- **U-PASS: $150** (see Commuting to Campus below)

***Fees above are per quarter and are subject to change without notice.***

Payments can be made by traveler's checks, certified bank checks, personal checks, or Visa/MasterCard. IMPORTANT: We can ONLY accept VISA or MASTERCARD. We CANNOT accept American Express, Discover, or any other type of credit/debit card.

IMPORTANT: If you plan to pay by credit card, you should inform your credit card company of the date and amount so that they will be sure to honor the charge.

Refer to our website for further information about paying for program fees (http://www.ielp.uw.edu/student-services/registration-payment/).

---

## Housing

Students must make their own housing arrangements. The options are university dormitory, host family, or individual house or apartment. You will need to make housing arrangements **before** you arrive in the US. Our office does not make hotel, housing, home stay, or dormitory reservations for students.

Refer to our website for further information about housing arrangements (http://www.ielp.uw.edu/housing/). Dormitory housing is usually <u>not</u> available during Autumn Quarter.

---

## Health Insurance

The UW International Student Health Insurance Plan (ISHIP) is required for all international students with F-1 visa status who are enrolled full-time. Eligible international students will be enrolled automatically for quarterly, student-only coverage for each quarter they register for classes. The current rate for ISHIP is $310 per quarter.

Dependents: If you want to enroll your spouse and/or children, you must indicate this during registration. Insurance for dependents is $300 per person, per quarter.

NOTE: This requirement will only be waived for students who are funded by their government or by the U.S. government.

## Measles Immunization

All UW IELP students are required to provide proof of Measles (Rubeola) immunity by filling out the UW Measles Immunity Requirement Form (MIRF). A copy of the MIRF is attached to this e-mail.

**WHAT do you need to do?**
- Complete the MIRF with the following information:
    - Date of two live virus measles (rubeola) vaccinations, both given after January 1, 1968
    - Vaccines must have been given no earlier than 12 months of age (on or after first birthday) with at least 28 days between doses.
- Submit your completed MIRF and a copy of your immunization records to the IELP office by e-mail or fax:
    - E-mail:  IELPAdmissions@pce.uw.edu
    - Fax:  (206) 685-9572

NOTE:  If you are not able to get the vaccination because you are pregnant or you have a compromised immune system, you can take a measles (rubeola) titer blood test. If you take a titer test, write the date of the test on your MIRF and submit a copy of the titer lab result.

**WHEN do you need to do this?**
- **BEFORE** your program begins
- If you are not able to complete the MIRF before you arrive, you may get vaccinated at the UW Hall Health Center

NOTE:  Students born before January 1, 1957 are considered immune to measles and are not required to submit proof of immunity.

In addition, it is recommended that international students also get a health certificate (in English) from their doctor that lists all immunizations and diseases they have had or have been exposed to, and bring this with them to the University of Washington.

## Commuting to Campus

The University of Washington has a special discounted bus pass, called the U-PASS, which is $150 per quarter (3 months) for students. You are not required to purchase the U-PASS. However, even if you drive a car, having a U-PASS has its advantages. You will learn more about the U-PASS at orientation. You will be able to purchase the U-PASS when you pay for your classes.

## Cancellations or Deferrals

If you decide not to attend our program, please let us know so that we can cancel your reservation.

If you need to defer your admission to a later quarter, you MUST contact us no later than the **fifth day** of the quarter you are accepted to. Otherwise, you will need to reapply to our program.

We look forward to meeting you and having you study with us!

Sincerely,



James Cody Evans
Director of International & English Language Programs

UW Tower Box 359450
4333 Brooklyn Ave NE, Seattle, WA 98195-9450
206.543.6242  /  fax 206.685.9572
IELPAdmissions@pce.uw.edu  /  ielp.uw.edu



**Connect with us:**

Exhibit 3

to Declaration of Rovy Branon

## IELPAdmissions

| | |
|---|---|
| **From:** | IELPAdmissions |
| **Sent:** | Thursday, December 29, 2016 8:29 AM |
| **To:** | @gmail.com' |
| **Subject:** | Acceptance to IEP for Summer Quarter 2017 |
| **Attachments:** | MIRF 2015.pdf; IEP Chart 08.03.16.pdf |

Dear

We are pleased to inform you that you have been accepted to our Intensive English Program (IEP) – Business English Track for **Summer Quarter 2017**, which begins June 13, 2017. Your I-20 and acceptance packet will be ready for pick up by Sareh Abdolyousefi in 2 business days. Please note that she will need to bring photo ID to pick up your I-20. Our office hours are Monday – Friday, 8am-5pm. We will be closed on Monday, January 2.

