The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; TOM SHANNON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>                Defendants. | NO. 2:17-cv-00141-JLR<br><br>THIRD DECLARATION OF ASIF CHAUDHRY |

I, Asif Chaudhry, hereby declare and affirm:

1. I am the Vice President for International Programs at Washington State University (WSU). I have made further inquiries regarding current applicants to WSU from countries targeted by the Executive Order entitled "Protecting the Nation from Foreign Terrorist Entry Into the United States." Based on those inquiries, I provide the following additional information. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify about them.

2. Several WSU students from targeted countries have had to forego international travel and conference activities related to their research. One student in WSU's College of Agricultural, Human, and Natural Resource Sciences, who is from Iran, was registered for an academic conference in Canada scheduled to take place February 5 - 8, 2017. His WSU department paid for the conference. The receipt, made out to his department chair, is attached as **Exhibit A**. The department also planned to cover his travel expenses. Due to the executive order, the student was unable to attend the conference.

3. WSU currently has one (1) graduate student applicant for the 2017 summer term and fifty-three (53) graduate student applicants for the 2017 fall semester from the countries targeted by the Executive Order. If these students were offered admission and accepted, they would pay a minimum of $42,216 per academic year in tuition and fees to WSU. If they were unable to obtain visas, were denied entry, or decided that study in the United States was no longer feasible, WSU could lose as much as $2,279,664 per academic year in revenue.

4. In addition, WSU currently has one (1) admitted undergraduate and six (6) undergraduate applications pending for the 2017 fall semester from prospective students from the countries targeted by the Executive Order. These students would pay a minimum of $41,628 per academic year in tuition and fees to WSU. If these students were unable to obtain visas, were denied entry, or decided that study in the United States was no longer feasible due to the Executive Order, WSU could lose as much as $291,396 in revenue per academic year.

5. Ten (10) of the applicants, graduate and undergraduate, currently are already in the United States.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and complete to the best of my knowledge.

Dated this 9th day of February, 2017.

_____
Asif Chaudhry, Ph.D.

THIRD DECLARATION OF ASIF CHAUDHRY

2

ATTORNEY GENERAL OF WASHINGTON
332 French Administration Building
PO Box 641031
Pullman, WA 99164-1031
(509) 335-2636

# Chaudhry Declaration Exhibit A

