UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0141JLR <br><br> ORDER REGARDING THE STATE OF WASHINGTON'S FEBRUARY 9, 2017, LETTER |

The court has received Plaintiff State of Washington's letter dated February 9, 2017. (Letter (Dkt. # 70).) In its letter, the State of Washington advances the position that the district court's briefing schedule concerning the State's anticipated motion for preliminary injunction "is no longer applicable" in light of the Ninth Circuit's recent ruling. (*See id.* at 1 (citing *Washington v. Trump*, No. 17-35105, slip op. at 8, Dkt. # 134 (9th Cir. 2017)).) The court would like to hear from Defendants on this issue. Accordingly, the court ORDERS the parties to submit a joint status report ("JSR") as to the posture of proceedings in the district court while the appeal concerning the court's

ORDER - 1

1  temporary restraining order (TRO (Dkt. # 52)) is pending in the Ninth Circuit Court of

2  Appeals. The parties should file their JSR no later than Sunday, February 12, 2017, at

3  11:59 p.m., Pacific Standard Time ("PST"). The court also schedules a telephone

4  conference on Monday, February 13, 2017, at 11:00 a.m., PST, to discuss the parties'

5  JSR.

      Dated this 10th day of February, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2