The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>          Defendants. | No. 2:17-cv-00141 (JLR)<br><br>**DEFENDANTS' MEMORANDUM IN RESPONSE TO FEBRUARY 10, 2017 MINUTE ORDER** |

In a February 10, 2017 Minute Order (ECF No. 74), the Court instructed the parties to file a memorandum discussing "whether the Ninth Circuit has construed the court's temporary restraining order ("TRO") (TRO (Dkt. # 52)) as a preliminary injunction, such that additional briefing and possible evidence on a motion for preliminary injunction is no longer required in the district court . . . or whether the parties should submit additional briefing and evidence in the district court concerning the issue of a preliminary injunction." Defendants' position is set forth below.

DEFENDANTS' MEMORANDUM IN RESPONSE TO
FEBRUARY 10, 2017 MINUTE ORDER
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

On February 3, 2017, this Court entered a nationwide injunction barring enforcement of sections 3(c), 5(a)-(c), and 5(e) of the Executive Order: Protecting the Nation from Foreign Terrorist Entry into the United States. The injunctive order contained no explicit expiration date. The Court's order directed the parties to jointly propose a briefing schedule for plaintiffs' motion for preliminary injunction, and after the parties submitted a joint status report, the Court directed that plaintiffs' forthcoming motion for preliminary injunction be filed no later than February 9, 2017.

The day after this Court entered its injunctive order, defendants noticed their appeal of the order and also moved the Ninth Circuit to stay the injunctive order pending resolution of the appeal. A panel of the Ninth Circuit denied defendants' motion for a stay pending appeal on February 9, 2017. In doing so, the court determined that it had appellate jurisdiction over the stay motion because "the district court's order possesses the qualities of an appealable preliminary injunction." *Washington v. Trump*, No. 17-35105, slip op. at 7, Dkt. No. 134 (9th Cir. 2017); *see id*. at 7-8 ("[W]e believe . . . that the TRO should be considered to have the qualities of a reviewable preliminary injunction."). The court noted, however, that this "conclusion . . . does not preclude consideration of appellate jurisdiction at the merits stage of this appeal." *Id*. at 8 n.2. The court set a briefing schedule for the merits stage of the appeal, which concludes on March 29, 2017. *See Washington*, No. 17-35105, Order at 2, Dkt. No. 135 (9th Cir. 2017). Later on February 9, plaintiffs declined to file their motion for preliminary injunction.

On February 10, 2017, the parties were notified that a Ninth Circuit judge had *sua sponte* requested a vote on whether to reconsider *en banc* the panel's order denying defendants' motion for a stay pending appeal. *See Washington*, No. 17-35105, Order, Dkt. No. 139 (9th Cir. 2017).

DEFENDANTS' MEMORANDUM IN RESPONSE TO
FEBRUARY 10, 2017 MINUTE ORDER - 2
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

The parties have been directed to file briefs on whether reconsideration *en banc* is appropriate by February 16, 2017.

Further proceedings in the Ninth Circuit will likely inform what additional proceedings on a preliminary injunction motion are necessary in district court. Accordingly, at this time, defendants believe the appropriate course is to postpone any further proceedings in the district court. Defendants respectfully request that they be permitted to file a status report with the Court no later than two business days after the Ninth Circuit decides whether to hear defendants' stay motion *en banc*. The status report will update the Court on the Ninth Circuit's proceedings and advise the Court of any update on defendants' position regarding preliminary injunction proceedings in light of the Ninth Circuit's actions.

DATED: February 13, 2017    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT
DANIEL SCHWEI
ARJUN GARG
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov
       arjun.garg@usdoj.gov
*Attorneys for Defendants*

DEFENDANTS' MEMORANDUM IN RESPONSE TO
FEBRUARY 10, 2017 MINUTE ORDER - 3
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2017, I electronically filed the foregoing Memorandum in Response to February 10, 2017 Minute Order using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: February 13, 2017                              */s/ Michelle R. Bennett*

DEFENDANTS' MEMORANDUM IN RESPONSE TO
FEBRUARY 10, 2017 MINUTE ORDER
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**