1   James J. O'Hagan

2   2298 Cranberry Rd.

3   Grayland WA 98547

4   (360) 267-7911

5   Wayoutwest1@hotmail.com

6

7

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

            FEB 13 2017    DJ

                  AT SEATTLE
          CLERK U.S. DISTRICT COURT
       BY WESTERN DISTRICT OF WASHINGTON
                                 DEPUTY
```

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE WESTERN DISTRICT OF WASHINGTON

10   WASHINGTON STATE  Et All               )

11              Plaintiff( s)                )        District NO. 17-cv-00141-JLR

12                   VS                      )        NOTICE OF REAL PARTY OF INTEREST JOINING

13   PRESIDENT DONALD TRUMP  Et All          )        OR INTERVENING AS A MATTER OF RIGHT WHO

14              Defendant (s)                )        IS DAMAGED BY CORRUPT WASHINGTON

15                                           )        OFFICALS AND NOTICE OF COUNTER

16   JAMES J. O'HAGAN, (Et All)              )        CLAIM FOR DAMAGES

17         Co- Defendant(s)                  )        BY DECLARATION OF JAMES J. O'HAGAN

18   _____)

19       COMES NOW JAMES J. O'HAGAN and moves the court to join as an interested party of

20   interest or intervene in the above Identified case filed in the Western District of Washington as

21   a matter of right, as described in the Federal Rules of Civil Procedures, Rule 17(a) Real Party in

22   Interest or Rule24 (a) Intervention as a matter of Right.

23       I JAMES J. O'HAGAN swear under the penalty of perjury of the laws of the United States

24   the following is true and correct to the best of my knowledge.

25       I am a citizen of the public trust known as the State of Washington who has been

26   damaged by Washington State Attorney General Robert Ferguson's actions involved herein.

27       I am requesting a change of jurisdiction and venue for the reasons I cite below, and

28   because the Federal Judges in the Ninth Circuit are motivated by their conflict of interests to be

29   biased and prejudice, and it will be impossible to obtain a fair trial in the matters I present

30   herein in the jurisdiction of the Ninth Circuit Court of Appeals.

31       I am an individual that has been seriously damaged by organized criminal actions of

32   public officials holding public office in the Ninth Circuit Court Of Appeals, the U.S. Federal

33   District Courts in Washington and Oregon and  the State Courts in Washington and Oregon.

1    I ran for political office for the 19th District of Washington as a Republican candidate. In

2    my run for political office I campaigned to clean up the corruption involved in the judicial

3    branch of Washington State.  In an attempt to control their interests in the organized crime in

4    Washington State members of the Judicial Branch slanderously, viciously, maliciously and

5    vindictively attacked my political campaign and as such I was a victim of election crimes in

6    Washington State.  As a result of organized election crimes of the judicial branch of Washington

7    State I lost by less than 10% of the vote.

8    The plaintiff of this case,  Washington State Attorney General Robert Ferguson directly

9    engaged in the election crimes identified in RCW 29A.84.720 Officers – Violations Generally[1] , as

10    such he and his accomplices are guilty of the class C felony described therein.  In accordance

11    with RCW 29A.84.720 I am requiring Washington State Attorney General Robert W. Ferguson,

12    Governor Jay Inslee and their accomplices in the corrupt judicial branch of Washington State

13    including but not limited to our Supreme County Justices to vacate their offices immediately.

14    The corruption I ran to expose and rid the State of Washington of, is rooted deep in the

15    Federal District courts and the Ninth Circuit Court of Appeals, and as such I will never be able to

16    fairly and justly address the election crimes I was subjected to in the jurisdiction of the judicial

17    branch of Washington State or the Jurisdiction of the Ninth Circuit Court of Appeals.

18    I will provide evidence showing where top ranking Public officials including Robert

19    Ferguson and top ranking judicial branch members instigated, condoned and supported

20    election crimes against me to prevent me from getting elected and addressing the organized

21    crimes and criminal activities of top ranking public officials in Washington State and the Federal

22    courts in Washington, Oregon and the Districts in the Ninth Circuit Court of Appeals.

23    I will provide evidence showing Washington State Democrats have a history of engaging

24    in public corruption and election crimes, to maintain control of the government in Washington

---

[1] **RCW 29A.84.720 Officers—Violations generally.** Every person charged with the performance of any duty under the provisions of any law of this state relating to elections, including primaries, or the provisions of any charter or ordinance of any city or town of this state relating to elections who willfully neglects or refuses to perform such duty, or who, in the performance of such duty, or in his or her official capacity, knowingly or fraudulently violates any of the provisions of law relating to such duty, is guilty of a class C felony punishable under RCW 9A.20.021 and shall forfeit his or her office.

2

1  State and conceal their involvement in public corruption and subversive attacks on our

2  constitutional form of government. I will provide evidence showing that the U.S. Federal District

3  Courts in Washington and Oregon have assisted and are accomplices to corrupt Washington

4  and Oregon officials organized criminal actions (RICO).

5       I will provide evidence showing that corrupt public officials in Washington allowed dead

6  people to vote and registered illegal aliens to vote to support their organized crimes,

7  corruption, subversive activities[2] to overthrow the separate branches of government, and force

8  their socialist, communistic, oligarchy agendas onto the people.

9       I will provide evidence showing this case filed by Attorney General Robert Ferguson and

10  Governor Jay Inslee was filed to insure they and their accomplices would get elected to conceal

11  organized crimes and corrupt activities and protect their criminal and corrupt activities

12  involving election fraud and voter crimes.  I will provide testimony and evidence to show the

13  intent of this lawsuit is to allow illegal aliens to vote for them and their accomplices.

14       I will provide evidence showing corrupt public officials in Washington and Oregon

15  purchased votes by provided pecuniary benefits, special privileges and immunities to influence

