UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | CASE NO. C17-0141JLR<br><br>ORDER REGARDING ADDITIONAL FILINGS FROM JAMES O'HAGAN |

      On February 14, 2017, the court denied James O'Hagan's motion to intervene in these proceedings. (Order Denying O'Hagan Motion to Intervene (Dkt. # 83).) Following the court's order, Mr. Hagan, who is proceeding *pro se*, filed additional documents on the court's docket. (*See* Notice (Dkt. # 86).) Because the court has denied Mr. O'Hagan's motion to intervene, the court STRIKES Mr. O'Hagan's filing. Further, the court DIRECTS the Clerk to refrain from placing any future filings of Mr. O'Hagan on the court's docket for this case, unless the filing is a motion for reconsideration or a

ORDER - 1

1  notice of appeal of the court's order denying Mr. O'Hagan's motion to intervene.  (*See*

2  Order Denying O'Hagan Motion to Intervene.)

3  Dated this 15th day of February, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2