1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DONALD J. TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-0141JLR<br><br>ORDER STRIKING AMICUS CURIAE BRIEF |

   Before the court is an amicus curiae brief filed by Silver Cloud Masufir.  (A.C. Brief (Dkt. # 85).)  The court STRIKES the brief because Mr. Masufir filed it in violation of the court's order regarding the filing the amicus curiae briefs.  (Order (Dkt. # 84).)  Mr. Masufir may re-file his brief if he does so in conformity with the court's order.

   Dated this 15th day of February, 2017.

                                              /s/ James L. Robart
                                              JAMES L. ROBART
                                              United States District Judge

ORDER - 1