UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MIKKI THE MIME'S MOTION TO INTERVENE |

  Before the court is Mikki the Mime's filing dated February 9 13, 2017.  (Mot. (Dkt. # 88).)  Ms. Mime is proceeding *pro se*, and the court liberally construes her filing as a motion to intervene in these proceedings and a supporting memorandum.

  Under Federal Rule of Civil Procedure 24(a), in order to intervene as of right in this action, Ms. Mime must establish that she has (1) "an unconditional right to intervene by a federal statute," or (2) "an interest relating to the . . . transaction that is the subject of the action . . . ."  Fed. R. Civ. P. 24(a).  For permissive intervention, Ms. Mime must show that she has (1) "a conditional right to intervene by a federal statute," or (2) "a

ORDER - 1

claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). The burden is on the proposed intervenor to demonstrate that the conditions for intervention are satisfied. *United States v. Alisal Water Corp.*, 370 F.3d 915, 919 (9th Cir. 2004).

Ms. Mime fails to demonstrate that the conditions for either intervention as of right or for permissive intervention are met. *See* Fed. R. Civ. P. 24(a)-(b)(1). Accordingly, the court DENIES her motion to intervene (Dkt. # 88). Further, the court DIRECTS the Clerk to refrain from placing any future filings by Ms. Mime on the court's docket for this case, unless the filing is a motion for reconsideration or a notice of appeal of this order.

Dated this 15th day of February, 2017.

JAMES L. ROBART
United States District Judge