**FILED**

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FEB 16 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, | No. 17-35105 |
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-00141 Western District of Washington, Seattle |
| v. | |
| DONALD J. TRUMP, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

**THOMAS**, Chief Judge:

The United States has represented to the Court that the President intends to issue a new Executive Order and has urged the Court to "hold its consideration of the case until the President issues the new Order." The United States has further represented that it will inform the Court of any new developments.

En banc proceedings before this Court are stayed pending further Order of this Court.