| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 27 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF WASHINGTON and STATE OF MINNESOTA,

    Plaintiffs-Appellees,

  v.

DONALD J. TRUMP, President of the United States; et al.,

    Defendants-Appellants.

No. 17-35105

D.C. No. 2:17-cv-00141
Western District of Washington, Seattle

ORDER

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

    Appellants' motion to hold this appeal in abeyance is denied (Docket Entry No. 178).

    On our own motion, we extend the briefing schedule for this appeal. The opening brief is due March 10, 2017; the answering brief is due March 31, 2017; and the optional reply brief is due April 5, 2017.

AT/MOATT