LODGED RECEIVED MAIL
MAR 02 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

JOSEPH A. CAMP PO1102062
JEFFERSON COUNTY JAIL
POST OFFICE BOX 16700
GOLDEN, COLORADO 80402

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET
SEATTLE, WASHINGTON 98101

MIKKI THE MIME
4081 UPHAM STREET
WHEAT RIDGE, CO 80033
MIKKITHEMIME@GMAIL.COM
WWW.MIKKITHEMIME.COM

STATE OF WASHINGTON, ET AL
-V-
DONALD TRUMP, ET AL

#C-17-0141-JLR

MIKKI THE MIME'S MOTION TO RECONSIDER HER MOTION TO INTERVENE, AND OBJECTIONS TO ORDER DENYING SAID MOTION.

COMES NOW, MIKKI THE MIME, (SEE: WWW.MIKKITHEMIME.COM) (SEE ALSO: WWW.FACEBOOK.COM/MIKKITHEMIME, @MIKKITHEMIME, #MIKKITHEMIME) BY AND THROUGH HER MANAGER/AGENT, JOSEPH A. CAMP ("JOJO") (SEE: WWW.FACEBOOK.COM/ANAMERICANHOSTAGE) AND RESPECTFULLY SEEKS TO RECONSIDER HER MOTION TO INTERVENE, AND OBJECTS TO THE ORDER DENYING SAID MOTION, REASONS HEREIN STATES:

1.) PANTOMIMES ARE ALREADY SILENT, NOW THIS COURT IS DISCRIMINATING AGAINST PANTOMIMES BY INSTRUCTING THE CLERK NOT TO ALLOW ANY FILINGS BY MS. MIME EXCEPT RECONSIDERATION AND APPEAL. THIS COURT DID NOT GIVE SIMILAR INSTRUCTIONS TO OTHER ATTEMPTED INTERVENERS IN THIS MATTER.

2.) BY DENYING MS. MIME'S MOTION, NOW ALL SILENT INDIVIDUALS WHOM CAN'T SPEAK FOR THEMSELVES ARE DENIED ACCESS TO THE COURT, AND POSSIBLY THE UNITED STATES. SUCH AS A STOW-A-WAY INFANT VICTIM OF CHILD TRAFFICKING.

3.) THE BLANKET PROHIBITION ON MS. MIME'S ACCESS TO THIS CASE IS IN VIOLATION OF THE UNITED STATES CONSTITUTION'S

-1-

FIRST AMENDMENT-ACCESS TO THE COURTS. WHOM MAY KNOW, THERE ARE PLENTY OF REASONS WHY MS. MIME MAY NEED TO FILE MOTIONS ON THIS DOCKET - SUCH AS "NON-PARTIES MOTION FOR PRODUCTION OF TRANSCRIPTS" FOR EXAMPLE. ENLARGEMENT OF THE RECORD, <u>ETC</u>.

4) IT IS ENOUGH THAT MS. MIME IS <u>POSSIBLY</u> EFFECTED BY THE ISSUES AT BAR, FOR HER TO HAVE STANDING. IN FACT, ACCORDING TO DEFENDANT'S PLEA TO THE 9TH CIRCUIT, MS. MIME MAY HAVE <u>MORE</u> STANDING AS PLAINTIFF THAN PLAINTIFFS (OF COURSE THIS IS DEFENDANTS POSITION, BUT, PARADOXICALLY, IT GRANTS MS. MIME MORE LEEWAY THAN NOT.)

5) MS. MIME MAY HAVE REASON TO LEAVE THEN REENTER THE COUNTRY - AS A MIME - AND WOULD NOT BE ABLE TO VERBALLY OR IN WRITING COMMUNICATE MUCH. POSSIBLY, SHE WOULD BE DETAINED, DENIED <u>HABEAS CORPUS</u>, ATTORNEY, OR CONSTITUTIONAL RIGHTS - KIND OF LIKE AN INFANT.

6) MS. MIME DOES NOT RECOGNIZE NATIONALITIES. SHE BELIEVES REGARDLESS OF RELIGION, THAT ALL MAN AND WOMEN AND MIMES ARE CREATED EQUAL, AND THE FREEDOMS, PROMISES, LIBERTIES AND THE RIGHTS OF THOSE IN THE UNITED STATES (QUICKLY DETERRORORATING) SHOULD BE GRANTED TO ALL.

