

FILED

MAR 08 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States; et al.,<br><br>    Defendants-Appellants. | No. 17-35105<br><br>D.C. No. 2:17-cv-00141<br>Western District of Washington, Seattle<br><br>ORDER |

Before: CANBY, CLIFTON, and FRIEDLAND, Circuit Judges.

Appellants' unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 186) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

By agreement of the parties, costs in the amount of $126.36 are taxed to appellants.

**DISMISSED.**

MOATT