The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| 12 STATE OF WASHINGTON, et al., | CIVIL ACTION NO. 2:17-cv-00141-JLR |
| 13                 Plaintiffs, | |
| 14     v. | |
| 15 DONALD J. TRUMP, et al., | |
| 16                 Defendants. | |
| 17 —————————————————— | |
| 18 STATE OF OREGON, | [PROPOSED] ORDER GRANTING STATE OF OREGON'S MOTION TO INTERVENE |
| 19                 Intervenor-Plaintiff | |
| 20     v. | |
| 21 DONALD TRUMP, in his official capacity as President of the United States; U.S. | |
| 22 DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official | |
| 23 capacity as Secretary of the Department of Homeland Security; REX TILLERSON, in his | |
| 24 official capacity as Secretary of State; and the UNITED STATES OF AMERICA, | |
| 25                 Intervenor-Defendants | |
| 26 | |

1 -   [PROPOSED] ORDER GRANTING STATE OF
      OREGON'S MOTION TO INTERVENE (2:17-cv-00141-JLR)

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1        This matter came before the Court on the State of Oregon's Motion to Intervene

2    [Dkt. #94, 94-1].  Having been fully informed,

3        IT IS HEREBY ORDERED:

4    __X__    Oregon's Motion to Intervene as of right pursuant Fed. R. Civ. P. 24(a)(2) is

5             GRANTED;

6    _____   Oregon's Motion for permissive intervention pursuant to Fed. R. Civ. P. 24 (b)(1)(B) is

7             GRANTED.

8

9        DATED: _9 March 2017_

10

11

12                                        HONORABLE JAMES L. ROBART
                                          U. S. District Court Judge

13   Presented by:

14

15   ___s/ Scott Kaplan___
     Scott Kaplan, WSBA #49377
     Oregon Department of Justice
16   100 SW Market Street
     Portland, Oregon  97201
17   971-673-1880
     scott.kaplan@doj.state.or.us
18

19

20

21

22

23

24

25

26
     2 -   [PROPOSED] ORDER GRANTING STATE OF          OREGON DEPARTMENT OF JUSTICE
           OREGON'S MOTION TO INTERVENE (2:17-cv-00141-JLR)         100 SW Market Street
                                                                     Portland, OR 97201
                                                              (971) 673-1880 / Fax: (971) 673-5000