1  LORI SWANSON
   Attorney General
2  ALAN I. GILBERT, (MN Atty. #0034678)
   Solicitor General
3  JACOB CAMPION, (MN Atty. # 0391274)
   Assistant Attorney General
4  Office of the Minnesota Attorney General
   445 Minnesota Street, Suite 1100
5  St. Paul, MN  55101
   651-757-1459

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON and
STATE OF MINNESOTA,

      Plaintiffs,

    v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,

      Defendants.

CIVIL ACTION NO. 2:17-cv-00141-JLR

STATE OF MINNESOTA'S RESPONSE TO DEFENDANTS' NOTICE OF FILING OF EXECUTIVE ORDER

      On March 6, 2017, Defendants filed a "Notice of Filing of Executive Order." ECF No. 108. Defendants attached an Executive Order dated March 6, 2017 entitled "Protecting the Nation from Foreign Terrorist Entry into the United States" ("Second Executive Order"). ECF No. 108-1. Defendants stated that they are "preparing to enforce the provisions" of this Second Executive Order beginning on March 16, 2017, because they had unilaterally

STATE OF MINNESOTA'S RESPONSE TO
DEFENDANTS' NOTICE OF FILING

1

ATTORNEY GENERAL OF MINNESOTA
445 Minnesota St., Suite 1100
St. Paul, MN 55101
(651) 757-1459

determined that "[t]his Court's injunctive order does not limit the Government's ability to immediately begin enforcing" the Second Executive Order. ECF No. 108 at 1, 14.

In response, Plaintiff State of Minnesota writes separately to point out that, under applicable caselaw, Defendants cannot unilaterally modify a preliminary injunction. A preliminary injunction remains in effect until it is modified or dissolved by the Court. *See Sharp v. Weston*, 233 F.3d 1166, 1170 (9th Cir. 2000) (party seeking relief from injunction "bears the burden of establishing that a significant change in facts or law warrants revision or dissolution of the injunction"). The appropriate procedure therefore is for Defendants to file a motion to modify the preliminary injunction if they seek to change it.

DATED this 9th day of March, 2017.

Respectfully submitted,

LORI SWANSON
Attorney General
State of Minnesota

/s/ **Jacob Campion**
ALAN I. GILBERT (admitted pro hac vice)
Solicitor General
Atty. Reg. No. 0034678
JACOB CAMPION (admitted pro hac vice)
Assistant Attorney General
Atty. Reg. No. 0391274
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1450
al.gilbert@ag.state.mn.us
jacob.campion@ag.state.mn.us

STATE OF MINNESOTA'S RESPONSE TO
DEFENDANTS' NOTICE OF FILING

2

ATTORNEY GENERAL OF MINNESOTA
445 Minnesota St., Suite 1100
St. Paul, MN 55101
(651) 757-1459

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically filed the foregoing State of Minnesota's Response to Defendants' Notice of Filing of Executive Order using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: March 9, 2016

/s/ **Jacob Campion**
JACOB CAMPION

STATE OF MINNESOTA'S RESPONSE TO
DEFENDANTS' NOTICE OF FILING

3

ATTORNEY GENERAL OF MINNESOTA
445 Minnesota St., Suite 1100
St. Paul, MN 55101
(651) 757-1459