UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the court is Petitioner Mikki the Mime's "Motion to Reconsider Her Motion to Intervene, and Objections to Order Denying Said Motion." (Mot. (Dkt. # 109).) Mikki the Mime moves the court to reconsider its order denying her motion to intervene. (2/16/17 Order (Dkt. # 91).) Having considered the motion, the relevant portions of the record, and the applicable law, the court DENIES the motion.

Pursuant to the Western District's Civil Local Rules, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or

ORDER - 1

1 | legal authority which could not have been brought to its attention earlier with reasonable
2 | diligence." Local Rules W.D. Wash. LCR 7(h)(1).
3 |     Mikki the Mime makes no showing of manifest error in the prior ruling, new facts,
4 | or new legal authority. (*See generally* Mot.); *cf.* Local Rules W.D. Wash. LCR 7(h).
5 | Accordingly, the court concludes that the motion for reconsideration lacks merit. The
6 | court therefore DENIES the motion for reconsideration (Dkt. # 109).
7 |     Dated this 10th day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2