UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | CASE NO. C17-0141JLR <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

Before the court is Petitioner James J. O'Hagan's "Motion to Reconsider Allowing Him to Join Lawsuit as a Real Party in Interest." (Mot. (Dkt. # 110).) Mr. O'Hagan moves the court to reconsider its order denying him leave to intervene. (2/14/17 Order (Dkt. # 83).) Having considered Mr. O'Hagan's motion, the relevant portions of the record, and the applicable law, the court DENIES Mr. O'Hagan's motion.

Pursuant to the Western District's Local Civil Rules, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or

ORDER - 1

1  legal authority which could not have been brought to its attention earlier with reasonable
2  diligence." Local Rules W.D. Wash. LCR 7(h)(1).
3      Mr. O'Hagan makes no showing of manifest error in the prior ruling, new facts, or
4  new legal authority. (*See generally* Mot.); *cf.* Local Rules W.D. Wash. LCR 7(h).
5  Accordingly, the court concludes that Mr. O'Hagan's motion for reconsideration lacks
6  merit. The court therefore DENIES the motion for reconsideration (Dkt. # 110).
7      Dated this 10th day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2