UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

CASE NO. C17-0141JLR

ORDER REGARDING DEFENDANTS' NOTICE OF THE FILING OF A NEW EXECUTIVE ORDER AND PLAINTIFFS' RESPONSE

On March 6, 2017, Defendants filed a notice informing the court that President Donald J. Trump had signed a new Executive Order, entitled "Protecting the Nation from Foreign Terrorist Entry into the United States" ("New Executive Order"), and that the New Executive Order revoked Executive Order No. 13,769, which has been the subject of this litigation. (Notice (Dkt. # 108).) Defendants also informed the court that they intend to begin enforcing the New Executive Order on its March 16, 2017, effective date. (*Id.* at 1, 13.) Defendants' notice outlines the provisions of the New Executive Order, describes how the New Executive Order differs from Executive Order No. 13,769, and

ORDER - 1

states Defendants' conclusion that the court's "injunctive order does not limit the Government's ability to immediately begin enforcing the New Executive Order." (*Id.* at 14.)

On March 9, 2017, Plaintiffs State of Washington and State of Minnesota filed responses to Defendants' notice. (Wash. Resp. (Dkt. # 113); Minn. Resp. (Dkt. # 114).) In its response, State of Washington asserts that sections 2(c) and 6(a) of the New Executive Order have the same effect as portions of Executive Order No. 13,769 that the court has already enjoined. (Wash. Resp. at 6.) Plaintiffs assert that Defendants cannot unilaterally decide to enforce sections 2(c) and 6(a) of the New Executive Order without first moving to modify the court's prior injunction and demonstrating that they meet the criteria for such a modification. (*See id.* at 6-14; *see also* Minn. Resp. at 2 ("Defendants cannot unilaterally modify a preliminary injunction. . . . The appropriate procedure . . . is for Defendants to file a motion to modify the preliminary injunction if they seek to change it.")

The court notes that there is no pending motion concerning the foregoing issues presently before the court. (*See generally* Dkt.) Defendants filed a "notice"—not a motion to modify the injunction; and Plaintiffs each filed a "response"—not a motion to enforce the injunction. (*See* Notice; Wash. Resp.; Minn. Resp.) The court declines to decide any of the issues raised in the parties' filings until such time as one of the parties files a motion that is both properly noted under the court's Local Rules and properly briefed. Further, the court notes that the New Executive Order revokes Executive Order No. 13,769, which was the subject of Plaintiffs' original complaint and first amended

complaint. (*See generally* Compl. (Dkt. # 1); Am. Compl. (Dkt. # 18).) Plaintiffs have informed the court that they intend to move to file a second amended complaint no later than March 15, 2017. (Wash. Resp. at 3 n.1.) Accordingly, the court also declines to resolve the apparent dispute between the parties concerning the applicability of the court's injunctive order to the New Executive Order until such time as an amended complaint that addresses the New Executive Order is properly before the court.

Dated this 10th day of March, 2017.

JAMES L. ROBART
United States District Judge