| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0141JLR<br><br>ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' EMERGENCY MOTION TO ENFORCE THE PRELIMINARY INJUNCTION |

The court is in receipt of Plaintiffs' emergency motion to enforce the court's February 3, 2017, order preliminarily enjoining certain provisions of the January 27, 2017, Executive Order, entitled "Protecting the Nation from Foreign Terrorist Entry into the United States." (Em. Mot. (Dkt. # 119); *see also* Order (Dkt. # 52).) Plaintiffs ask the court to "order a response and set a hearing for March 14." (Em. Mot. at 12.) The court hereby ORDERS Defendants to file a response to Plaintiffs' motion no later than 4:30 p.m., Pacific Daylight Time, on March 14, 2017. Defendants' response shall be limited to 13 pages, which is the length of Plaintiffs' motion. (*See generally id.*) The

ORDER - 1

1 court will defer scheduling a hearing, if any, on Plaintiffs' emergency motion until after it

2 has reviewed Defendants' response. In any event, the court will not schedule a hearing

3 prior to March 15, 2017. If the court schedules a hearing on Plaintiffs' emergency

4 motion, the court will permit the parties to appear by telephone.

5 Dated this 13th day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2