THE HONORABLE JAMES ROBART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiffs,

     v.

DONALD TRUMP, President of the
United States, et al.,

                Defendants.

No. 2:17-cv-00141-JLR

[PROPOSED] ORDER GRANTING
ADMISSION *PRO HAC VICE*

The court, having considered the Applications for Leave for Aaron X. Fellmeth and Jonathan Hafetz to Appear *Pro Hac Vice*, (the "Applications") submitted by Aaron X. Fellmeth and Jonathan Hafetz, seeking permission to appear and participate as counsel for Proposed *Amici Curiae* International Law Scholars and Nongovernmental Organizations in the above-captioned matter, and being fully advised in the premises, now, therefore, it is hereby ORDERED that the Applications be GRANTED.

     IT IS SO ORDERED.

     DATED this ___ day of _____, 2017.

                                 _____
                                 UNITED STATES DISTRICT JUDGE
                                 The Honorable James Robart

1

2

Presented By:

3

By:  s/ Aaron X. Fellmeth
Aaron X. Fellmeth

4

Arizona State University
Sandra Day O'Connor College of Law

5

Mail Code 9520
111 E. Taylor St.

6

Phoenix, AZ  85004-4467

7

Telephone:  480.241.8414
aaron.fellmeth@asu.edu

8

9

By:  s/ Jonathan Hafetz
Jonathan Hafetz
Seton Hall University School of Law

10

One Newark Center
Newark, NJ  07102

11

Telephone:  917.355.6896

12

jonathan.hafetz@shu.edu

13

Counsel for Proposed *Amici Curiae*
(*Pro Hac Vice* Application Pending)

14

15

By:  s/ Joseph M. McMillan
By:  s/ Michelle L. Maley

16

Joseph M. McMillan, WSBA No. 26527
Michelle L. Maley, WSBA No. 51318

17

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900

18

Seattle, WA  98101-3099
Telephone:  206.359.8000

19

Facsimile:  206.359.9000
JMcMillan@perkinscoie.com

20

MMaley@perkinscoie.com

21

Local Counsel for Proposed *Amici Curiae*

22

23

24

25

26

[PROPOSED] ORDER GRANTING ADMISSION
*PRO HAC VICE* (NO. 2:17-CV-00141-JLR) – 2
134710488

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the United States District Court ECF system, which will send notification of such filing to all attorneys of record.

DATED:  March 13, 2017

By:  s/ Aaron X. Fellmeth
Aaron X. Fellmeth
Arizona State University
Sandra Day O'Connor College of Law
Mail Code 9520
111 E. Taylor St.
Phoenix, AZ  85004-4467
Telephone:  480.241.8414
aaron.fellmeth@asu.edu

By:  s/ Jonathan Hafetz
Jonathan Hafetz
Seton Hall University School of Law
One Newark Center
Newark, NJ  07102
Telephone:  917.355.6896
jonathan.hafetz@shu.edu

Counsel for Proposed *Amici Curiae*
(*Pro Hac Vice* Application Pending)

By:  s/ Joseph M. McMillan
By:  s/ Michelle L. Maley
Joseph M. McMillan, WSBA No. 26527
Michelle L. Maley, WSBA No. 51318
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
JMcMillan@perkinscoie.com
MMaley@perkinscoie.com

Local Counsel for Proposed *Amici Curiae*

CERTIFICATE OF SERVICE
(NO. 2:17-CV-00141-JLR) – 1

134710488