The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 2:17-cv-00141 (JLR) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Chad A. Readler of the U.S Department of Justice hereby enters his appearance on behalf of all defendants in this matter.

DATED: March 14, 2017                     Respectfully submitted,

*/s/ Chad A. Readler*
CHAD A. READLER
Acting Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-7830
Email: chad.a.readler@usdoj.gov

*Attorney for Defendants*

NOTICE OF APPEARANCE
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**
**Tel: (202) 514-7830**

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: March 14, 2017                           */s/ Chad A. Readler*
                                                                CHAD A. READLER

NOTICE OF APPEARANCE
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel: (202) 514-7830