UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF MINNESOTA, <br><br> Plaintiffs - Appellees, <br><br> ALI PLAINTIFFS and JAMES J. O'HAGAN, <br><br> Intervenors - Pending, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; et al., <br><br> Defendants - Appellants. | No. 17-35105 <br><br> D.C. No. 2:17-cv-00141 <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered March 08, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7