UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>DONALD J. TRUMP, et al.,<br><br>                    Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MOTION TO RECONSIDER ORDER DENYING |

Before the court is a filing by *pro se* movant Silver Cloud Musafir in response to the court's order striking his amicus curiae brief. (Resp. (Dkt. # 181).) The court struck Mr. Musafir's amicus curiae brief (Dkt # 85) because Mr. Musafir filed it in violation of the court's previous order regarding the filing of such briefs. (Order Striking A.C. Brief (Dkt. # 90) (citing Order Re: AC Brief Filing (Dkt. # 84)).) The court, however, stated that Mr. Musafir "may re-file his brief if he does so in conformity with the court's order." (*Id.*) Instead of refiling his brief in conformity with the court's order, Mr. Musafir filed the present "response" to the court's order striking his amicus curiae brief. (*See* Resp.)

The court liberally construes Mr. Musafir's "response" as a motion to reconsider the court's ruling.[1]

Pursuant to Local Civil Rule 7(h)(1), motions for reconsideration are disfavored, and the court will ordinarily deny them unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence. Local Rules W.D. Wash. LCR 7(h)(1). Mr. Musafir has made neither showing. (*See generally* Resp.) Accordingly, the court DENIES his motion (Dkt. # 181).

Dated this 13th day of April, 2017.

JAMES L. ROBART
United States District Judge

---

[1] "Courts in this circuit have an obligation to give a liberal construction to the filings of pro se litigants." *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).