1

**KAREEM SALESSI**
2    **Disclosure Realty Company**
**2082 Michelson Drive, #100**
3    **Irvine, Ca. 92612**
**TEL: (949) 783 0165**



FILED ____
LOGED ____ **MAIL**
RECEIVED ____

**MAY 0 4 2017**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

4

5

6

7            # UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
8                              # AT SEATTLE

9

10   **STATE OF WASHINGTON;**          ) **CASE NO. C17-0141JLR**
11   **STATE OF CALIFORNIA, et al,**   )
                *Plaintiffs*           ) **Motion For Reconsideration of Intervener**
12                                     ) **Kareem Salessi (Dkt. # 166), pursuant to**
         **vs.**                       ) **this court's Order of Denial (Dkt. # 174);**
13                                     )
                                       ) https://www.courttrax.com/wp-content/uploads/2017/03/USDC-WA-W-2-
14   **DONALD J. TRUMP,**              ) 17cv00141-Order-Denying-Motions-to-Intervene.pdf **Partial Case Docket:**
     **President of the United States, et al,** ) https://dockets.justia.com/docket/washington/wawdce/2:2017cv00141/241761
15              *Defendants*           )
16                                     )

17

18        ## TO THE COURT, TO THE PARTIES, AND TO THE AMICI:

19        Pursuant to this honorable court construing my Request for Judicial Notice

20   (Salessi-RJN), as a motion to intervene (Salessi mot. (Dkt. # 166)), and its

21   subsequent denial (Dkt. # 174), I now file this timely Motion for Reconsideration

22   of #166 pursuant to significant related new events, since the filing of #166.

23        Furthermore, standing is established pursuant to California, and federal

24   Private Attorney General statutes, as set forth respectively, by the California

25   Consumer Legal Remedies Act (Civil Code §§1750:1780), and the "RICO Act",

26   Title 18 U.S.C. §§1961-1968.

27   Respectfully submitted.
     Dated:      4/28/2017                              *[signature]*
                                                        Kareem Salessi
28

                                          1

---

## **PRIMARY POINTS & AUTHORITIES:**

In its denial order (Dkt. #174), this court cited *United States v. Alisal Water Corp.,* 370 F.3d 915, 919 (9th Cir. 2004): "The burden is on the proposed intervenor to demonstrate that the conditions for intervention are satisfied.".

Alisal, *supra,* under its section "C. Significantly Protectable Interest Relating to the Subject of the Action", states as follows:

> ""The district court held that Silverwood did not assert a "significantly protectable interest relating to the property or transaction that is the subject of the action." An applicant for intervention has a significantly protectable interest if the interest is protected by law and there is a relationship between the legally protected interest and the plaintiff's claims. [citations]. The "interest" test is not a bright-line rule. Id. An applicant seeking to intervene need not show that "the interest he asserts is one that is protected by statute under which litigation is brought." [citation] It is enough that the interest is protectable under any statute. Id.""

Therefore, pursuant to this court's own guidance provided with the above Alisal decision, I can now intervene with this motion for reconsideration, pursuant to any underlying statutes. In the instant case, I resort to the Private Attorney General statutes of California, and United States, as set forth respectively by the applicable provisions of the California Consumer Legal Remedies Act (Civil Code §§1750:1780), and the "RICO Act", Title 18 U.S.C. §§1961-1968, both of which afford any individual to raise any public policy claims on behalf of himself as well as on behalf of similarly situated California, and/or USA individuals who may be similarly affected by the claims raised.

According to Alisal, supra, and many other decisions, this court has the discretion to grant Salessi-RJN (Dkt. #166), by accommodating, and granting this motion. However, if the court sets out against the motion ab initio, then no amount of legal, and/or evidential reasoning would alter a final denial. Intervener here requests the court to reconsider the granting of Salessi-RJN with a human vision beyond the scope of the so called "Muslim Ban" which initiated this lawsuit,

2

and with a vision to prevent a likely nuclear World War Three (WW-3), as I had written to California, and U.S. DOJ, in February of 2009, and linked herein below:

https://kareemsalessi.files.wordpress.com/2011/03/e2809c2-20-2009-world-war-3-letter-to-california-governor-jerry-brown-us-doje2809d.pdf

