UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STATE OF WASHINGTON, et al., | CASE NO. C17-0141JLR |
|---|---|
| Plaintiffs, | ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Before the court is Movant Kareem Salessi's "Motion for Reconsideration of Intervener Kareem Salessi (Dkt. # 166), pursuant to this court's Order of Denial (Dkt. # 174)." (Mot. (Dkt. # 186).) Mr. Salessi moves the court to reconsider its order denying him leave to intervene in this matter. (*See id.*; 3/30/17 Order (Dkt. # 174).) Having considered Mr. Salessi's motion, the relevant portions of the record, and the applicable law, the court DENIES Mr. Salessi's motion.

Pursuant to the Western District's Local Civil Rules, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the

ORDER - 1

1 | absence of a showing of manifest error in the prior ruling or a showing of new facts or
2 | legal authority which could not have been brought to its attention earlier with reasonable
3 | diligence." Local Rules W.D. Wash. LCR 7(h)(1).

Mr. Salessi makes no showing of manifest error in the prior ruling, new facts, or new legal authority. (*See generally* Mot.); *cf.* Local Rules W.D. Wash. LCR 7(h). Accordingly, the court concludes that Mr. Salessi's motion for reconsideration lacks merit. The court therefore DENIES the motion for reconsideration (Dkt. # 186).

Dated this 8th day of May, 2017.

JAMES L. ROBART
United States District Judge