UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CASE NO. C17-0141JLR |
| Plaintiffs, | ORDER DENYING MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

Before the court is the motion of Movant Lamar C. Chapman, III, for leave to appear as amicus curiae. (Chapman Mot. (Dkt. # 185).) On February 14, 2017, the court issued an order setting forth the procedures applicable to the filing of amicus curiae briefs in this proceeding. (AC Order (Dkt. # 84).) Mr. Chapman's motion fails to adhere to the procedures set forth in that order. Namely, Mr. Chapman fails to "identify the pending motion to which [his] amicus curiae brief relates." (*Id.* at 2; *see generally* Chapman Mot.) The only motion pending at the time Mr. Chapman filed his motion was Defendants' motion for a stay. (*See* Def. Mot. (Dkt. # 175).) Mr. Chapman's filing does

ORDER - 1

not reference Defendants' motion.  (*See generally* Chapman Mot.)  Further, the court has reviewed Mr. Chapman's filing and concludes that his proposed amicus curiae brief would not provide any helpful information beyond what the parties can provide.  (*See* AC Order at 1.)  Accordingly, the court DENIES Mr. Chapman's motion (Dkt. # 185).

Dated this 17th day of May, 2017.

JAMES L. ROBART
United States District Judge