The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; and STATE OF OREGON,

Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of the Department of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,

Defendants.

No. 2:17-cv-00141 (JLR)

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMITTING JOINT STATUS REPORT

Noted For Consideration:
June 22, 2017

Pursuant to the Court's May 17, 2017 Order Granting Motion for Stay, Dkt. # 189, Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs challenge Executive Order 13,769 and 13,780, each titled "Protecting the Nation from Foreign Terrorist Entry into the United States." *See* 82 Fed. Reg. 8,977 (Feb. 1, 2017); 82 Fed. Reg. 13,209 (Mar. 6, 2017). On May 17, 2017, the Court entered an Order

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

staying proceedings in this case pending the Ninth Circuit's resolution of the appeal in *Hawaii v. Trump*, No. 17-15589 (9th Cir.). *See* Order Granting Motion for Stay, Dkt. # 189. The Court further ordered the parties to file a joint status report within ten days of the Ninth Circuit's ruling in *Hawaii* so that the Court could evaluate the continued appropriateness of a stay at that time.

2. On June 12, 2017, the Ninth Circuit issued its decision in *Hawaii*, affirming in part and vacating in part the district court's entry of a preliminary injunction against enforcement of Sections 2 and 6 of the Executive Order. *See Hawaii v. Trump*, No. 17-15589, 2017 WL 2529640 (9th Cir. June 12, 2017). The Ninth Circuit overturned certain portions of the injunction involving internal-review procedures, and vacated the injunction to the extent it ran against the President, but it upheld the remainder based on statutory grounds. Accordingly, the parties' joint status report is currently due on June 22, 2017.

3. On May 25, 2017, the Fourth Circuit issued a decision in *International Refugee Assistance Project v. Trump*, 857 F.3d 554 (4th Cir. 2017) (en banc), affirming a preliminary injunction against enforcement of Section 2(c) of the Executive Order on Establishment Clause grounds.

4. Defendants have sought Supreme Court review of the courts of appeals decisions in both *Hawaii* and *IRAP*. In particular, Defendants have asked the Supreme Court to grant certiorari in both cases so that they may be considered together and to stay the preliminary injunctions in both cases pending disposition of the petitions for writ of certiorari and any further proceedings in the Supreme Court. *See Hawaii*, No. 16A-1191 (filed June 1, 2017); *IRAP*, No. 16-1436 (filed June 1, 2017); *IRAP*, No. 16A-1190 (filed June 1, 2017). Defendants also requested expedited briefing on and consideration of their petitions for writ of certiorari so that

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 2
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

the petitions could be considered before the Supreme Court adjourns for the summer and, if the Supreme Court grants review, merits briefing could be completed by the beginning of next Term. Pursuant to the schedules set by the Supreme Court, the certiorari petitions and stay applications were fully briefed on June 21, 2017.

5. To permit the parties to be informed by any decision(s) by the Supreme Court on the certiorari petitions and stay applications in *Hawaii* and *IRAP* before filing a joint status report on the continued appropriateness of the stay in this case, the parties stipulate and agree to an extension of time for submission of their joint status report. The parties shall file a joint status report on the continued appropriateness of the stay by July 6, 2017.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the Court's approval, that:

A. The parties shall file a joint status report on the continued appropriateness of the stay in this case by July 6, 2017.

Dated this 22nd day of June, 2017.

