The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW YORK; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:17-cv-00141 (JLR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Noted For Consideration:<br>October 26, 2017 |

Pursuant to Local Rule 10(g), Plaintiffs and Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs amended their complaint on October 16, 2017 to challenge Proclamation No. 9645, *Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry Into the United States by Terrorists or Other Public-Safety Threats*, 82 Fed. Reg. 45,161 (Sept. 27, 2017). *See* Third Am. Compl., ECF No. 198. Absent an extension of time,

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

Defendants' response to the Third Amended Complaint is due on October 30, 2017. *See* Fed. R. Civ. P. 15(a)(3).

2. On October 11, 2017, Plaintiffs filed a Motion for Temporary Restraining Order ("TRO"), asking the Court to temporarily enjoin certain provisions of the Proclamation. *See* ECF No. 195. The Court subsequently entered a schedule for briefing the motion. *See* ECF No. 197. Pursuant to that schedule, Defendants filed their opposition to Plaintiffs' TRO motion on October 23, 2017. *See* ECF No. 205. Plaintiffs' reply in support of their TRO motion is due on October 26, 2017, and the Court has set a hearing on the motion for October 30, 2017. *See* ECF No. 197. Following receipt of the briefing and hearing schedule, Plaintiffs requested that the Court treat their motion for a TRO as a motion for preliminary injunction. ECF No. 200.

3. The parties agree that Defendants' deadline to respond to the Third Amended Complaint should be extended until after the Court resolves Plaintiffs' TRO motion and any subsequent motion for preliminary injunction.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, subject to the Court's approval, that:

A. Defendants' deadline to respond to the Third Amended Complaint shall be extended until 14 days after the Court enters an order resolving both Plaintiffs' TRO motion and any subsequent preliminary injunction motion.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 2
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

Dated this 26th day of October, 2017.

Presented by:

| | |
|---|---|
| BOB FERGUSON, WSBA #26004<br>Attorney General of Washington<br><br>*/s/ Colleen M. Melody*<br>NOAH G. PURCELL, WSBA #43492<br>Solicitor General<br>COLLEEN M. MELODY, WSBA #42275<br>Civil Rights Unit Chief<br>ANNE E. EGELER, WSBA #20258<br>Deputy Solicitor General<br>MARSHA CHIEN, WSBA #47020<br>PATRICIO A. MARQUEZ, WSBA #47693<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>Noahp@atg.wa.gov<br>ColleenM1@atg.wa.gov<br><br>XAVIER BECERRA<br>Attorney General of California<br><br>ANGELA SIERRA<br>Senior Assistant Attorney General<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>TAMAR PACHTER<br>Supervising Deputy Attorney General<br>ENRIQUE A. MONAGAS<br>Deputy Attorney General<br><br>*/s/ Alexandra Robert Gordon*<br>ALEXANDRA ROBERT GORDON<br>Deputy Attorney General<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5509<br>E-mail:<br>Alexandra.RobertGordon@doj.ca.gov<br><br><br>BRIAN E. FROSH<br>Attorney General of Maryland<br><br>*/s/ Robert A. Scott* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>JENNIFER D. RICKETTS<br>Director, Federal Programs Branch<br><br>JOHN R. TYLER<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Michelle R. Bennett*<br>MICHELLE R. BENNETT<br>DANIEL SCHWEI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 305-8902<br>Fax: (202) 616-8470<br>Email: michelle.bennett@usdoj.gov<br>arjun.garg@usdoj.gov<br><br>*Attorneys for Defendants* |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 3
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

```
 1  STEVEN M. SULLIVAN
    Solicitor General
 2  Federal Bar No. 24930
    ROBERT A. SCOTT
 3  Assistant Attorney General
    Federal Bar No. 24613
 4  Office of the Attorney General of Maryland
    200 St. Paul Place, 20th Floor
 5  Baltimore, Maryland 21202
    Telephone: (410) 576-6325
 6  Fax: (410) 576-6955
    ssullivan@oag.state.md.us
 7  rscott@oag.state.md.us

 8  MAURA HEALEY
    Attorney General of Massachusetts
 9
     /s/ Genevieve C. Nadeau
10  ELIZABETH N. DEWAR
    State Solicitor
11  GENEVIEVE C. NADEAU
    Chief, Civil Rights Division
12  JESSE M. BOODOO
    Assistant Attorney General
13  One Ashburton Place
    Boston, MA 02108
14  617-727-2200
    Bessie.Dewar@state.ma.us
15  Genevieve.Nadeau@state.ma.us
    Jesse.Boodoo@state.ma.us
16
    ERIC T. SCHNEIDERMAN
17  Attorney General of the State of New York

18   /s/ Lourdes M. Rosado
    LOURDES M. ROSADO
19  Bureau Chief, Civil Rights Bureau
    SANIA W. KHAN
20  Assistant Attorney General
    Office of the New York State Attorney
21  General
    120 Broadway
22  New York, New York 10271
    (212) 416-8252
23  lourdes.rosado@ag.ny.gov

24  ELLEN F. ROSENBLUM
    Attorney General of Oregon
25
     /s/ Scott J. Kaplan
26  SCOTT J. KAPLAN, WSBA #49377
```

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 4
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

1 | Senior Assistant Attorney General
2 | Oregon Department of Justice
  | 100 Market Street
  | Portland, OR  97201
3 | 971-673-1880
  | scott.kaplan@doj.state.or.us
4 |
5 | Attorneys for Plaintiff

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated_____          _____

                                        JAMES L. ROBART
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 5
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2017, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 26th day of October, 2017.

                                                  /s/ Michelle R. Bennett
                                                  MICHELLE R. BENNETT

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT - 6
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**20 Massachusetts Ave., NW**
**Washington, DC 20530**
**Tel: (202) 305-8902**