1

2

3

4

5

6

The Honorable James L. Robart

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

9

10

11

12

13

STATE OF WASHINGTON; STATE OF
CALIFORNIA; STATE OF MARYLAND;
COMMONWEALTH OF
MASSACHUSETTS; STATE OF NEW
YORK; and STATE OF OREGON,

Plaintiffs,

v.

No. 2:17-cv-00141 (JLR)

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE
FOR DEFENDANTS TO RESPOND
TO THIRD AMENDED COMPLAINT**

14

15

16

17

18

DONALD TRUMP, in his official capacity as
President of the United States; U.S.
DEPARTMENT OF HOMELAND
SECURITY; ELAINE C. DUKE, in her
official capacity as Acting Secretary of
Homeland Security; REX W. TILLERSON, in
his official capacity as Secretary of State; and
the UNITED STATES OF AMERICA,

Defendants.

Noted For Consideration:
October 26, 2017

19

20

21

Pursuant to Local Rule 10(g), Plaintiffs and Defendants, through their respective

undersigned counsel, hereby stipulate and agree as follows:

22

23

24

25

26

1.       Plaintiffs amended their complaint on October 16, 2017 to challenge

Proclamation No. 9645, *Enhancing Vetting Capabilities and Processes for Detecting Attempted*

*Entry Into the United States by Terrorists or Other Public-Safety Threats*, 82 Fed. Reg. 45,161

(Sept. 27, 2017). *See* Third Am. Compl., ECF No. 198. Absent an extension of time,

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 1
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1  Defendants' response to the Third Amended Complaint is due on October 30, 2017.  *See* Fed. R.

2  Civ. P. 15(a)(3).

3          2.      On October 11, 2017, Plaintiffs filed a Motion for Temporary Restraining Order

4  ("TRO"), asking the Court to temporarily enjoin certain provisions of the Proclamation.  *See*

5  ECF No. 195.  The Court subsequently entered a schedule for briefing the motion.  *See* ECF No.

6

7  197.  Pursuant to that schedule, Defendants filed their opposition to Plaintiffs' TRO motion on

8  October 23, 2017.  *See* ECF No. 205.  Plaintiffs' reply in support of their TRO motion is due on

9  October 26, 2017, and the Court has set a hearing on the motion for October 30, 2017.  *See* ECF

10  No. 197.  Following receipt of the briefing and hearing schedule, Plaintiffs requested that the

11  Court treat their motion for a TRO as a motion for preliminary injunction.  ECF No. 200.

12          3.      The parties agree that Defendants' deadline to respond to the Third Amended

13  Complaint should be extended until after the Court resolves Plaintiffs' TRO motion and any

14

15  subsequent motion for preliminary injunction.

16          Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs

17  and Defendants, subject to the Court's approval, that:

18          A.      Defendants' deadline to respond to the Third Amended Complaint shall be

19  extended until 14 days after the Court enters an order resolving both Plaintiffs' TRO motion and

20

21  any subsequent preliminary injunction motion.

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 2
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1  Dated this 26th day of October, 2017.

2  Presented by:

3   BOB FERGUSON, WSBA #26004
    Attorney General of Washington

4
    /s/ Colleen M. Melody
5   NOAH G. PURCELL, WSBA #43492
    Solicitor General
6   COLLEEN M. MELODY, WSBA #42275
    Civil Rights Unit Chief
7   ANNE E. EGELER, WSBA #20258
    Deputy Solicitor General
8   MARSHA CHIEN, WSBA #47020
    PATRICIO A. MARQUEZ, WSBA #47693
9   Assistant Attorneys General
    Office of the Attorney General
10  800 Fifth Avenue, Suite 2000
    Seattle, WA  98104
11  (206) 464-7744
    Noahp@atg.wa.gov
12  ColleenM1@atg.wa.gov

13  XAVIER BECERRA
    Attorney General of California
14
    ANGELA SIERRA
15  Senior Assistant Attorney General
    THOMAS S. PATTERSON
16  Senior Assistant Attorney General
    TAMAR PACHTER
17  Supervising Deputy Attorney General
    ENRIQUE A. MONAGAS
18  Deputy Attorney General

19  /s/ Alexandra Robert Gordon
    ALEXANDRA ROBERT GORDON
20  Deputy Attorney General
    Office of the Attorney General
21  455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
22  Telephone: (415) 703-5509
    E-mail:
23  Alexandra.RobertGordon@doj.ca.gov

24

    BRIAN E. FROSH
25  Attorney General of Maryland

26   /s/ Robert A. Scott

CHAD A. READLER
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

JOHN R. TYLER
Assistant Director, Federal Programs
Branch

/s/ Michelle R. Bennett
MICHELLE R. BENNETT
DANIEL SCHWEI
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov
arjun.garg@usdoj.gov

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 3
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1  STEVEN M. SULLIVAN
   Solicitor General
2  Federal Bar No. 24930
   ROBERT A. SCOTT
3  Assistant Attorney General
   Federal Bar No. 24613
4  Office of the Attorney General of Maryland
   200 St. Paul Place, 20th Floor
5  Baltimore, Maryland 21202
   Telephone: (410) 576-6325
6  Fax: (410) 576-6955
   ssullivan@oag.state.md.us
7  rscott@oag.state.md.us

8  MAURA HEALEY
   Attorney General of Massachusetts
9
   */s/ Genevieve C. Nadeau*
10 ELIZABETH N. DEWAR
   *State Solicitor*
11 GENEVIEVE C. NADEAU
   *Chief, Civil Rights Division*
12 JESSE M. BOODOO
   *Assistant Attorney General*
13 One Ashburton Place
   Boston, MA 02108
14 617-727-2200
   Bessie.Dewar@state.ma.us
15 Genevieve.Nadeau@state.ma.us
   Jesse.Boodoo@state.ma.us
16
   ERIC T. SCHNEIDERMAN
17 Attorney General of the State of New York

18 */s/ Lourdes M. Rosado*
   LOURDES M. ROSADO
19 Bureau Chief, Civil Rights Bureau
   SANIA W. KHAN
20 Assistant Attorney General
   Office of the New York State Attorney
21 General
   120 Broadway
22 New York, New York 10271
   (212) 416-8252
23 lourdes.rosado@ag.ny.gov

24 ELLEN F. ROSENBLUM
   Attorney General of Oregon
25
   */s/ Scott J. Kaplan*
26 SCOTT J. KAPLAN, WSBA #49377

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 4
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1 | Senior Assistant Attorney General
Oregon Department of Justice
2 | 100 Market Street
Portland, OR 97201
3 | 971-673-1880
scott.kaplan@doj.state.or.us
4 |

5 | Attorneys for Plaintiff

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |                          **ORDER**

14 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15 | Dated Oct. 26, 2017

16 |

17 |                          JAMES L. ROBART
United States District Judge

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 5
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2017, a copy of the foregoing document was

electronically filed with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to all counsel of record.

DATED this 26th day of October, 2017.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT

STIPULATION AND [PROPOSED] ORDER TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO
THIRD AMENDED COMPLAINT - 6
*State of Washington, et al. v. Trump, et al.*, No. 2:17-cv-00141 (JLR)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8902