

FILED ___ LODGED ___ RECEIVED ___ MAIL   1-27-18

FEB 16 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Washington State ET [AL]   District NO-17-cv-00141-JLR
Plaintiffs                 FRAUD oF EVEDENCE in
VS                         this case, As A matter oF
President Donald Trump ET All   Right who is DAmaged By
Defendants                      corrupt Washington
Rick Satcher ET All             officies.
co Defendants

FILED ___ LODGED ___ MAIL ___ RECEIVED
FEB 05 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

I HAVE Been put in Lewis Co JAIL ON FAlse charges to prevent me From Presenting Evedence in this case. The Atornies in this case used Half oF A Recording to SAy I THReatind tHem whitch I Never did I HAve Never threatined tHem. I will show THIS By getting PHone Records From my PHone compney Boost mobile the Length of the PHone calls And their Recording will NOT match showing. BILL Hilier Scott Blinks and John meyers are Lieing to Protect illeagle Acts THAT THey HAVe comited to cover up crimes Done By THe Atornies in this case. John meyer Pros Atorney is ReFusing to prosiqute them even with so much evedence No Normal Human Being would NOT Find it A crime. And is Helping them in this cover up. this is oBstrution oF Justice And is a Felowine[x] Please Act on this. THey Are Also takeing my my mail in this case sent From THe Jail to stop me From Responding in this case



Also stoping my phone calls out of the Jail to stop me From getting to my Legal team For Help in this case. they are using Lewis county Judje And Pros Atorney and DeFince Atorney all their Friends I Belive to stop this case Noway For me to cheeck this out without out side Help they are stoping me From getting 67 Days solitary confinement No calls No mail to me or Legal mail out, on going FDIC invistigation they Have some oF the evedence in this case BeFore my mail was Being Stolen so I could Not continue in that case. I HAVE ASK Post master general to invistigate. I Have Reg mail Recepts that they Never Recived And several more government oFFices that Did Not get their mail eutHer All Reg mail. Judje in this case AFter meeting me For Less than one minite in ominis Hearing orderd me medicated and sent to Yakimaw med center to stop me From Responding in this case Yakimaw Med center Found I was All Right And Refused to medicate me And is sending me Back to Lewis co Jail were I will Not Be Able to Respond in case Please Help. this is All Ileagle and A Felowney sorry About spelling And Printing Please take over case For Lack of Due proses oF Law

P O Box 875
Toledo wa 98591

1-27-18

Rick Satcher
Rick Satcher

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MOTIONS TO INTERVENE |

Before the court are motions to intervene by David A. Golden (Golden Mot. (Dkt. # 121)), Kareem Salessi (Salessi Mot. (Dkt. # 166)), Ann Dawson[1] (Dawson Mot. (Dkt. # 167)), and Rick Satcher (Satcher Mot. (Dkt. # 173)). The foregoing litigants are

//

//

//

---

[1] Ms. Dawson appears to file her motion on behalf of three entities that she identifies as "Muslins [sic], Jews, and Christian [sic] against Terrorism," "'We the People' Tea Party," and "Native Americans for a Unity Nation." (Dawson Mot. at 1.)

ORDER - 1

1 proceeding *pro se*, and the court liberally construes their filings as motions to intervene
2 in these proceedings.[2]

3      Under Federal Rule of Civil Procedure 24(a), in order to intervene as of right in an
4 action, a proposed intervenor must establish that he or she has (1) "an unconditional right
5 to intervene by a federal statute," or (2) "an interest relating to the . . . transaction that is
6 the subject of the action . . . ." Fed. R. Civ. P. 24(a). For permissive intervention, a
7 proposed intervenor must show that he or she has (1) "a conditional right to intervene by
8 a federal statute," or (2) "a claim or defense that shares with the main action a common
9 question of law or fact." Fed. R. Civ. P. 24(b)(1). The burden is on the proposed
10 intervenor to demonstrate that the conditions for intervention are satisfied. *United States*
11 *v. Alisal Water Corp.*, 370 F.3d 915, 919 (9th Cir. 2004).

12      The four proposed intervenors fail to demonstrate that the conditions for either
13 intervention as of right or for permissive intervention are met. *See* Fed. R. Civ. P. 24(a)-
14 (b)(1). Accordingly, the court DENIES all four motions to intervene (Dkt. ## 121, 166,
15 167, 173). Further, the court DIRECTS the Clerk to refrain from placing any future
16 //
17 //
18 //
19 //
20 //
21

22   [2] The court liberally construes the pleadings of *pro se* litigants. *See Brazil v. U.S. Dep't of Navy*, 66 F.3d 193, 199 (9th Cir. 1995).

ORDER - 2

filings by any of these *pro se* litigants on the court's docket for this case, unless the filing is a motion for reconsideration or a notice of appeal of this order.

Dated this 29th day of March, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 3

