**CLERK, UNITED S**
UNITED STA
700 STEWART
SEATT

OFFICI
PENALTY FOR PRIVATE USE, $300

FCM FRST 02-01-2018

Rick Satcher
Comp Mental Health Yakima
PO BOX 159
YAKI

Return to sender
not @ this address

NIXIE   992   CC 1   7202/20/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Returned for Carrier Endorsement

MANUAL PROC REQ   *0426-06977-01-46

FEB 23 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>DONALD TRUMP, et al.,<br><br>  Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MOTIONS TO INTERVENE |

Before the court are motions to intervene by David A. Golden (Golden Mot. (Dkt. # 121)), Kareem Salessi (Salessi Mot. (Dkt. # 166)), Ann Dawson[1] (Dawson Mot. (Dkt. # 167)), and Rick Satcher (Satcher Mot. (Dkt. # 173)). The foregoing litigants are

//

//

//

---

[1] Ms. Dawson appears to file her motion on behalf of three entities that she identifies as "Muslins [sic], Jews, and Christian [sic] against Terrorism," "'We the People' Tea Party," and "Native Americans for a Unity Nation." (Dawson Mot. at 1.)

ORDER - 1

proceeding *pro se*, and the court liberally construes their filings as motions to intervene in these proceedings.[2]

Under Federal Rule of Civil Procedure 24(a), in order to intervene as of right in an action, a proposed intervenor must establish that he or she has (1) "an unconditional right to intervene by a federal statute," or (2) "an interest relating to the . . . transaction that is the subject of the action . . . ." Fed. R. Civ. P. 24(a). For permissive intervention, a proposed intervenor must show that he or she has (1) "a conditional right to intervene by a federal statute," or (2) "a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1). The burden is on the proposed intervenor to demonstrate that the conditions for intervention are satisfied. *United States v. Alisal Water Corp.*, 370 F.3d 915, 919 (9th Cir. 2004).

The four proposed intervenors fail to demonstrate that the conditions for either intervention as of right or for permissive intervention are met. *See* Fed. R. Civ. P. 24(a)-(b)(1). Accordingly, the court DENIES all four motions to intervene (Dkt. ## 121, 166, 167, 173). Further, the court DIRECTS the Clerk to refrain from placing any future

//
//
//
//

---

[2] The court liberally construes the pleadings of *pro se* litigants. *See Brazil v. U.S. Dep't of Navy*, 66 F.3d 193, 199 (9th Cir. 1995).

ORDER - 2

filings by any of these *pro se* litigants on the court's docket for this case, unless the filing is a motion for reconsideration or a notice of appeal of this order.

Dated this 29th day of March, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3

UNITED States District Court
For THE western District oF washington

FILED
LODGED
RECEIVED
MAIL
JAN 26 2018
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

| | |
|---|---|
| Washington State ET ALL | District No. 17-CV-00141-JLR |
| PlantiFs | Obstrution oF Justice and |
| President Donald Trump ET ALL | Habeus Corpus |
| DeFendants | As A matter oF Right |
| Rick Satcher ET All | Who is Damaged By |
| co DeFendants | corrupt washington oFFices |

Now comes Rick Satcher And moves the court to Intervene. I Am in Lewis co Jail to stop me From entering evedence in this case the SheriFF oF the county was elected By the Lawyers that this case is Against and is their Pupet. He put me in solitary conFinement For 67 DAys no Phone calls no mail in A Atempt To Not Let me put evedence in this case. He Also took my evedence From me in Jail And will Not give it Back. I was Also Hand cuFFed to a wall For HalF A Day in the Dark For no Reason But to Stop me From Asking guards to Be ABle to make Phone calls to my Family During Xmas and thanks giving guards in the Jail said this was Nothing short oF Kidnaping. I Am in Jail For yelling at the Lawyers in this case For Stealing my mail and Phone calls in FDIC invsstigation and this case

I called FDIC with A Friends Phone FDIC informed me They Had Not Recived my complaints for months or my phone calls This is A on going case I Belive the Atorney in this case even Replyed to FDIC invistigation in my Name to stop case when they stole my mail. The Judje in my case is the Lawyers friend and Has sent me to A class in Yakimaw saying I Do not understand Law this was Done with No trial or Notification to me this Also is Aginst the Law. I was in severe pain from A Bowl obstrution could Not eat for 14 Days and Lost 32 LBS when all this Happen or I would Not Have yelled at The Atorneys in this case The pain was incrideBle. The Judje in This case Also orderd me medicated The Yakima Instution Refused to Do this Because their was Nothing wrong with me and is Sending me Back to Lewis co For trial. I Belive this was All Done to Ruin my cridiABility in this case Aginst them that would Also send them to Jail were they Belong they are stealing Large tracks of Land Along I-5 coradior with the Help of Lewis co court House they controll Lewis co court House is on New Yourk Stock exchange Judje Brosey is in charge of it. This same Judje was part of the Froud in my case

Please Forward this info to FDIC and Post master general For grand Jury Inustigation Please. I Have All evedence in this case Needed But Am Not alowed to get to it to send it in. I Do not Have Axses to Lewis co # in trial Sorry.

Relief

I Am Asking this court to intervien and Dismiss the case Aginst me in Lewis CO For No Due prosess of Law and obstrution of Justice I Am 61 years old And Have Had two traFFic tickets in my whole life I would Not Have Hurt thies Lawyers Just wanted them to leave my evedence Alone so I can get Justice thank you

1-20-18

Rick Satcher

Rick Satcher

Rich Sat
Comp mental Health
Yakima Po Box 159
Yakima wa 98907

FILED
LODGED
RECEIVED

JAN 26 2018

MAIL

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

U.S. District court clerk
700 Stewart St Suite 2301
Seattle wa 98101