UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-0141JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the court is non-party Rick Satcher's motion. (Mot. (Dkt. # 212).) Mr. Satcher is appearing *pro se*, and the court liberally construes his motion as a motion for reconsideration of the court's order denying him both intervention as of right and permissive intervention in this lawsuit.[1] (*See* Order (Dkt. # 174).) Having considered the motion, the relevant portions of the record, and the applicable law, the court DENIES Mr. Satcher's motion for reconsideration.

---

[1] The court liberally construes the pleadings of *pro se* litigants. *See Brazil v. U.S. Dep't of Navy*, 66 F.3d 193, 199 (9th Cir. 1995).

ORDER - 1

Pursuant to the Western District of Washington's Local Civil Rules, a "motion [for reconsideration] shall be filed within fourteen days after the order to which it relates is filed." Local Rules W.D. Wash. LCR 7(h)(2). The court filed its order denying Mr. Satcher's motion to intervene on March 30, 2017. (*See* Order.) Accordingly, Mr. Satcher's motion for reconsideration is untimely, and the court DENIES it on this ground. *See* Local Rules W.D. Wash. LCR 7(h)(2) ("Failure to comply with this subsection may be grounds for denial of the motion.").

In addition, "[m]otions for reconsideration are disfavored," and the court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*, LCR 7(h)(1). Mr. Satcher makes no such showing. (*See generally* Mot.) The court concludes, therefore, that—in addition to being untimely—Mr. Satcher's motion lacks merits. Thus, the court DENIES Mr. Satcher's motion for reconsideration on this substantive ground as well (Dkt. # 212).

Dated this 26th day of February, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2