THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

STATE OF WASHINGTON, et. al.,

9

              Plaintiffs,

Civil Action No. 2:17-cv-00141-JLR

10

   v.

11

DONALD TRUMP, in his official

NOTICE OF VOLUNTARY
DISMISSAL BY WASHINGTON
STATE

12

capacity as President of the United
States, et. al.,

13

              Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL

1   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

2   Washington State hereby gives notice that it voluntarily dismisses the above-captioned action.

3   Dismissal by Washington State is as to all Defendants and all claims. Such dismissal is without

4   prejudice. Fed. R. Civ. P. 41(a)(1)(B).

5   RESPECTFULLY SUBMITTED this 5th day of November, 2018.

6

7   ROBERT W. FERGUSON
    Washington Attorney General

8    *s/ Colleen M. Melody*

9   ROBERT W. FERGUSON, WSBA #26004

10  NOAH G. PURCELL, WSBA #43492
    Solicitor General

11  COLLEEN M. MELODY, WSBA #42275
    Civil Rights Unit Chief

12  ANNE E. EGELER, WSBA #20258

13  Deputy Solicitor General

14  MARSHA CHIEN, WSBA #47020
    PATRICIO A. MARQUEZ, WSBA #47693

15  Assistant Attorneys General

16  Office of the Attorney General
    800 Fifth Avenue, Suite 2000

17  Seattle, WA  98104
    (206) 464-7744

18  ColleenM1@atg.wa.gov

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that the foregoing document was electronically filed with the United

3

States District Court using the CM/ECF system. I certify that all participants in the case are

4

registered CM/ECF users and that service will be accomplished by the CM/ECF system.

5

    DATED this 5th day of November, 2018, at Seattle, Washington.

6

7

            s/ Colleen Melody

8

           COLLEEN MELODY, WSBA #42275

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF VOLUNTARY DISMISSAL