The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | CIVIL ACTION NO. 2:17-cv-00141-JLR |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS OREGON, CALIFORNIA, MARYLAND, MASSACHUSETTS AND NEW YORK |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |

1 - NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS OREGON, CALIFORNIA, MARYLAND, MASSACHUSETTS AND NEW YORK (2:17-cv-00141-JLR)

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Oregon, California, Maryland, Massachusetts and New York hereby give notice that they voluntarily dismiss the above-captioned action. Dismissal is as to all parties and all claims. Such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

DATED November  9 , 2018.

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

ANGELA SIERRA
Senior Assistant Attorney General
THOMAS S. PATTERSON
Senior Assistant Attorney General
TAMAR PACHTER
Supervising Deputy Attorney General
ENRIQUE A. MONAGAS
Deputy Attorney General

         *s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5509
E-mail: Alexandra.RobertGordon@doj.ca.gov


BRIAN E. FROSH
Attorney General of Maryland

         *s/ Steven M. Sullivan*
STEVEN M. SULLIVAN, Federal Bar #24930
Solicitor General
ROBERT A. SCOTT
Assistant Attorney General
Federal Bar No. 24613

ELLEN F. ROSENBLUM
Attorney General of Oregon

         *s/ Scott Kaplan*
SCOTT J. KAPLAN, WSBA #49377
CARLA SCOTT, WSBA #39947
Senior Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR  97201
971-673-1880
Email:  scott.kaplan@doj.state.or.us
           carla.a.scott@doj.state.or.us


MAURA HEALEY
Attorney General of Massachusetts

         *s/ Genevieve C. Nadeau*
JESSE M. BOODOO
*Assistant Attorney General*
GENEVIEVE C. NADEAU
*State Enforcement Counsel*
ELIZABETH N. DEWAR
State Solicitor
One Ashburton Place
Boston, MA 02108
617-963-2121
Bessie.Dewar@state.ma.us
Genevieve.Nadeau@state.ma.us
Jesse.Boodoo@state.ma.us

2 -   NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS
       OREGON, CALIFORNIA, MARYLAND, MASSACHUSETTS
       AND NEW YORK (2:17-cv-00141-JLR)

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

SK/rh2/9278472-v1                    Page 2

| | | |
|---|---|---|
| 1 | Office of the Attorney General of Maryland<br>200 St. Paul Place, 20th Floor | ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York |
| 2 | Baltimore, Maryland 21202<br>Telephone: (410) 576-6325 |     *s/ Lourdes M. Rosado* |
| 3 | Fax: (410) 576-6955<br>ssullivan@oag.state.md.us | LOURDES M. ROSADO<br>Bureau Chief, Civil Rights Bureau |
| 4 | rscott@oag.state.md.us | Office of the New York State Attorney General<br>120 Broadway |
| 5 | | New York, New York 10271<br>(212) 416-8252 |
| 6 | | lourdes.rosado@ag.ny.gov |

3 -   NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS
      OREGON, CALIFORNIA, MARYLAND, MASSACHUSETTS
      AND NEW YORK (2:17-cv-00141-JLR)

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

November XX, 2018                     *s/ Scott Kaplan*
                                      SCOTT KAPLAN, WSBA #49377

4 -   NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS
      OREGON, CALIFORNIA, MARYLAND, MASSACHUSETTS
      AND NEW YORK (2:17-cv-00141-JLR)

OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

SK/rh2/9278472-v1                Page 4