**This e-mail contains information about:**

- Your UW Student ID Number and Your SEVIS ID Number
- Schedule for IEP Summer Quarter 2017
- Office Location and Hours
- IEP Tracks
- Placement Test
- Registration and Advising
- Payment for Program Fees
- Housing
- Health Insurance
- Measles Immunization
- Commuting to Campus
- Cancellations or Deferrals

For more information on arrival, details of the program and what you need to bring with you, please visit our website: http://www.ielp.uw.edu/student-life/arrival-info/.

### Your UW Student ID Number and Your SEVIS ID Number

Your UW Student ID number is            . Please use your UW Student ID number when contacting our office.

For your reference, your SEVIS ID number is              and our School Code is SEA214F00516000.

### Schedule for IEP Summer Quarter 2017

| | |
|---|---|
| **June 13-16** | New Student Placement Test, Orientation, and Registration |
| **June 19** | Classes begin |
| **August 18** | Last day of Summer Quarter |

All IEP students must attend the placement test and orientation. Check-in for the placement test will begin at 8:30 a.m. on June 13, location To Be Announced (TBA). We will send a detailed schedule for Orientation and Registration closer to your program start date.

EXHIBIT 3

Please bring the following documents to the placement test and all orientation and registration activities:

- Your passport *(your passport must be valid for **six months** beyond the period of your intended stay in the U.S.)*
- Your F-1 visa
- The I-20 form issued from our program or your previous school
- Your dependents' passport(s), F-2 visa(s), and any other immigration documents that you may have
- Your home country address (in English) & your current address in the U.S.
- Your email address

IMPORTANT: All F-1 visa holders are required by law to begin full-time studies within 30 days of their initial arrival to the US. **Please do NOT attempt to enter the United States more than 30 days before the program start date listed on your I-20; you may be denied entry.**

## Office Location and Hours

**UW Seattle Campus**
UW Tower, 13th Floor
4333 Brooklyn Ave NE
Seattle, Washington 98105

**Downtown Campus**
Puget Sound Plaza Building
Suite 400 (4th Floor)
1325 4th Ave
Seattle, Washington 98101

Monday - Friday, 8:00 a.m. - 5:00 p.m.
(206) 543-6242

## IEP Tracks

The IEP offers three tracks that are designed to help students meet their educational goals. The three tracks are: University Track, Business English Track, Communication & Culture Track. For your reference, we have attached a diagram of the three tracks to this e-mail. More information is available on our website (http://www.ielp.uw.edu/programs/academic-prep/iep/) and will be provided during orientation.

The location of your classes will depend on your track and current level. Your initial level will be determined by the results for your placement test (see below).

## Placement Test

All IEP students are required to take a placement test at the beginning of the program to determine their level. You will be tested on your reading, writing, and listening skills. (There is no speaking assessment on the placement test. Listening and speaking classes are integrated.)  Based on your results, you will be placed into a level from 1 to 5.

All students who test into Level 1 begin in General English classes at our UW downtown Seattle campus. All students who test into Level 2 begin in General English classes at our UW Seattle campus. Students who test into the higher levels take classes that are specific to their track.

If your score is lower than level 1, you cannot study in IEP. *F-1 visa holders with placement test results lower than level 1 will be required to study at another SEVP-approved program for* **at least one quarter** *before returning to IEP. We will assist such students with the transfer process.*

NOTE: Only students taking the IEP placement test are allowed in the testing room. Children, spouses, family members, friends, and any other non-test-takers will NOT be allowed in the testing room. If you have children, you must make your own childcare arrangements in advance of the test. Do not bring your children to the test.

## Registration and Advising

At the placement test, you will be assigned a registration appointment. During your registration appointment, you will receive the results of your placement test, choose your classes, and pay your tuition.

F-1 visa holders are required to study full-time. Full-time study in IEP is 20 hours per week.

## Payment for Program Fees

You will pay for your classes at the time of your registration appointment. These are the fees you can expect to pay:
- **Tuition (20 hours/week) & registration fee: $3725**
- **Health insurance: $310** (see Health Insurance below)
- **U-PASS: $150** (see Commuting to Campus below)

***Fees above are per quarter and are subject to change without notice.***

Payments can be made by traveler's checks, certified bank checks, personal checks, or Visa/MasterCard. IMPORTANT: We can ONLY accept VISA or MASTERCARD. We CANNOT accept American Express, Discover, or any other type of credit/debit card.

IMPORTANT: If you plan to pay by credit card, you should inform your credit card company of the date and amount so that they will be sure to honor the charge.

Refer to our website for further information about paying for program fees (http://www.ielp.uw.edu/student-services/registration-payment/).

## Housing

Students must make their own housing arrangements. The options are university dormitory, host family, or individual house or apartment. You will need to make housing arrangements **before** you arrive in the US. Our office does not make hotel, housing, home stay, or dormitory reservations for students.