16  voters to vote for them.

17       I will provide evidence showing that Washington State Attorney General Robert

18  Ferguson and Washington State attorney Governor Jay Inslee and their accomplices stole more

---

[2] **RCW 9.81.020 Subversive activities made felony—Penalty.**
(1) It is a class B felony for any person knowingly and willfully to:
  (a) Commit, attempt to commit, or aid in the commission of any act intended to overthrow, destroy or alter, or to assist in the overthrow, destruction or alteration of, the constitutional form of the government of the United States, or of the state of Washington or any political subdivision of either of them, by revolution, force or violence; or
  (b) Advocate, abet, advise, or teach by any means any person to commit, attempt to commit, or assist in the commission of any such act under such circumstances as to constitute a clear and present danger to the security of the United States, or of the state of Washington or of any political subdivision of either of them; or
  (c) Conspire with one or more persons to commit any such act; or
  (d) Assist in the formation or participate in the management or to contribute to the support of any subversive organization or foreign subversive organization knowing the organization to be a subversive organization or a foreign subversive organization; or
  (e) Destroy any books, records or files, or secrete any funds in this state of a subversive organization or a foreign subversive organization, knowing the organization to be such.
  (2) Any person upon a plea of guilty or upon conviction of violating any of the provisions of this section shall be fined not more than ten thousand dollars, or imprisoned for not more than ten years, or both, at the discretion of the court.

1   than 6 million dollars from my family in an attempt to prevent me from being financially able to

2   expose the organized criminal activities of public officials in Washington State.

3        I will provide evidence showing where the authors of the Law Professors Brief Lane

4   Powell were directly involved in the Washington State Patrol's white collar criminal

5   investigation to defraud my family, and Washington State Attorney General Robert W.

6   Ferguson was directly involved in executing defrauding my family by covering it up and

7   preventing me from adjudicating the fraud of his co- accomplices and lawyers practicing in his

8   accomplice, Governor Jay Inslee's law firm (Gregory Ursich).  I will provide undisputable

9   evidence that shows deceit, deception and fraud (the judicial fraud industry) are common

10   practices of the plaintiffs and their accomplices.

11        I will provide evidence showing the judicial branch of Washington State has overthrown

12   the Legislative and Executive branches of Washington State to obtain power, money and

13   "Nobility" for their fellow members of the judicial branch.

14        I will provide evidence showing the Judicial Branch of Washington State have become

15   predators who are preying on the lives, liberties and properties of the producers and beneficial

16   parasites of Washington State.

17        I will provide evidence showing where the predators and detrimental parasites of

18   Washington, Oregon and the federal government are soliciting pecuniary benefits, special

19   privileges and immunities from the beneficial parasites of Washington, Oregon and the Federal

20   Government to create Nobility and provide money and power to them and their accomplices.

21                           JURSDICTION

22        Jurisdiction is proper outside of the Ninth Circuit because the Judges of the Ninth Circuit

23   have organized with the state judges to take individual rights under the guise "it is in the

24   people's best interests" and as such they are corruptly attacking our constitutions are creating

25   the problems and should be defendants to the action and removed from their official positions.

26                      COUNTER CLAIM FOR DAMAGES

27        The foregoing and following is to be considered a **claim for damages**. I intend to

28   leverage the official bonds and malpractice insurance policies of the public officials involved

29   and their accomplices for organizing to defraud my family and preventing me from getting

4

1    elected to public office.  I will identify additional causes of action and defendants to my counter

2    claim when time allows me to proceed with an official **complaint for damages.**

3        1.  RICO Fraud - A jury will determine I was defrauded by organized criminal actions of

4           the  plaintiff and others by more than 6 million dollars, and will award me triple

5           damages.

6        2.  RICO Election Crimes – A jury will determine the plaintiff worked with others to

7           instigate and conceal election crimes and will award me, my family, Next friends,

8           and political supporters substantial damages for economic, emotional, social, public

9           humiliation, public ridicule, public embarrassment, physical distress, physiological

10          pain, and unconstitutional and criminal "takings' of life liberty and property.

11       3.  A complete tort claim identifying constitutional violations @ $10,000.00 per

12          violation and identifying other defendants of counter claim will be forthcoming, as

13          discovery and evidence warrants.

14                   JURY DEMAND

15       Co- defendant James J. O'Hagan demands a Jury Trial

16   Dated this 13 day of February, 2017.        By _____

17           James J. O'Hagan pro se All Rights & Protections Reserved

18           CERTIFICATE OF SERICE

19       I the undersigned placed true and correct copies of the foregoing in the U.S. mail

20   postage prepaid via certified mail and / or via first class mail and / or via email.

21   U.S. District Court Clerk          U.S. District Court Clerk          Robert W. Ferguson

22   655 Cesar Chavez Blvd. Rm G65      700 Stewart St. Suite 2301         P.O. Box 40100

23   San Antonio Texas 78206            Seattle WA 98101                   Olympia WA 98504-0100

24

25   Colleen M. Melody                  USDOJ Civil Division       michelle.bennett@USDOJ.GOV

26   800 5th Ave. Ste 2000               20 Massachusetts Ave. NW   arjun.garg@usdoj.gov

27   Seattle WA 98104                   Washington DC 20530

28

29   President Donald Trump             My Political Supporters         My Legislators

30   1600 Pennsylvania Ave NW           My Next Friends          Washington State Supreme Court

31   Washington D.C. 20500

32   Dated this 13 day of February 2017.        By _____

                                                    5