7) EVEN VISITING SCHOLARS, EMPLOYEES OF MICROSOFT, STUDENTS IN VIRGINIA, FACULTY IN MINNESOTA, OR MIMES FROM SEA TO SHINING SEA, WOULD AGREE. BY DENIAL OF HER MOTION TO INTERVENE, AND PROHIBITION ON HER CONSTITUTIONAL RIGHT TO ACCESS THE COURT, THE ORDER IS THE JUDICIAL EQUALALENT OF A CERTAIN EXECUTIVE ORDER PREVENTING THOSE FROM AFAR WITHOUT A VOICE FROM ACCESSING OUR GREAT NATIONS AWESOMENESS, LIKE IN-AND-OUT BURGERS SECRET MENU.!

-2-

8.) WITHOUT A PHYSICAL BORDER, THE COURT ORDER IS A PROHIBITION IN THE FORM OF A JUDICIAL "BORDER" PREVENTING HER -Ms. MIME'S- ACCESS TO THE VERY RIGHTS THAT THOSE EFFECTED BY THE EXECUTIVE ORDER SO DESIRE - SO MUCH SO THEY PAY LOTS OF MONEY TO SNAKES WHO PUT THEM ON BOATS AND STOW-A-AWAY TO SMUGGLE THEM,- IN THIS CASE, THE RIGHT TO ACCESS THE COURT, TO PROTEST, (THIS CAN BE CONSTRUDE AS SUCH), FREE SPEECH, ETC. ALL THOSE FIRST AMENDMENT THINGS THAT ARE CRAMMED AROUND THE RIGHT TO ESTABLISHMENT OF RELIGION - OR WHATEVER.

9.) THE FACT IS, Ms. MIME IS AN IMMIGRANT, SHE COMES FROM A LONG LINE OF IMMIGRANTS, WHOM LIKELY HAVE PRACTICED EVERY TYPE OF RELIGION, Ms. MIME DOESN'T WANT TO BE DISCRIMINATED AGAINST, AND FEARS LEAVING THE UNITED STATES ANYTIME SOON- BECAUSE SHE IS A MIME BY RIGHT, BY NATURE, BY BIRTH (IT IS BELIEVED IN HER RELIGION THAT SHE IS THE BODIED SPIRIT OF MARCEL MARCEAU, AND BEFORE THAT JOSEPH DECRUX). SINCE SHE IS A CITIZEN OF THE EARTH, AND IDENTIFIES HERSELF AS A MEMBER OF THE HUMAN RACE, SUB PANTOMIME (DEFINED: "THE MIME EXPRESSES HIS [OR HER] IDEAS AND EVOKE LAUGHTER OR TEARS WITHOUT LANGUAGE. A TOURIST IN A FOREIGN LAND OFTEN HAS THE ROLE OF A MIME THUST UPON HIM BECAUSE HE DOES NOT KNOW THE LANGUAGE. A GESTURE OR A NOD FREQUENTLY GIVES CLEAR MEANING TO LANGUAGE OTHERWISE AMBIGUOUS." WHEN A PERSON (A MIME) IS SILENCED BY OPPRESSIVE ORDERS BLANKETING PROHIBITION OF ACCESS TO THE COURTS, HE OR SHE CAN MAKE NO GUESTURES TO CLEARIFY THE LANGUAGE LEFT BEHIND IN CONFUSED TRANSLATION. MUCH LIKE A REFUGEE STUCK AT PORT-OF-ENTRY BECAUSE OF THE CHALLENGED EXECUTIVE ORDER.

10.) THE COURT'S PROHIBITION IMPOSED ON MS. MIME, AND DENIAL OF HER MOTION TO INTERVENE IS NOTHING MORE THAN THE SAME PROHIBITIONS SOME WACK-A-DOO MADE WHEN HE SIGNED -MAYBE WITHOUT READING- THE EXECUTIVE ORDER IN QUESTION.

11.) MS. MIME HAS MORE IN COMMON WITH THOSE REFUGEES AND FORIEN NATIONALITIES FOR THE 7 RANDOMLY CHOOSEN MUSLIM COUNTRIES THAN PLAINTIFF'S CLIENTS -UNIVERSITIES- WHO ARE MORE CONCERNED WITH THE OUTPUT OF THEIR PRODUCT- EDUCATION.