In the above letter, I documented "the 2008 American meltdown" as USA's foundation to spearhead World War Three (WWIII), in addition to having documented in court papers, since 2004, that "the 2008 American meltdown" had been engineered to initiate an American genocide with fraudulent foreclosures, which has taken place just as I had diagnosed it:

https://groups.yahoo.com/neo/groups/the_iraqi/conversations/topics/12245

Around 15,000,000 homes (a quarter of USA homes) have been fraudulently foreclosed, and stolen, in the past nine years, leading to the early deaths of at least ten million Americans (10,000,000) ever since, yet not a single Major Stream Media (MSM) has ever discussed this silent genocide because MSM have been an integrated part of its concealments. In support of the above genocide, the new USA regime has even appointed several king-pins of "The 2008 USA financial meltdown", who are also king-pins of "USA Foreclosure Genocide Industry", as I had documented in my 9th Circuit Opening Brief, in Case# 13-57063, linked in (Dkt. #166). American courts played active roles in the fruition of the recent, and ongoing, "USA Foreclosure Genocide".[1]

Except for JFK, all USA presidents, since at least 1900, have exercised total disregard for human life, both in USA and abroad. Nearly a century ago, this had been well documented by General Smedley Butler, and accessible in YOUTUBE:  General Smedley Butler war is a racket

https://www.youtube.com/results?search_query=%22general+smedley+butler+war+is+a+racket%22

---

[1]    **Judge Dale Chase (retired) in his recent book, page 96:**
**"Given these circumstances, it was absolutely necessary for them to involve the Judges in their criminal conduct. Foreclosure Judges receive 10% of the original Promissory Note, after they authorize the bank to steal and sell your assets in foreclosure."**
**"THE GREAT AMERICAN ADVENTURE SECRETS OF AMERICA"**
**http://www.stopthecrime.net/docs/THE-GREAT-AMERICAN-ADVENTURE.pdf**

3

In the past few decades, homeland USA genocides have been performed with "Bio-Chemical Weapons of Mass-Destruction" ("Bio-Chem-WMD"), including, but not limited to: poison vaccines; Chemtrails; GMOs; poisonous food and water additives; poisonous prescription drugs, such as opioids; and countless toxic compounds, some of which have been described in the 2017 book of attorney/victim Alan Bell: "Poisoned: How a Crime-busting Prosecutor Turned His Medical Mystery Into a Crusade for Environmental Victims".

This American court now can sit back and watch WW-3 unfold, with the new USA Regime as its conduit, or it can likely prevent it by granting this motion and taking judicial notice of the facts presented (Dkt. #166), now supported with new facts and events presented below, as a requisite of bringing a motion for reconsideration. The unfolding of the facts, and/or events, requested of this court to take judicial notice of in (Dkt. #166), either by judicial admission, or by waiver of denial, and/or by failure to explain, will most likely redirect the new USA Regime to unlocking "internal homeland USA terrorism", and deter it from its current path to a nuclear WW-3, evidently beginning with Korea, despite having already murdered over a million Koreans fifty years ago, and having murdered several millions in South-East Asia, after America's Korean genocide.

## NEW FACTS:

Since the filing of (Dkt. #166) many of its referenced web-based documents have already been pulled from the web, and/or the contents of many of the linked pages have been sanitized! For instance, most of the referenced contents on VeteransToday pages, in addition to whole articles, which had been archived for years have been deleted in the past month. Some referenced YOUTUBE documentaries, such as the free-view Yugoslav space project, secretly sold to the world as NASA-Apollos, have been deleted! Meantime, "Solving 9/11 Enigma", the exhibit to #166, was revised, and posted online, and is best viewable in a Windows browser: https://kareemsalessi.com/solving-911-enigma/

4

Before the filing of #166, POTUS had been outspoken against USA foreign interventions, and had been poised to the rebuilding of USA industrial infrastructure as its top priority.[2]

POTUS flip-flopping of many of his foreign policies has made it clear that POTUS has been acting against his own original will and intentions, and most likely under the duress of the World's Shadow Government operated by the European Royals and Elite, as described in (Dkt. #166) with references.