Presented by:

BOB FERGUSON, WSBA #26004
Attorney General of Washington

/s/ Colleen M. Melody
NOAH G. PURCELL, WSBA #43492
Solicitor General
COLLEEN M. MELODY, WSBA #42275
Civil Rights Unit Chief
ANNE E. EGELER, WSBA #20258
Deputy Solicitor General
MARSHA CHIEN, WSBA #47020
PATRICIO A. MARQUEZ, WSBA #47693
Assistant Attorneys General
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
DANIEL SCHWEI
ARJUN GARG

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 3
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

| | | |
|---|---|---|
| 1 | (206) 464-7744<br>Noahp@atg.wa.gov | BRAD P. ROSENBERG<br>Trial Attorneys |
| 2 | ColleenM1@atg.wa.gov | U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| 3 | XAVIER BECERRA<br>Attorney General of California | 20 Massachusetts Avenue, NW |
| 4 | Angela Sierra<br>Senior Assistant Attorney General | Washington, DC 20530<br>Tel: (202) 305-8902 |
| 5 | Douglas J. Woods<br>Senior Assistant Attorney General | Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov |
| 6 | Tamar Pachter<br>Supervising Deputy Attorney General | arjun.garg@usdoj.gov |
| 7 | | *Attorneys for Defendants* |
| 8 | */s/ Alexandra Robert Gordon*<br>Alexandra Robert Gordon | |
| 9 | Deputy Attorney General<br>Office of the Attorney General | |
| 10 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 | |
| 11 | Telephone: (415) 703-5509<br>Email:  Alexandra.RobertGordon@doj.ca.gov | |
| 12 | | |
| 13 | BRIAN E. FROSH<br>Attorney General of Maryland | |
| 14 | */s/ Robert A. Scott* | |
| 15 | STEVEN M. SULLIVAN<br>Solicitor General | |
| 16 | Federal Bar No. 24930<br>ROBERT A. SCOTT | |
| 17 | Assistant Attorney General<br>Federal Bar No. 24613 | |
| 18 | MEGHAN K. CASEY<br>Assistant Attorney General | |
| 19 | Federal Bar No. 28958<br>Office of the Attorney General of Maryland | |
| 20 | 200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202 | |
| 21 | Telephone: (410) 576-6325<br>Fax: (410) 576-6955 | |
| 22 | ssullivan@oag.state.md.us<br>rscott@oag.state.md.us | |
| 23 | mcasey@oag.state.md.us | |
| 24 | MAURA HEALEY<br>Attorney General of Massachusetts | |
| 25 | | |
| 26 | */s/ Genevieve C. Nadeau*<br>ELIZABETH N. DEWAR | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 4
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

| | |
|---|---|
| 1 | *State Solicitor* |
| | GENEVIEVE C. NADEAU |
| 2 | *Chief, Civil Rights Division* |
| | JESSE M. BOODOO |
| 3 | *Assistant Attorney General* |
| | One Ashburton Place |
| 4 | Boston, MA 02108 |
| | 617-727-2200 |
| 5 | Bessie.Dewar@state.ma.us |
| | Genevieve.Nadeau@state.ma.us |
| 6 | Jesse.Boodoo@state.ma.us |
| 7 | ERIC T. SCHNEIDERMAN |
| | Attorney General of the State of New York |
| 8 | |
| | */s/ Lourdes M. Rosado* |
| 9 | LOURDES M. ROSADO |
| | Bureau Chief, Civil Rights Bureau |
| 10 | SANIA W. KHAN |
| | Assistant Attorney General |
| 11 | Office of the New York State Attorney |
| | General |
| 12 | 120 Broadway |
| | New York, New York 10271 |
| 13 | (212) 416-8252 |
| | lourdes.rosado@ag.ny.gov |
| 14 | |
| | ELLEN F. ROSENBLUM |
| 15 | Attorney General of Oregon |
| 16 | */s/ Scott J. Kaplan* |
| | SCOTT J. KAPLAN, WSBA #49377 |
| 17 | Senior Assistant Attorney General |
| | Oregon Department of Justice |
| 18 | 100 Market Street |
| | Portland, OR 97201 |
| 19 | 971-673-1880 |
| | scott.kaplan@doj.state.or.us |
| 20 | |
| 21 | Attorneys for Plaintiff |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 5
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated June 23, 2017

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 6
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 22, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 22nd day of June, 2017.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR SUBMITTING JOINT STATUS REPORT - 7
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902