Refer to our website for further information about housing arrangements (http://www.ielp.uw.edu/housing/). Dormitory housing is usually <u>not</u> available during Autumn Quarter.

## Health Insurance

The UW International Student Health Insurance Plan (ISHIP) is required for all international students with F-1 visa status who are enrolled full-time. Eligible international students will be enrolled automatically for quarterly, student-only coverage for each quarter they register for classes. The current rate for ISHIP is $310 per quarter.

Dependents: If you want to enroll your spouse and/or children, you must indicate this during registration. Insurance for dependents is $300 per person, per quarter.

NOTE: This requirement will only be waived for students who are funded by their government or by the U.S. government.

## Measles Immunization

All UW IELP students are required to provide proof of Measles (Rubeola) immunity by filling out the UW Measles Immunity Requirement Form (MIRF). A copy of the MIRF is attached to this e-mail.

**WHAT do you need to do?**
- Complete the MIRF with the following information:
    - Date of two live virus measles (rubeola) vaccinations, both given after January 1, 1968
    - Vaccines must have been given no earlier than 12 months of age (on or after first birthday) with at least 28 days between doses.
- Submit your completed MIRF and a copy of your immunization records to the IELP office by e-mail or fax:
    - E-mail:  IELPAdmissions@pce.uw.edu
    - Fax:  (206) 685-9572

NOTE:  If you are not able to get the vaccination because you are pregnant or you have a compromised immune system, you can take a measles (rubeola) titer blood test. If you take a titer test, write the date of the test on your MIRF and submit a copy of the titer lab result.

**WHEN do you need to do this?**
- **BEFORE** your program begins
- If you are not able to complete the MIRF before you arrive, you may get vaccinated at the UW Hall Health Center

NOTE:  Students born before January 1, 1957 are considered immune to measles and are not required to submit proof of immunity.

In addition, it is recommended that international students also get a health certificate (in English) from their doctor that lists all immunizations and diseases they have had or have been exposed to, and bring this with them to the University of Washington.

## Commuting to Campus

The University of Washington has a special discounted bus pass, called the U-PASS, which is $150 per quarter (3 months) for students. You are not required to purchase the U-PASS. However, even if you drive a car, having a U-PASS has its advantages. You will learn more about the U-PASS at orientation. You will be able to purchase the U-PASS when you pay for your classes.

## Cancellations or Deferrals

If you decide not to attend our program, please let us know so that we can cancel your reservation.

If you need to defer your admission to a later quarter, you MUST contact us no later than the **fifth day** of the quarter you are accepted to. Otherwise, you will need to reapply to our program.

---

We look forward to meeting you and having you study with us!

Sincerely,



**James Cody Evans**
Director of International & English Language Programs

UW Tower Box 359450
4333 Brooklyn Ave NE, Seattle, WA 98195-9450
206.543.6242  /  fax 206.685.9572
IELPAdmissions@pce.uw.edu  /  ielp.uw.edu

 UNIVERSITY *of* WASHINGTON

**Connect with us:**

Exhibit 4

to Declaration of Rovy Branon

## IELPAdmissions

**From:**          IELPAdmissions
**Sent:**          Friday, July 1, 2016 2:04 PM
**To:**            ▓▓▓▓▓▓@gmail.com; ▓▓▓▓▓▓
**Subject:**       Acceptance to IEP for Spring Quarter 2017
**Attachments:**   IEP Model 111015.pdf; MIRF 2015.pdf

Dear ▓▓▓▓▓▓▓▓▓▓▓▓

We are pleased to inform you that you have been accepted to our Intensive English Program (IEP) - University Track for Spring Quarter 2017, which begins March 22, 2017. Your I-20 and acceptance packet will be mailed within one business day.

**This e-mail contains information about:**

- Your UW Student ID Number and Your SEVIS ID Number
- Schedule for IEP Spring Quarter 2017
- Office Location and Hours
- IEP Tracks
- Placement Test
- Registration and Advising
- Payment for Program Fees
- Housing
- Health Insurance
- Measles Immunization
- Commuting to Campus
- Cancellations or Deferrals

For more information on arrival, details of the program and what you need to bring with you, please visit our website: http://www.ielp.uw.edu/student-life/arrival-info/.

### Your UW Student ID Number and Your SEVIS ID Number

Your UW Student ID number is ▓▓▓▓▓. Please use your UW Student ID number when contacting our office.

For your reference, your SEVIS ID number is ▓▓▓▓▓▓▓ and our School Code is SEA214F00516000.

### Schedule for IEP Spring Quarter 2017

**March 22-28**  New Student Placement Test, Orientation, and Registration
**March 29**     Classes begin
**June 2**       Last day of Spring Quarter

Check-in for the placement test will begin at 8:30 a.m. on March 22, location To Be Announced (TBA). We will send a detailed schedule for Orientation and Registration closer to your program start date.