12.) "IN A FOREIGN LAND, A REFUGEE, A SCHOLAR, A VISITING TOURIST, A STUDENT, A STOW-A-WAY, A STOLEN INNOCENTLY TRAFFICKED INFANT, OFTEN HAS THE ROLE OF A MIME THRUST UPON THEM BECAUSE THEY DO NOT KNOW THE LANGUAGE, THE CULTURE, THE LAWS.

13.) MS. MIME HAS MORE IN COMMON WITH THE POOR, WHO ARE MORE EFFECTED BY THE EXECUTIVE ORDER THAN THE RICH UNIVERSITIES AND SCHOLARS WHO ARE PLAINTIFFS. SHE HAS MORE STANDING THAN PLAINTIFF, IF DEFENDANTS ARGUEMENTS ARE TRUE.

17.) HERE IN THE UNITED STATES, THE <u>VAST</u> MAJORITY OF THOSE EFFECTED BY THE CHALLENGED EXECUTIVE ORDERS ARE <u>MIMES</u> THRUSTED INTO THE ROLE, WHICH MS. MIME CHOOSES TO VOLUNTARILY MAKE A LIFESTYLE. WE ARE ALL MIMES, WE ARE ALL HUMANS.

<u>WHEREFORE</u>, MIKKI THE MIME RESPECTFULLY SEEKS THE RECONSIDERATION OF HER MOTION TO INTERVENE, AND OBJECTS TO THE DENIAL ORDER AS STATED HEREIN, AND WILL APPEAL IF RECONSIDERATION IS DENIED, AND SUCH OTHER AND FURTHER RELIEF.

RESPECTFULLY,

[signature]     02.18.2017

JUJU CAMP ON BEHALF OF MIKKI THE MIME.

-4-

FILED MAIL LODGED RECEIVED
MAR 02 2017
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET
SEATTLE, WASHINGTON 98101

Mikki the Mime PO #42062
JEFFERSON COUNTY JAIL
POST OFFICE BOX 16700
GOLDEN, COLORADO 80402

MIKKI THE MIME
4081 UPHAM STREET
WHEAT RIDGE, COLORADO
80033
MIKKITHEMIME@GMAIL.COM
WWW.MIKKITHEMIME.COM

2.18.17

STATE OF WASHINGTON v. DONALD TRUMP, #C-17-0141-JLR

DEAR,

PLEASE FIND MIKKI THE MIME'S <u>MOTION TO RECONSIDER HER MOTION TO INTERVENE, AND OBJECTIONS TO ORDER DENYING SAID MOTION</u> TO BE DOCKETED IN THE ABOVE CASE. PER THE COURT'S ORDER, THIS CAN BE DOCKETED AS IT IS A MOTION FOR RECONSIDERATION WHICH IS APPROVED.

THANK YOU FOR DOCKETING THIS <u>MOTION</u> AND REMITTING PROOF THEREOF. SHOULD RECONSIDERATION BE DENIED, AN APPEAL WILL BE TAKEN TO THE 9TH CIRCUIT COURT OF APPEALS.

PLEASE REMIT A COPY OF MIKKI'S PREVIOUS MOTION TO INTERVENE, FILE STAMPED, ALONG WITH THE COURT'S ORDER OF DENIAL, AND THIS RECONSIDERATION MOTION - FILED STAMPED, AND ANY ORDER PERTAINING TO THIS, ALL FILE STAMPED, IN THE EVENT THAT AN APPEAL IS TAKEN.

SHOULD AN APPEAL, BY WAY OF DIRECT OR MANDAMUS, BE TAKEN, I AM SURE MS. MIME WILL REQUEST A STAY OF <u>ALL</u> PROCEEDINGS AT THAT TIME. INTERVENTION HOWEVER WILL LIKELY END HER INTERESTS IN THESE PROCEEDINGS. RESPECTFULLY,

JoJo CAMP MANAGER/AGENT FOR
MIKKI THE MIME

02-22-17 DENVER CO

FILED
LODGED
RECEIVED

MAR 02 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**INDIGENT LEGAL MAIL**