As just one of the instances of POTUS flip-flopping, until recently, POTUS publicly stated that Syria's President Assad was a hero, as he was defending Syrian people and Syria's sovereignty, as against destruction and genocide by ISIS and its backers. However, in the past month, POTUS, having had access to ample information (published and USA-intel), that the 2013, and the 2017, Syrian poison gas attacks had been staged by NATO-made terrorists (ISIS), which had been supplied with the chemicals from NATO countries, and through Turkey. The NATO terrorists had actually filmed themselves firing their improvised poison gas rockets and posted its videos on YOUTUBE: 2013 SYRIAN REBELS GAS ATTACK, or follow link:

https://www.youtube.com/results?search_query=2013+SYRIAN+REBELS+GAS+ATTACK

The 2017 poison gas attack had evidently been coordinated among NATO members (including USA), and executed by the UK-based terrorist group called "White Helmets" which had been on the scene moving bodies, while themselves going unscathed from the purported Sarin Gas, which is an impossibility, according to, *inter alia,* Scott Ritter, former UN weapons inspector/expert to Iraq.

Several USA-terrorist-attacks, murdering over 1,000 victims, have occurred since the filing of #166, in Yemen, Syria and Afghanistan, in the first 80 days of the new regime. By some accounts US-Military dropped a mini-nuclear

---

[2]   "POTUS" = President of The United States (President Trump), (i.e.: the new USA regime)

Motion For Reconsideration of Salessi-RJN (Dkt. # 166), pursuant to (Dkt. # 174) Denial

bomb, and/or chemical weapons on Afghanistan (VeteransToday). POTUS has likely been acting under duress to sign off on all the recent USA-Terrorist-Attacks as against his own will, and will likely be relieved by this court if this court helps unlock the uncontested facts documented in (Dkt. #166), the most important of which is probably to take judicial notice of the fact that USA governments have at all times been under the control of, little known, genetically non-human creatures, commonly described as "Shapeshifters", and/or "Shape-Shifting Reptilians", some of which may have been documented by the recently released CNN presidential inauguration photos taken by a CNN ultra-high definition camera, "CNN GIGAPIXEL", the original of which is linked below:

http://www.cnn.com/interactive/2017/01/politics/trump-inauguration-gigapixel/

The following search, of the above photo, pinpoints at least three obvious non-human creatures during shape-shifting:

YOUTUBE: CNN megapixel shapeshift

https://www.youtube.com/results?search_query=cnn+gigapixel+shapeshift

Two of the above shape-shifting men appear to be familiar TV personalities.

It is thus imperative that this honorable court liberally accept my intervention as in the role of a Private Attorney General and thus move to reconsider my standing, and based on the reconsideration motion standards as set before the court below:

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Movant Kareem Salessi's instant motion for reconsideration, of his (Dkt.#166) is herein brought based primarily pursuant to either 1) Federal Rule of Civil Procedure 54(b), which allows a district court to revise an interlocutory order "that adjudicates fewer than all the claims ... at any time before entry of a judgment adjudicating all the claims," or 2) the district court's inherent common-law authority to rescind or modify any interlocutory order so long as the court

retains jurisdiction over the matter. See: *Credit Suisse First Boston Corp. v. Grunwald,* 400 F.3d 1119, 1124 (9th Cir.2005).

Reconsideration is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir.2000). Motions for reconsideration brought under Rule 59(e) are typically not granted "unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999).

However, Rule 54(b) does not address the standards a district court should apply when reconsidering an interlocutory order, and this Washington District has no local rule governing motions for reconsideration. Cf. W.D. Wash. CR 7(h)(1). However, when reviewing motions for reconsideration of interlocutory orders, district courts in the Ninth Circuit generally apply standards of review substantially similar to those used under Rules 59(e) and 60(b). See, e.g., *Nike, Inc. v. Dixon, 1*63 Fed. Appx. 908 (Fed.Cir.2006); *Motorola, Inc. v. J.B. Rodgers Mech. Contractors,* 215 F.R.D. 581, 583–86 (D.Ariz.2003) (surveying relevant local rules for districts throughout the Ninth Circuit). Similarly, Washington State's federal courts have adopted the following conditions in determining whether a motion for reconsideration may be granted:

1) There are material differences in fact or law from that presented to the Court and, at the time of the Court's decision, the party moving for reconsideration could not have known of the factual or legal differences through reasonable diligence;

2) There are new material facts that happened after the Court's decision;

3) There has been a change in the law that was decided or enacted after the Court's decision; or

**Motion For Reconsideration of Salessi-RJN (Dkt. # 166), pursuant to (Dkt. # 174) Denial**

4) The movant makes a convincing showing that the Court failed to consider material facts that were presented to the Court before the Court's decision. *Motorola, Inc.,* 215 F.R.D. at 586. "No motion for reconsideration shall repeat in any manner any oral or written argument made in support of or in opposition to the original motion." Id.