Please bring the following documents to the placement test and all orientation and registration activities:

- Your passport *(your passport must be valid for **six months** beyond the period of your intended stay in the U.S.)*

1

EXHIBIT 4

- Your F-1 visa
- The I-20 form issued from our program or your previous school
- Your dependents' passport(s), F-2 visa(s), and any other immigration documents that you may have
- Your home country address (in English) & your current address in the U.S.
- Your email address

IMPORTANT: All F-1 visa holders are required by law to begin full-time studies within 30 days of their initial arrival to the US. **Please do NOT attempt to enter the United States more than 30 days before the program start date listed on your I-20; you may be denied entry.**

---

## Office Location and Hours

**UW Seattle Campus**
UW Tower, 13th Floor
4333 Brooklyn Ave NE
Seattle, Washington 98105

**Downtown Campus**
Puget Sound Plaza Building
Suite 400 (4th Floor)
1325 4th Ave
Seattle, Washington 98101

Monday - Friday, 8:00 a.m. - 5:00 p.m.
(206) 543-6242

---

## IEP Tracks

The IEP offers three tracks that are designed to help students meet their educational goals. The three tracks are: University Track, Business English Track, Communication & Culture Track. For your reference, we have attached a diagram of the three tracks to this e-mail. More information is available on our website (http://www.ielp.uw.edu/programs/academic-prep/iep/) and will be provided during orientation.

The location of your classes will depend on your track and current level. Your initial level will be determined by the results for your placement test (see below).

---

## Placement Test

All IEP students take a placement test at the beginning of the program to determine their level. You will be tested on your reading, writing, and listening skills. (There is no speaking assessment on the placement test. Listening and speaking classes are integrated.)  Based on your results, you will be placed into a level from 1 to 5.

All students who test into Level 1 begin in General English classes at our UW downtown Seattle campus. All students who test into Level 2 begin in General English classes at our UW Seattle campus. Students who test into the higher levels take classes that are specific to their track.

If your score is lower than level 1, you cannot study in IEP. *F-1 visa holders with placement test results lower than level 1 will be required to study at another SEVP-approved program for **at least one quarter** before returning to IEP. We will assist such students with the transfer process.*

2

NOTE: Only students taking the IEP placement test are allowed in the testing room. Children, spouses, family members, friends, and any other non-test-takers will NOT be allowed in the testing room. If you have children, you must make your own childcare arrangements in advance of the test. Do not bring your children to the test.

---

## Registration and Advising

At the placement test, you will be assigned a registration appointment. During your registration appointment, you will receive the results of your placement test, choose your classes, and pay your tuition.

F-1 visa holders are required to study full-time. Full-time study in IEP is 20 hours per week.

---

## Payment for Program Fees

You will pay for your classes at the time of your registration appointment. These are the fees you can expect to pay:
- **Tuition (20 hours/week) & registration fee: $3725**
- **Health insurance: $310** (see Health Insurance below)
- **U-PASS: $150** (see Commuting to Campus below)

***Fees above are per quarter and are subject to change without notice.***

Payments can be made by traveler's checks, certified bank checks, personal checks, or Visa/MasterCard. IMPORTANT: We can ONLY accept VISA or MASTERCARD. We CANNOT accept American Express, Discover, or any other type of credit/debit card.

IMPORTANT: If you plan to pay by credit card, you should inform your credit card company of the date and amount so that they will be sure to honor the charge.

Refer to our website for further information about paying for program fees (http://www.ielp.uw.edu/student-services/registration-payment/).

---

## Housing

Students must make their own housing arrangements. The options are university dormitory, host family, or individual house or apartment. You will need to make housing arrangements **before** you arrive in the US. Our office does not make hotel, housing, home stay, or dormitory reservations for students.

Refer to our website for further information about housing arrangements (http://www.ielp.uw.edu/housing/). Dormitory housing is usually <u>not</u> available during Autumn Quarter.

---

## Health Insurance

The UW International Student Health Insurance Plan (ISHIP) is required for all international students with F-1 visa status who are enrolled full-time. Eligible international students will be enrolled automatically for quarterly, student-only coverage for each quarter they register for classes. The current rate for ISHIP is $310 per quarter.

Dependents: If you want to enroll your spouse and/or children, you must indicate this during registration. Insurance for dependents is $300 per person, per quarter.

NOTE: This requirement will only be waived for students who are funded by their government or by the U.S. government.

## Measles Immunization

All UW IELP students are required to provide proof of Measles (Rubeola) immunity by filling out the UW Measles Immunity Requirement Form (MIRF). A copy of the MIRF is attached to this e-mail.