Applying these standards to the instant motion, it becomes clear that some of the above prerequisite conditions have been satisfied, including major factual events, costing thousands of innocent human lives, and the beginning of a conditioning process of the American psyche to embrace a new, and nuclear World War Three (WW-3), for the benefit of apparently non-human creatures which have been reportedly manipulating humankind for millennia, with similar genocides, according to historic records, and existing researchers' findings, such as those of David Icke, which was requested to take judicial notice of (Dkt.#166), see also: YOUTUBE: The Reptilian Manipulation of Humanity–The FULL STORY https://www.youtube.com/watch?v=Sz91F2PdyPM

## CONCLUSION:

For all the foregoing reasons, this honorable court should grant this timely motion for reconsideration, and to grant its (Dkt.#166) (Salessi-RJN), and demand the appropriate responses from the actual parties to the action, if they decide to file any responses, and/or, in the alternative, take judicial notice of the presented facts, and events, as documented in (Dkt.#166), in addition to the new factual events which have occurred ever since the above filing.

Respectfully submitted.
Dated:       4/28/2017

Kareem Salessi

8

# CERTIFICATE OF SERVICE BY MAIL

## CASE NO. C17-0141JLR

I, Catherine Carlson, declare:

**I, Catherine Carlson am NOT a party** to this action.

My business address is:

**Barrett Reporting,Inc.,17332 Irvine Blvd #220, Tustin, CA 92780**

On  **5/1/17,** I deposited in the United States mail at **TUSTIN,** California,

a copy (or original as the Code requires) of the following document(s):

**Motion For Reconsideration of Intervener Kareem Salessi (Dkt. # 166), pursuant to this court's Order of Denial (Dkt. # 174);**

Addressed to:

| | |
|---|---|
| **CASE NO. C17-0141JLR**<br>**UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF WASHINGTON**<br>700 Stewart St., Seattle, WA 98101<br>Phone: (206) 370-8400 | **9th Circuit Case# 17-35105**<br>**NOEL FRANCISCO; Acting Solicitor General**<br>c/o: Civil Division, Room 7241<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave.,<br>NW Washington, DC 20530 |
| **9th Circuit Case# 17-35105**<br>**ROBERT W. FERGUSON, WSBA 26004**<br>Attorney General of Washington<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 | **SCOTT J. KAPLAN,**<br>**Senior Assistant Attorney General**<br>**Oregon Department of Justice**<br>**100 Market Street**<br>**Portland, OR 97201**<br>**971-673-1880** |
| **Alexandra Robert Gordon**<br>**Deputy Attorney General**<br>**Office of the Attorney General**<br>**455 Golden Gate Avenue, Suite 11000**<br>**San Francisco, CA 94102-7004**<br>**Telephone: (415) 703-5509** | **MEGHAN K. CASEY**<br>**Assistant Attorney General**<br>**Office of Maryland Attorney General**<br>**200 St. Paul Place, 20th Floor**<br>**Baltimore, Maryland 21202**<br>**Telephone: (410) 576-6325** |
| **ELIZABETH N. DEWAR**<br>**State Solicitor**<br>**One Ashburton Place**<br>**Boston, MA 02108**<br>**617-963-2204** | **LOURDES M. ROSADO**<br>**Bureau Chief, Civil Rights Bureau**<br>**New York State Attorney General**<br>**120 Broadway**<br>**New York, New York 10271** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on  **5/1/17,** in Orange County, California.

**Motion For Reconsideration of Salessi-RJN (Dkt. # 166), pursuant to (Dkt. # 174) Denial**

**CASE NO. C17-0141JLR**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
700 Stewart St., Seattle, WA 98101
Phone: (206) 370-8400