**WHAT do you need to do?**
- Complete the MIRF with the following information:
  - Date of two live virus measles (rubeola) vaccinations, both given after January 1, 1968
  - Vaccines must have been given no earlier than 12 months of age (on or after first birthday) with at least 28 days between doses.
- Submit your completed MIRF and a copy of your immunization records to the IELP office by e-mail or fax:
  - E-mail:  IELPAdmissions@pce.uw.edu
  - Fax:  (206) 685-9572

NOTE:  If you are not able to get the vaccination because you are pregnant or you have a compromised immune system, you can take a measles (rubeola) titer blood test. If you take a titer test, write the date of the test on your MIRF and submit a copy of the titer lab result.

**WHEN do you need to do this?**
- **BEFORE** your program begins
- If you are not able to complete the MIRF before you arrive, you may get vaccinated at the UW Hall Health Center

NOTE:  Students born before January 1, 1957 are considered immune to measles and are not required to submit proof of immunity.

In addition, it is recommended that international students also get a health certificate (in English) from their doctor that lists all immunizations and diseases they have had or have been exposed to, and bring this with them to the University of Washington.

## Commuting to Campus

The University of Washington has a special discounted bus pass, called the U-PASS, which is $150 per quarter (3 months) for students. You are not required to purchase the U-PASS. However, even if you drive a car, having a U-PASS has its advantages. You will learn more about the U-PASS at orientation. You will be able to purchase the U-PASS when you pay for your classes.

## Cancellations or Deferrals

If you decide not to attend our program, please let us know so that we can cancel your reservation.

If you need to defer your admission to a later quarter, you MUST contact us no later than the **fifth day** of the quarter you are accepted to. Otherwise, you will need to reapply to our program.

We look forward to meeting you and having you study with us!

Sincerely,



**James Cody Evans**
Director of International & English Language Programs

UW Tower Box 359450
4333 Brooklyn Ave NE, Seattle, WA 98195-9450
206.543.6242  /  fax 206.685.9572
IELPAdmissions@pce.uw.edu  /  ielp.uw.edu

 UNIVERSITY *of* WASHINGTON

**Connect with us:**

5

Exhibit 5

to Declaration of Rovy Branon

## IELPAdmissions

**From:**          IELPAdmissions
**Sent:**          Wednesday, December 28, 2016 2:45 PM
**To:**            ▓▓▓▓▓▓▓▓
**Subject:**       Acceptance to IEP for Spring Quarter 2017
**Attachments:**   MIRF 2015.pdf; IEP Chart 08.03.16.pdf

Dear ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

We are pleased to inform you that you have been accepted to our Intensive English Program (IEP) - University Track for Spring Quarter 2017, which begins **March 22, 2017**. Your I-20 and acceptance packet will be mailed within one business day.

**This e-mail contains information about:**

- Your UW Student ID Number and Your SEVIS ID Number
- Schedule for IEP Spring Quarter 2017
- Office Location and Hours
- IEP Tracks
- Placement Test
- Registration and Advising
- Payment for Program Fees
- Housing
- Health Insurance
- Measles Immunization
- Commuting to Campus
- Cancellations or Deferrals

For more information on arrival, details of the program and what you need to bring with you, please visit our website: http://www.ielp.uw.edu/student-life/arrival-info/.

### Your UW Student ID Number and Your SEVIS ID Number

Your UW Student ID number is ▓▓▓▓▓. Please use your UW Student ID number when contacting our office.

For your reference, your SEVIS ID number is ▓▓▓▓▓▓▓ and our School Code is SEA214F00516000.

### Schedule for IEP Spring Quarter 2017

**March 22-28**   New Student Placement Test, Orientation, and Registration
**March 29**      Classes begin
**June 2**        Last day of Spring Quarter

All IEP students must attend the placement test and orientation. Check-in for the placement test will begin at 8:30 a.m. on March 22, location To Be Announced (TBA). We will send a detailed schedule for Orientation and Registration closer to your program start date.

Please bring the following documents to the placement test and all orientation and registration activities:

1

EXHIBIT 5

- Your passport *(your passport must be valid for **six months** beyond the period of your intended stay in the U.S.)*
- Your F-1 visa
- The I-20 form issued from our program or your previous school
- Your dependents' passport(s), F-2 visa(s), and any other immigration documents that you may have
- Your home country address (in English) & your current address in the U.S.
- Your email address

IMPORTANT: All F-1 visa holders are required by law to begin full-time studies within 30 days of their initial arrival to the US. **Please do NOT attempt to enter the United States more than 30 days before the program start date listed on your I-20; you may be denied entry.**

---

## Office Location and Hours

**UW Seattle Campus**
UW Tower, 13th Floor
4333 Brooklyn Ave NE
Seattle, Washington 98105

**Downtown Campus**
Puget Sound Plaza Building
Suite 400 (4th Floor)
1325 4th Ave
Seattle, Washington 98101

Monday - Friday, 8:00 a.m. - 5:00 p.m.
(206) 543-6242

---

## IEP Tracks

The IEP offers three tracks that are designed to help students meet their educational goals. The three tracks are: University Track, Business English Track, Communication & Culture Track. For your reference, we have attached a diagram of the three tracks to this e-mail. More information is available on our website (http://www.ielp.uw.edu/programs/academic-prep/iep/) and will be provided during orientation.

The location of your classes will depend on your track and current level. Your initial level will be determined by the results for your placement test (see below).

---

## Placement Test

All IEP students are required to take a placement test at the beginning of the program to determine their level. You will be tested on your reading, writing, and listening skills. (There is no speaking assessment on the placement test. Listening and speaking classes are integrated.)  Based on your results, you will be placed into a level from 1 to 5.

All students who test into Level 1 begin in General English classes at our UW downtown Seattle campus. All students who test into Level 2 begin in General English classes at our UW Seattle campus. Students who test into the higher levels take classes that are specific to their track.

If your score is lower than level 1, you cannot study in IEP. *F-1 visa holders with placement test results lower than level 1 will be required to study at another SEVP-approved program for* **at least one quarter** *before returning to IEP. We will assist such students with the transfer process.*

NOTE: Only students taking the IEP placement test are allowed in the testing room. Children, spouses, family members, friends, and any other non-test-takers will NOT be allowed in the testing room. If you have children, you must make your own childcare arrangements in advance of the test. Do not bring your children to the test.

---

## Registration and Advising

At the placement test, you will be assigned a registration appointment. During your registration appointment, you will receive the results of your placement test, choose your classes, and pay your tuition.

F-1 visa holders are required to study full-time. Full-time study in IEP is 20 hours per week.

---

## Payment for Program Fees

You will pay for your classes at the time of your registration appointment. These are the fees you can expect to pay:
- **Tuition (20 hours/week) & registration fee: $3725**
- **Health insurance: $310** (see Health Insurance below)
- **U-PASS: $150** (see Commuting to Campus below)

***Fees above are per quarter and are subject to change without notice.***

Payments can be made by traveler's checks, certified bank checks, personal checks, or Visa/MasterCard. IMPORTANT: We can ONLY accept VISA or MASTERCARD. We CANNOT accept American Express, Discover, or any other type of credit/debit card.

IMPORTANT: If you plan to pay by credit card, you should inform your credit card company of the date and amount so that they will be sure to honor the charge.

Refer to our website for further information about paying for program fees (http://www.ielp.uw.edu/student-services/registration-payment/).

---

## Housing

Students must make their own housing arrangements. The options are university dormitory, host family, or individual house or apartment. You will need to make housing arrangements **before** you arrive in the US. Our office does not make hotel, housing, home stay, or dormitory reservations for students.

Refer to our website for further information about housing arrangements (http://www.ielp.uw.edu/housing/). Dormitory housing is usually <u>not</u> available during Autumn Quarter.

---

## Health Insurance

The UW International Student Health Insurance Plan (ISHIP) is required for all international students with F-1 visa status who are enrolled full-time. Eligible international students will be enrolled automatically for quarterly, student-only coverage for each quarter they register for classes. The current rate for ISHIP is $310 per quarter.

Dependents: If you want to enroll your spouse and/or children, you must indicate this during registration. Insurance for dependents is $300 per person, per quarter.

NOTE: This requirement will only be waived for students who are funded by their government or by the U.S. government.

---

## Measles Immunization

All UW IELP students are required to provide proof of Measles (Rubeola) immunity by filling out the UW Measles Immunity Requirement Form (MIRF). A copy of the MIRF is attached to this e-mail.

**WHAT do you need to do?**
- Complete the MIRF with the following information:
  - Date of two live virus measles (rubeola) vaccinations, both given after January 1, 1968
  - Vaccines must have been given no earlier than 12 months of age (on or after first birthday) with at least 28 days between doses.
- Submit your completed MIRF and a copy of your immunization records to the IELP office by e-mail or fax:
  - E-mail:  IELPAdmissions@pce.uw.edu
  - Fax:  (206) 685-9572

NOTE:  If you are not able to get the vaccination because you are pregnant or you have a compromised immune system, you can take a measles (rubeola) titer blood test. If you take a titer test, write the date of the test on your MIRF and submit a copy of the titer lab result.

**WHEN do you need to do this?**
- **BEFORE** your program begins
- If you are not able to complete the MIRF before you arrive, you may get vaccinated at the UW Hall Health Center

NOTE:  Students born before January 1, 1957 are considered immune to measles and are not required to submit proof of immunity.

In addition, it is recommended that international students also get a health certificate (in English) from their doctor that lists all immunizations and diseases they have had or have been exposed to, and bring this with them to the University of Washington.

---

## Commuting to Campus

The University of Washington has a special discounted bus pass, called the U-PASS, which is $150 per quarter (3 months) for students. You are not required to purchase the U-PASS. However, even if you drive a car, having a U-PASS has its advantages. You will learn more about the U-PASS at orientation. You will be able to purchase the U-PASS when you pay for your classes.

---

## Cancellations or Deferrals

If you decide not to attend our program, please let us know so that we can cancel your reservation.

If you need to defer your admission to a later quarter, you MUST contact us no later than the **fifth day** of the quarter you are accepted to. Otherwise, you will need to reapply to our program.

---

We look forward to meeting you and having you study with us!

Sincerely,



**James Cody Evans**
Director of International & English Language Programs

UW Tower Box 359450
4333 Brooklyn Ave NE, Seattle, WA 98195-9450
206.543.6242  /  fax 206.685.9572
IELPAdmissions@pce.uw.edu  /  ielp.uw.edu



**Connect with us:**

5

Exhibit 6

to Declaration of Rovy Branon

## IELPAdmissions

**From:** IELPAdmissions
**Sent:** Friday, February 3, 2017 3:57 PM
**To:**
**Subject:** Acceptance to IEP for Summer Quarter 2017
**Attachments:** MIRF 2015.pdf; IEP Chart 08.03.16.pdf

Dear

We are pleased to inform you that you have been accepted to our Intensive English Program (IEP) - University Track for **Summer Quarter 2017**, which begins June 13, 2017. Your I-20 and acceptance packet will be mailed within two business days.

**This e-mail contains information about:**
- Your UW Student ID Number and Your SEVIS ID Number
- Schedule for IEP Summer Quarter 2017
- Office Location and Hours
- IEP Tracks
- Placement Test
- Registration and Advising
- Payment for Program Fees
- Housing
- Health Insurance
- Measles Immunization
- Commuting to Campus
- Cancellations or Deferrals

For more information on arrival, details of the program and what you need to bring with you, please visit our website: http://www.ielp.uw.edu/student-life/arrival-info/.

### Your UW Student ID Number and Your SEVIS ID Number

Your UW Student ID number is           . Please use your UW Student ID number when contacting our office.

For your reference, your SEVIS ID number is           and our School Code is SEA214F00516000.

### Schedule for IEP Summer Quarter 2017

**June 13-16**    New Student Placement Test, Orientation, and Registration
**June 19**        Classes begin
**August 18**     Last day of Summer Quarter

All IEP students must attend the placement test and orientation. Check-in for the placement test will begin at 8:30 a.m. on June 13, location To Be Announced (TBA). We will send a detailed schedule for Orientation and Registration closer to your program start date.

Please bring the following documents to the placement test and all orientation and registration activities:

EXHIBIT 6

- Your passport *(your passport must be valid for **six months** beyond the period of your intended stay in the U.S.)*
- Your F-1 visa
- The I-20 form issued from our program or your previous school
- Your dependents' passport(s), F-2 visa(s), and any other immigration documents that you may have
- Your home country address (in English) & your current address in the U.S.
- Your email address

IMPORTANT: All F-1 visa holders are required by law to begin full-time studies within 30 days of their initial arrival to the US. **Please do NOT attempt to enter the United States more than 30 days before the program start date listed on your I-20; you may be denied entry.**

---

## Office Location and Hours

**UW Seattle Campus**
UW Tower, 13th Floor
4333 Brooklyn Ave NE
Seattle, Washington 98105

**Downtown Campus**
Puget Sound Plaza Building
Suite 400 (4th Floor)
1325 4th Ave
Seattle, Washington 98101

Monday - Friday, 8:00 a.m. - 5:00 p.m.
(206) 543-6242

---

## IEP Tracks

The IEP offers three tracks that are designed to help students meet their educational goals. The three tracks are: University Track, Business English Track, Communication & Culture Track. For your reference, we have attached a diagram of the three tracks to this e-mail. More information is available on our website (http://www.ielp.uw.edu/programs/academic-prep/iep/) and will be provided during orientation.

The location of your classes will depend on your track and current level. Your initial level will be determined by the results for your placement test (see below).

---

## Placement Test

All IEP students are required to take a placement test at the beginning of the program to determine their level. You will be tested on your reading, writing, and listening skills. (There is no speaking assessment on the placement test. Listening and speaking classes are integrated.)  Based on your results, you will be placed into a level from 1 to 5.

All students who test into Level 1 begin in General English classes at our UW downtown Seattle campus. All students who test into Level 2 begin in General English classes at our UW Seattle campus. Students who test into the higher levels take classes that are specific to their track.

If your score is lower than level 1, you cannot study in IEP. *F-1 visa holders with placement test results lower than level 1 will be required to study at another SEVP-approved program for **at least one quarter** before returning to IEP. We will assist such students with the transfer process.*

NOTE: Only students taking the IEP placement test are allowed in the testing room. Children, spouses, family members, friends, and any other non-test-takers will NOT be allowed in the testing room. If you have children, you must make your own childcare arrangements in advance of the test. Do not bring your children to the test.

## Registration and Advising

At the placement test, you will be assigned a registration appointment. During your registration appointment, you will receive the results of your placement test, choose your classes, and pay your tuition.

F-1 visa holders are required to study full-time. Full-time study in IEP is 20 hours per week.

## Payment for Program Fees

You will pay for your classes at the time of your registration appointment. These are the fees you can expect to pay:

- **Tuition (20 hours/week) & registration fee: $3725**
- **Health insurance: $310** (see Health Insurance below)
- **U-PASS: $150** (see Commuting to Campus below)

***Fees above are per quarter and are subject to change without notice.***

Payments can be made by traveler's checks, certified bank checks, personal checks, or Visa/MasterCard. IMPORTANT: We can ONLY accept VISA or MASTERCARD. We CANNOT accept American Express, Discover, or any other type of credit/debit card.

IMPORTANT: If you plan to pay by credit card, you should inform your credit card company of the date and amount so that they will be sure to honor the charge.

Refer to our website for further information about paying for program fees (http://www.ielp.uw.edu/student-services/registration-payment/).

## Housing

Students must make their own housing arrangements. The options are university dormitory, host family, or individual house or apartment. You will need to make housing arrangements **before** you arrive in the US. Our office does not make hotel, housing, home stay, or dormitory reservations for students.

Refer to our website for further information about housing arrangements (http://www.ielp.uw.edu/housing/). Dormitory housing is usually <u>not</u> available during Autumn Quarter.

## Health Insurance

The UW International Student Health Insurance Plan (ISHIP) is required for all international students with F-1 visa status who are enrolled full-time. Eligible international students will be enrolled automatically for quarterly, student-only coverage for each quarter they register for classes. The current rate for ISHIP is $310 per quarter.

Dependents: If you want to enroll your spouse and/or children, you must indicate this during registration. Insurance for dependents is $300 per person, per quarter.

NOTE: This requirement will only be waived for students who are funded by their government or by the U.S. government.

___

## Measles Immunization

All UW IELP students are required to provide proof of Measles (Rubeola) immunity by filling out the UW Measles Immunity Requirement Form (MIRF). A copy of the MIRF is attached to this e-mail.

**WHAT do you need to do?**
- Complete the MIRF with the following information:
  - Date of two live virus measles (rubeola) vaccinations, both given after January 1, 1968
  - Vaccines must have been given no earlier than 12 months of age (on or after first birthday) with at least 28 days between doses.
- Submit your completed MIRF and a copy of your immunization records to the IELP office by e-mail or fax:
  - E-mail:  IELPAdmissions@pce.uw.edu
  - Fax:  (206) 685-9572

NOTE:  If you are not able to get the vaccination because you are pregnant or you have a compromised immune system, you can take a measles (rubeola) titer blood test. If you take a titer test, write the date of the test on your MIRF and submit a copy of the titer lab result.

**WHEN do you need to do this?**
- **BEFORE** your program begins
- If you are not able to complete the MIRF before you arrive, you may get vaccinated at the UW Hall Health Center

NOTE:  Students born before January 1, 1957 are considered immune to measles and are not required to submit proof of immunity.

In addition, it is recommended that international students also get a health certificate (in English) from their doctor that lists all immunizations and diseases they have had or have been exposed to, and bring this with them to the University of Washington.

___

## Commuting to Campus

The University of Washington has a special discounted bus pass, called the U-PASS, which is $150 per quarter (3 months) for students. You are not required to purchase the U-PASS. However, even if you drive a car, having a U-PASS has its advantages. You will learn more about the U-PASS at orientation. You will be able to purchase the U-PASS when you pay for your classes.

___

## Cancellations or Deferrals

If you decide not to attend our program, please let us know so that we can cancel your reservation.

If you need to defer your admission to a later quarter, you MUST contact us no later than the **fifth day** of the quarter you are accepted to. Otherwise, you will need to reapply to our program.

---

We look forward to meeting you and having you study with us!

Sincerely,



**James Cody Evans**
Director of International & English Language Programs

UW Tower Box 359450
4333 Brooklyn Ave NE, Seattle, WA 98195-9450
206.543.6242  /  fax 206.685.9572
IELPAdmissions@pce.uw.edu  /  ielp.uw.edu

 UNIVERSITY *of* WASHINGTON

**Connect with us:**